**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 1:13-cv-01159 |

Stephen Sullivan, Plaintiff
      v.
Barclays PLC, Barclays Bank PLC, Barclays Capital Inc., UBS AG, The Royal Bank of Scotland PLC, and John Does 1-50, Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Barclays PLC, Barclays Bank PLC, and Barclays Capital Inc.

| |
|---|
| NAME (Type or print) |
| Nathan P. Eimer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Nathan P. Eimer |
| FIRM |
| Eimer Stahl LLP |
| STREET ADDRESS |
| 224 South Michigan Avenue, Suite 1100 |
| CITY/STATE/ZIP |
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 00735353 | (312) 660-7600 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐