## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of April 2013, true and correct copies of the foregoing *Plaintiffs' Memorandum Of Law In Opposition To Defendants' Motion For Transfer and Declaration of Vincent Briganti* were filed and served via the Northern District of Illinois' ECF System.


Dated:  New York, New York
        April 4, 2013

                                */s/ Christopher Lovell*
                                Christopher Lovell
                                **Lovell Stewart Halebian Jacobson LLP**
                                61 Broadway, Suite 501
                                New York, New York 10006
                                T:      (212) 608-1900