UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
STEPHEN SULLIVAN, on behalf of himself
and all others similarly situated,

              Plaintiff,

             -against-

BARCLAYS PLC, BARCLAYS BANK PLC,
BARCLAYS CAPITAL INC., UBS AG, THE
ROYAL BANK OF SCOTLAND PLC, AND
JOHN DOE NOS. 1-50,

             Defendants.
------------------------------------------------------------ x

**1:13-cv-02811 (PKC)**

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 1.4, Defendants Barclays PLC, Barclays Bank PLC, and Barclays Capital Inc. (collectively, "Barclays") respectfully move this Court for an order relieving attorneys Nathan P. Eimer, Esq. and Alexis G. Chardon, Esq. of Eimer Stahl LLP as attorneys of record for Barclays in the above-captioned action, and removing Mr. Eimer and Ms. Chardon from service of any further pleadings or papers in connection with this action. Counsel of record from the law firms of Sullivan & Cromwell LLP and Boies, Schiller & Flexner LLP will continue to represent Barclays in this action. A Rule 1.4 declaration is submitted herewith.

Dated: May 9, 2013
New York, New York

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP | SULLIVAN & CROMWELL LLP |

/s/ Jonathan D. Schiller
Jonathan D. Schiller (jschiller@bsfllp.com)
James Meadows (jmeadows@bsfllp.com)
575 Lexington Avenue
New York, New York  10022
(212) 446-2300

Michael Brille (mbrille@bsfllp.com)
5301 Wisconsin Avenue NW
Washington, D.C.  20015
(202) 237-2727

/s/ Jeffrey T. Scott
David H. Braff (braffd@sullcrom.com)
Jeffrey T. Scott (scottj@sullcrom.com)
Matthew S. Fitzwater (fitzwaterm@sullcrom.com)
Matthew J. Porpora (porporam@sullcrom.com)
125 Broad Street
New York, New York  10004
(212) 558-4000

*Attorneys for Defendants Barclays PLC, Barclays Bank PLC, and Barclays Capital Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that I am admitted to the Bar of this Court and that, on May 9, 2013, true copies of Barclays' Motion for Withdrawal of Counsel were served electronically on all counsel of record in this action.

                                          /s/ Jeffrey T. Scott
                                          Jeffrey T. Scott