UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
STEPHEN SULLIVAN, on behalf of himself :
and all others similarly situated, :
: **1:13-cv-02811 (PKC)**
Plaintiff, :
:
-against- :
:
BARCLAYS PLC, BARCLAYS BANK PLC, :
BARCLAYS CAPITAL INC., UBS AG, THE :
ROYAL BANK OF SCOTLAND PLC, AND :
JOHN DOE NOS. 1-50, :
:
Defendants. :
:
---------------------------------------------------------- x

## DECLARATION OF MATTHEW J. PORPORA

MATTHEW J. PORPORA declares:

     1.     I am admitted to the Bar of this Court and am associated with Sullivan & Cromwell LLP, attorneys for Defendants Barclays PLC, Barclays Bank PLC, and Barclays Capital Inc. (collectively, "Barclays") in the above-captioned action. I submit this declaration in support of Barclays' Motion For Withdrawal of Counsel.

     2.     I submit this declaration pursuant to Local Rule 1.4 of the United States District Court for the Southern District of New York, in support of Barclays' request that the Court relieve Nathan P. Eimer, Esq. and Alexis G. Chardon, Esq. of Eimer Stahl LLP as attorneys of record for Barclays in this action, and remove Mr. Eimer and Ms. Chardon from service of any further pleadings or papers in connection with this action.

     3.     Mr. Eimer and Ms. Chardon served as Barclays' local counsel in this action when it was before the Honorable Milton I. Shadur in the Northern District of Illinois, and before it

was transferred to the Southern District of New York. Transfer obviated the need for Barclays to continue to retain local counsel in the Northern District of Illinois, and Mr. Eimer's and Ms. Chardon's representation of Barclays in this action has accordingly ended. Counsel of record from the law firms of Sullivan & Cromwell LLP and Boies, Schiller & Flexner LLP will continue to represent Barclays in this action.

Dated: New York, New York
       May 9, 2013

_____
Matthew J. Porpora