UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- against –<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, THE ROYAL BANK OF SCOTLAND PLC, AND JOHN DOE NOS. 1-50,<br><br>Defendants. | Docket No. 13-cv-2811 (PKC) |

### NOTICE OF MOTION AND MOTION FOR THE APPOINTMENT OF LOWEY DANNENBERG COHEN & HART, P.C. AND LOVELL STEWART HALEBIAN JACOBSON LLP AS INTERIM CLASS COUNSEL

PLEASE TAKE NOTICE that Plaintiff Stephen Sullivan, through their undersigned attorneys, will and hereby do move this Court before The Honorable P. Kevin Castel, Courtroom 12C, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, at a time and date to be set by the Court, pursuant to Fed. R. Civ. P. 23(g), for entry of an order appointing Lowey Dannenberg Cohen & Hart, P.C. and Lovell Stewart Halebian Jacobson LLP as Interim Class Counsel. In support of this motion, Movants rely on this Notice of Motion and the accompanying Memorandum of Law.

Dated: May 13, 2013
White Plains, New York

**LOWEY DANNENBERG COHEN & HART, P.C.**

By: */s/ Vincent Briganti*
Vincent Briganti
Geoffrey M. Horn
1 North Broadway, 5th Floor
White Plains, NY 10601
(914) 997-0500
(914) 997-0035 (fax)

**LOVELL STEWART HALEBIAN JACOBSON LLP**

By: */s/ Christopher Lovell*
Christopher Lovell
Gary S. Jacobson
Amanda N. Miller
61 Broadway, Suite 501
New York, NY 10006
(212) 608-1900
(212) 719-4677 (fax)

*Counsel for Plaintiff and Proposed Interim Class Counsel*