```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-15-13
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
STEPHEN SULLIVAN, on behalf of himself :
and all others similarly situated,           :
                                              :
              Plaintiff,                      :    1:13-cv-02811 (PKC)
                                              :
       -against-                              :
                                              :
BARCLAYS PLC, BARCLAYS BANK PLC,             :
BARCLAYS CAPITAL INC., UBS AG, THE           :
ROYAL BANK OF SCOTLAND PLC, AND              :
JOHN DOE NOS. 1-50,                          :
                                              :
              Defendants.                     :
------------------------------------------------------------ x

*[Handwritten: Motion granted. So Ordered. /s/ P. Kevin Castel USDJ 5-15-13]*

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 1.4, Defendants Barclays PLC, Barclays Bank PLC, and Barclays Capital Inc. (collectively, "Barclays") respectfully move this Court for an order relieving attorneys Nathan P. Eimer, Esq. and Alexis G. Chardon, Esq. of Eimer Stahl LLP as attorneys of record for Barclays in the above-captioned action, and removing Mr. Eimer and Ms. Chardon from service of any further pleadings or papers in connection with this action. Counsel of record from the law firms of Sullivan & Cromwell LLP and Boies, Schiller & Flexner LLP will continue to represent Barclays in this action. A Rule 1.4 declaration is submitted herewith.