UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

STEPHEN SULLIVAN, on behalf of himself
and all others similarly situated,

          Plaintiff,

-against-

BARCLAYS PLC, BARCLAYS BANK PLC,
BARCLAYS CAPITAL INC., UBS AG, THE
ROYAL BANK OF SCOTLAND PLC, AND
JOHN DOE NOS. 1-50,

          Defendants.

1:13-cv-02811 (PKC)

---

## MOTION FOR WITHDRAWAL OF COUNSEL

     Pursuant to Local Civil Rule 1.4, Defendant The Royal Bank of Scotland plc ("RBS") respectfully moves this Court for an order relieving attorney Thomas Anthony Doyle, Esq. of Baker & McKenzie LLP as attorney of record for RBS in the above-captioned action, and removing Mr. Doyle from service of any further pleadings or papers in connection with this action.  Counsel of record from the law firms of Wilmer Cutler Pickering Hale and Dorr LLP and Clifford Chance US LLP will continue to represent RBS in this action.  A Rule 1.4 affidavit is submitted herewith.

May 16, 2013

/s/ Fraser L. Hunter, Jr.
Fraser L. Hunter, Jr.
Charles Platt
David S. Lesser
Alan Schoenfeld
WILMERHALE LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: 212 230-8800

fraser.hunter@wilmerhale.com

Robert G. Houck
James D. Miller
Alejandra de Urioste
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
(212) 878-8000 (phone)
(212) 878-8375 (fax)

*Attorneys for The Royal Bank of Scotland plc*