UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
STEPHEN SULLIVAN, on behalf of himself
and all others similarly situated,

                Plaintiff,

              -against-

BARCLAYS PLC, BARCLAYS BANK PLC,
BARCLAYS CAPITAL INC., UBS AG, THE
ROYAL BANK OF SCOTLAND PLC, AND
JOHN DOE NOS. 1-50,

                Defendants.
------------------------------------------------------------ x

1:13-cv-02811 (PKC)

## **DECLARATION OF FRASER L. HUNTER, JR.**

Fraser L. Hunter, Jr. declares and states as follows:

      1.      I am admitted to the Bar of this Court and am a partner of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, attorneys for Defendant The Royal Bank of Scotland plc ("RBS") in the above-captioned action.

      2.      I submit this declaration pursuant to Local Rule 1.4 of the United States District Court for the Southern District of New York, in support of RBS' request that the Court relieve Thomas Anthony Doyle, Esq of Baker & McKenzie LLP as attorney of record for RBS in this action, and remove Mr. Doyle from service of any further pleadings or papers in connection with this action.

      3.      Mr. Doyle served as RBS' local counsel in this action when it was before the Honorable Milton I. Shadur in the Northern District of Illinois, and before it was transferred to the Southern District of New York.  Transfer obviated the need for RBS to continue to retain local counsel in the Northern District of Illinois, and Mr. Doyle's representation of RBS in this

action has accordingly ended.  Counsel of record from the law firms of Wilmer Cutler Pickering Hale and Dorr LLP and Clifford Chance US LLP will continue to represent RBS in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2013                             /s/ Fraser L. Hunter, Jr.
                                                Fraser L. Hunter, Jr.