USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-13

July 3, 2013

**MEMO ENDORSED**

*[Handwritten endorsement: Amended complaint due on or before November 2, 2013 Conference adjourned from July 12 to November 19, 2013 at 11:00am SO ORDERED [signature] USDJ 7-10-13]*

By Hand

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re: *Sullivan v. Barclays PLC et al.*, No. 13-CV-2811

Dear Judge Castel:

    This joint letter is submitted in advance of the Initial Pretrial Conference currently scheduled for July 12, 2013, at 12:00 p.m., pursuant to the Court's May 1, 2013 Order. The parties write to (i) inform the Court of Plaintiff's intention to file an amended complaint, (ii) report on the nature and status of the case, (iii) jointly propose an agreed schedule for Plaintiff to file his amended complaint and for Defendants to respond and/or move against it, and (iv) seek adjournment of the Initial Pretrial Conference and the due dates of related submissions.

    As explained in further detail below, subject to the Court's approval, the parties have agreed that Plaintiff will file an amended complaint in approximately four (4) months on November 2, 2013, that Defendants will have 60 days to respond to any such complaint and that, if motions to dismiss are filed, Plaintiff will have 60 days to oppose and Defendants will have 45 days to reply. Accordingly, the parties respectfully request that the Initial Pretrial Conference be adjourned to a date subsequent to Plaintiff's filing of the amended complaint so as to permit the Court and the parties to address the claims and allegations set forth at that time. For similar reasons, and in light of the particular complexities of this case, the parties further request that the due dates of the submissions required by the Court's May 1, 2013 Order, including a jointly proposed Case Management Plan, similarly be adjourned to a later date.

    Plaintiff's and Defendants' respective statements regarding the status of the case and in support of the relief requested are set forth in the following separate sections.

The Honorable P. Kevin Castel                                                -2-

### Plaintiff's Statement

On February 12, 2013 Plaintiff Stephen Sullivan ("Plaintiff") filed a 73-page, 104 paragraph complaint in the Northern District of Illinois. Docket No. 1. On April 25, 2013, the action was transferred to this Court. Docket Nos. 46-47. Plaintiff asserts claims for violations of the Sherman Act and unjust enrichment on behalf of a class of U.S. investors who purchased or sold a NYSE Euronext LIFFE ("NYSE LIFFE") Euro Interbank Offered Rate futures contract ("Euribor futures"). The claims are asserted against Defendants Barclays PLC, Barclays Bank PLC, Barclays Capital Inc., UBS AG and The Royal Bank of Scotland plc and fifty unnamed John Does (collectively, "Defendants"). Defendants are among the financial institutions responsible for setting Euribor, the commodity underlying Euribor futures contracts.

Plaintiff alleges Defendants conspired to fix and manipulate Euribor by falsely reporting, among other unlawful acts, their daily submissions to the Euribor benchmark. Through this unlawful conduct, Defendants sought to financially benefit their Euribor-based derivatives positions (including Euribor futures contracts) or those of their co-conspirators.

Since filing the complaint, Plaintiff believes he has obtained significant additional information with which to amend the complaint. Further, Plaintiff also believes that, when the progress of the Department of Justice investigations permit it, he is entitled to receive substantial information from the amnesty applicant who is a defendant in this case and has made a public announcement as follows:

> Barclays has announced today that it has reached settlements in relation to investigations with the Financial Services Authority ("FSA"), the US Commodity Futures Trading Commission ("CFTC") and the United States Department of Justice Fraud Section ("DOJ") (together the "Authorities") into submissions made by Barclays and other panel members to the bodies that set various interbank offered rates.
>
> This resolution is part of an industry-wide investigation into the setting of interbank offered rates across a range of currencies. In connection with these resolutions, Barclays has agreed to pay total penalties of £290 million (sterling equivalent) by entry into a Settlement Agreement with the FSA, a Non-Prosecution Agreement with the DOJ and the entry of a Settlement Order Agreement with the CFTC. In addition, Barclays has been granted conditional leniency from the Antitrust Division of the

The Honorable P. Kevin Castel                                               -3-

        Department of Justice in connection with potential US antitrust law violations with respect to financial instruments that reference EURIBOR.

Barclays PLC and Barclays Bank PLC, Report of Foreign Issuer (Form 6-K) (June 27, 2012).

        In these circumstances, Plaintiff believes that it is in the interest of judicial economy to postpone the filing of an amended complaint until November 2, 2013, which is approximately four (4) months from the date of this letter. In the event that Plaintiff has not received the ACPERA cooperation by that time, Plaintiff respectfully submits that it may be in the interests of judicial economy that there be a further extension. But Plaintiff cannot prejudge this and may, depending on the degree of cooperation already obtained, be able to go forward with their amendment on November 2, 2013 even if the ACPERA cooperation is not complete.

### Defendants' Statement

        Defendants consent to Plaintiff's request for approximately a four (4) month extension of time to file his amended complaint subject to the Court's approval of a schedule for the Defendants to respond to the amended complaint of 60 days and, if motions to dismiss are filed, 45 days for Plaintiff to file an opposition and 45 days for Defendants to file a reply.

        That one of the Defendants in this action is an amnesty applicant does not automatically demonstrate that Plaintiff (who does not adequately describe in the current complaint the nature and timing of his trading) is a proper plaintiff with a timely claim, or that he can state an antitrust or unjust enrichment claim against any of the Defendants, let alone all of them. If Defendants were to respond to Plaintiff's current complaint (which was filed before Judge Buchwald's decision in the U.S. Dollar LIBOR case), they would move to dismiss it pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Among other deficiencies, Plaintiff's complaint fails to state a claim under Section 1 of the Sherman Act for multiple reasons, including that it fails to allege facts sufficient to demonstrate that Plaintiff has standing to bring the claims, has brought his claims in a timely manner and can state a plausible conspiracy among these Defendants. Moreover, Plaintiff has failed adequately to allege the necessary elements of an unjust enrichment claim under New York law.

        This case is one of dozens of civil cases currently pending in this District that have been filed in the wake of published reports of ongoing multi-jurisdictional, multi-agency investigations of the practices of various banks in making submissions to certain interest rate benchmarks, including U.S. Dollar LIBOR, Yen LIBOR, Euroyen

The Honorable P. Kevin Castel                                                                    -4-

Tibor and Euribor,[1] and some initial settlements arising from those investigations. These cases, which have been collected in this District to facilitate coordination, include *In Re LIBOR-Based Financial Instruments Antitrust Litigation*, 11 MD 226 (NRB), the consolidated multidistrict litigation concerning U.S. Dollar LIBOR pending before the Honorable Naomi Reice Buchwald. On March 29, 2013, Judge Buchwald issued a comprehensive decision granting in large measure motions to dismiss and setting out a substantive framework for analyzing benchmark interest rate-related litigation. Judge Buchwald has not entered judgment in the MDL case but has a number of post-decision motions currently before her. Except for the activity with respect to the cases subject to her decision, Judge Buchwald has stayed all of the other cases before her.[2] It is expected that one or more groups of plaintiffs will file notices of appeal to the Second Circuit after Judge Buchwald enters a judgment based on her decision.

In another case involving two other benchmarks, pending before the Honorable George B. Daniels, some of the same counsel who are presently advancing Plaintiff's claims here have asserted antitrust claims on behalf of other plaintiffs against Defendants (and others) based on the Yen LIBOR and Euroyen TIBOR benchmarks. That case, *Laydon v. Mizuho Bank et al.*, 12 CV 3419 (GBD), is currently subject to motions to dismiss, which under the current schedule will be fully briefed on September 27, 2013. Oral argument is scheduled for November 12, 2013. As with the MDL, no discovery has taken place in the *Laydon* case.

\* \* \*

For the foregoing reasons, the parties ask that the Court enter an order granting the above-requested relief.

---

[1] Euribor, the benchmark interest rate at issue in this action, is published by the European Banking Federation and is defined as "the rate at which Euro interbank term deposits are being offered within the [Economic and Monetary Zone of the European Union] by one prime bank to another at 11:00 a.m. Brussels time." (Compl. ¶ 37.)

[2] Previously, when the plaintiffs in the MDL cases applied to Judge Buchwald for leave to pursue discovery prior to motions to dismiss, the U.S. Department of Justice advised the Court that it was conducting ongoing investigations covering the subject matter of the USD LIBOR cases. The Justice Department requested that if any discovery was going to proceed, it wanted to have an opportunity to advise the Court about its position on the timing and scope of discovery. Soon thereafter, Judge Buchwald denied plaintiffs' request for pre-motion discovery.

The Honorable P. Kevin Castel

-5-

Respectfully submitted,

*(signature)*

Vincent Briganti
Peter D. St. Phillip, Jr.
Geoffrey Milbank Horn
Raymond Peter Girnys
LOWEY DANNENBERG COHEN &
  HART, P.C.
White Plains Plaza
One North Broadway
Suite 509
White Plains, New York 10601
Telephone: (914) 997-0035
Fax: (914) 997-0035
vbriganti@lowey.com
pstphillip@lowey.com
ghorn@lowey.com
rgirnys@lowey.com

Christopher Lovell
Gary S. Jacobson
LOVELL STEWART HALEBIAN
  JACOBSON LLP
61 Broadway
Suite 501
New York, New York 10006
Tel.: (212) 608-1900
Fax: (212) 719-4677
clovell@lshllp.com
gsjacobson@lshllp.com

*Attorneys for Plaintiff Stephen P. Sullivan*

David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

Jonathan D. Schiller
Leigh M. Nathanson
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-2300
jschiller@bsfllp.com
lnathanson@bsfllp.com

Michael Brille
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
mbrille@bsfllp.com

*Attorneys for Defendants Barclays PLC,
Barclays Bank PLC, and Barclays Capital
Inc.*

The Honorable P. Kevin Castel                                                                 -5-

Respectfully submitted,

Vincent Briganti
Peter D. St. Phillip, Jr.
Geoffrey Milbank Horn
Raymond Peter Girnys
LOWEY DANNENBERG COHEN &
  HART, P.C.
White Plains Plaza
One North Broadway
Suite 509
White Plains, New York 10601
Telephone: (914) 997-0035
Fax: (914) 997-0035
vbriganti@lowey.com
pstphillip@lowey.com
ghorn@lowey.com
rgirnys@lowey.com

*/s/ Christopher Lovell*
Christopher Lovell
Gary S. Jacobson
LOVELL STEWART HALEBIAN
  JACOBSON LLP
61 Broadway
Suite 501
New York, New York 10006
Tel.: (212) 608-1900
Fax: (212) 719-4677
clovell@lshllp.com
gsjacobson@lshllp.com

*Attorneys for Plaintiff Stephen P. Sullivan*

David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

Jonathan D. Schiller
Leigh M. Nathanson
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-2300
jschiller@bsfllp.com
lnathanson@bsfllp.com

Michael Brille
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
mbrille@bsfllp.com

*Attorneys for Defendants Barclays PLC, Barclays Bank PLC, and Barclays Capital Inc.*

The Honorable P. Kevin Castel                                                                -5-

                                               Respectfully submitted,

_____            _____
Vincent Briganti                                          David H. Braff
Peter D. St. Phillip, Jr.                                 Yvonne S. Quinn
Geoffrey Milbank Horn                              Jeffrey T. Scott
Raymond Peter Girnys                              Matthew J. Porpora
LOWEY DANNENBERG COHEN &    SULLIVAN & CROMWELL LLP
  HART, P.C.                                              125 Broad Street
White Plains Plaza                                      New York, New York 10004
One North Broadway                                Telephone: (212) 558-4000
Suite 509                                                      braffd@sullcrom.com
White Plains, New York 10601             quinny@sullcrom.com
Telephone: (914) 997-0035                    scottj@sullcrom.com
Fax: (914) 997-0035                                porporam@sullcrom.com
vbriganti@lowey.com
pstphillip@lowey.com
ghorn@lowey.com
rgirnys@lowey.com                                   _____
                                               Jonathan D. Schiller
                                               Leigh M. Nathanson
                                               BOIES, SCHILLER & FLEXNER LLP
                                               575 Lexington Avenue
_____            New York, New York 10022
Christopher Lovell                                      Telephone: (212) 446-2300
Gary S. Jacobson                                        jschiller@bsfllp.com
LOVELL STEWART HALEBIAN     lnathanson@bsfllp.com
  JACOBSON LLP
61 Broadway                                                Michael Brille
Suite 501                                                      5301 Wisconsin Avenue NW
New York, New York 10006                   Washington, D.C. 20015
Tel.: (212) 608-1900                                  Telephone: (202) 237-2727
Fax: (212) 719-4677                                  mbrille@bsfllp.com
clovell@lshllp.com
gsjacobson@lshllp.com                            *Attorneys for Defendants Barclays PLC,*
                                               *Barclays Bank PLC, and Barclays Capital*
*Attorneys for Plaintiff Stephen P. Sullivan*    *Inc.*

The Honorable P. Kevin Castel -5-

Respectfully submitted,

Vincent Briganti
Peter D. St. Phillip, Jr.
Geoffrey Milbank Horn
Raymond Peter Girnys
LOWEY DANNENBERG COHEN &
  HART, P.C.
White Plains Plaza
One North Broadway
Suite 509
White Plains, New York 10601
Telephone: (914) 997-0035
Fax: (914) 997-0035
vbriganti@lowey.com
pstphillip@lowey.com
ghorn@lowey.com
rgirnys@lowey.com

David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

Jonathan D. Schiller
Leigh M. Nathanson
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-2300
jschiller@bsfllp.com
lnathanson@bsfllp.com

Christopher Lovell
Gary S. Jacobson
LOVELL STEWART HALEBIAN
  JACOBSON LLP
61 Broadway
Suite 501
New York, New York 10006
Tel.: (212) 608-1900
Fax: (212) 719-4677
clovell@lshllp.com
gsjacobson@lshllp.com

*Attorneys for Plaintiff Stephen P. Sullivan*

Michael Brille
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
mbrille@bsfllp.com

*Attorneys for Defendants Barclays PLC,
Barclays Bank PLC, and Barclays Capital
Inc.*

The Honorable P. Kevin Castel -6-

_____
Fraser L. Hunter, Jr.
David S. Lesser
Alan E. Schoenfeld
WILMER CUTLER PICKERING
 HALE AND DORR LLP
250 Greenwich Street,
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com
alan.schoenfeld@wilmerhale.com


_____
Robert G. Houck
Alejandra de Urioste
James D. Miller
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel.: (212) 878-8000
Fax: (212) 878-8375
robert.houck@cliffordchance.com
alejandra.deurioste@cliffordchance.com
jim.miller@cliffordchance.com

*Attorneys for Defendant The Royal Bank of Scotland Group plc*

_____
Peter Sullivan
Lawrence J. Zweifach
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
psullivan@gibsondunn.com
lzweifach@gibsondunn.com

Thomas G. Hungar (*of counsel*)
D. Jarrett Arp (*admitted pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
jarp@gibsondunn.com
thungar@gibsondunn.com

*Attorneys for Defendant UBS AG*

The Honorable P. Kevin Castel                                                                    -6-


 

| | |
|---|---|
| _____<br>Fraser L. Hunter, Jr.<br>David S. Lesser<br>Alan E. Schoenfeld<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>250 Greenwich Street,<br>New York, NY 10007<br>Tel.: (212) 230-8800<br>Fax: (212) 230-8888<br>fraser.hunter@wilmerhale.com<br>david.lesser@wilmerhale.com<br>alan.schoenfeld@wilmerhale.com<br><br>*/s/ Robert G. Houck / AMM*<br>Robert G. Houck<br>Alejandra de Urioste<br>James D. Miller<br>CLIFFORD CHANCE US LLP<br>31 West 52nd Street<br>New York, NY 10019<br>Tel.: (212) 878-8000<br>Fax: (212) 878-8375<br>robert.houck@cliffordchance.com<br>alejandra.deurioste@cliffordchance.com<br>jim.miller@cliffordchance.com<br><br>*Attorneys for Defendant The Royal Bank of<br>Scotland Group plc* | _____<br>Peter Sullivan<br>Lawrence J. Zweifach<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, New York 10166-0193<br>Telephone: (212) 351-4000<br>psullivan@gibsondunn.com<br>lzweifach@gibsondunn.com<br><br>Thomas G. Hungar (*of counsel*)<br>D. Jarrett Arp (*admitted pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>jarp@gibsondunn.com<br>thungar@gibsondunn.com<br><br>*Attorneys for Defendant UBS AG* |

_____  
Fraser L. Hunter, Jr.  
David S. Lesser  
Alan E. Schoenfeld  
WILMER CUTLER PICKERING  
  HALE AND DORR LLP  
250 Greenwich Street,  
New York, NY 10007  
Tel.: (212) 230-8800  
Fax: (212) 230-8888  
fraser.hunter@wilmerhale.com  
david.lesser@wilmerhale.com  
alan.schoenfeld@wilmerhale.com  

_____  
Robert G. Houck  
Alejandra de Urioste  
James D. Miller  
CLIFFORD CHANCE US LLP  
31 West 52nd Street  
New York, NY 10019  
Tel.: (212) 878-8000  
Fax: (212) 878-8375  
robert.houck@cliffordchance.com  
alejandra.deurioste@cliffordchance.com  
jim.miller@cliffordchance.com  

*Attorneys for Defendant The Royal Bank of Scotland Group plc*

Peter Sullivan  
Peter Sullivan  
Lawrence J. Zweifach  
GIBSON, DUNN & CRUTCHER LLP  
200 Park Avenue  
New York, New York 10166-0193  
Telephone: (212) 351-4000  
psullivan@gibsondunn.com  
lzweifach@gibsondunn.com  

Thomas G. Hungar (*of counsel*)  
D. Jarrett Arp (*admitted pro hac vice*)  
1050 Connecticut Avenue, N.W.  
Washington, DC 20036-5306  
jarp@gibsondunn.com  
thungar@gibsondunn.com  

*Attorneys for Defendant UBS AG*