UPON JOINT APPLICATION:

1. Date for filing amended complaint, presently November 2, 2013 is VACATED.

2. Initial Conference of November 19, 2013 is VACATED.

3. The parties shall jointly report to the Court by March 4, 2014 as to the then status of the matter.

November 1, 2013

SO ORDERED

**MEMO ENDORSED**

USDJ
11-1-13

By ECF and Hand

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED
NOV 04 2013
CHAMBERS OF
P. KEVIN CASTEL
USDJ

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-13

Re:  *Sullivan v. Barclays PLC et al.*, No. 13-CV-2811

Dear Judge Castel:

This joint letter is submitted on behalf of all parties to the above-captioned matter. In accordance with the Court's July 10 Order, Plaintiff intends to file an amended complaint on or before November 2, 2013. For the reasons set forth below, Plaintiff also intends to file a second amended complaint after he receives additional information under ACPERA[1] from an immunity applicant, when such cooperation will not interfere with ongoing Department of Justice ("DOJ") investigations. In the interests of judicial economy, all parties request that Defendants not be required to respond to the first amended complaint that will be filed on or before November 2, and instead that Defendants (including any additional Defendants) move against the second amended complaint after it has been filed. The parties further seek an adjournment of the upcoming Initial Pretrial Conference, currently scheduled for November 19, 2013, at 11:00 a.m., to a time after Plaintiff's second amended complaint has been filed.

**Background**

On July 3, 2013, the parties jointly submitted a letter request to postpone the Initial Pretrial Conference, then scheduled for July 12, 2013, for a period of four (4) months. In that letter, Plaintiff explained that such a postponement would permit him needed time to file an amended complaint, which would incorporate significant additional information related to his claims. Plaintiff further explained that he expected to receive substantial information as a result of cooperation under ACPERA from a disclosed leniency applicant, Defendant Barclays. Plaintiff explained that the timing of such

---

[1] Antitrust Criminal Penalty Enhancement and Reform Act, Pub. L. No. 108-237, 118 Stat. 661 (codified as amended at 15 U.S.C. § 1 note).

The Honorable P. Kevin Castel                                                    -2-

cooperation was contingent on the progress of DOJ's ongoing investigations into related matters, and whether cooperation by Barclays during that four-month period would be viewed by DOJ as potentially interfering with DOJ's investigations and any resulting prosecutions.  With those concerns in mind, Plaintiff stated the following: "In the event that Plaintiff has not received the ACPERA cooperation [within four months of July 3], Plaintiff respectfully submits that it may be in the interests of judicial economy that there be a further extension."

The Court endorsed the parties' July 3 joint request on July 10, setting November 2, 2013 as the due date for Plaintiff's amended complaint and scheduling the Initial Pretrial Conference for November 19, 2013 at 11:00 a.m.

**Plaintiff's Statement**

Barclays has informed Plaintiff that DOJ's investigations are ongoing and that DOJ continues to be of the view that deferral of the commencement of Barclays' cooperation is appropriate to avoid any interference with those investigations.  As a result, Barclays has not yet commenced ACPERA cooperation.

Plaintiff will, however, file an amended complaint on or before November 2, 2013, that will, among other things, name Cooperatieve Centrale Raiffeisen-Boerenleenbank B.A. ("Rabobank") as an additional Defendant in light of information contained in recently announced settlement agreements between Rabobank and DOJ, the Commodity Futures Trading Commission, and the U.K. Financial Conduct Authority, which disclose Rabobank's activity involving submissions to the Euro Interbank Offered Rate ("Euribor").  Plaintiff will also name additional Defendants and expand other allegations in the amended complaint.  Plaintiff believes it is appropriate to file his amended complaint as soon as possible, particularly because he is naming, and will need to serve, a number of new Defendants.

In addition, Plaintiff intends to file a second amended complaint as soon as practicable after he receives certain ACPERA cooperation from Barclays.  Although Plaintiff believes that his soon-to-be-filed amended complaint adequately alleges claims against each Defendant, Plaintiff submits that the interests of judicial economy would be better served by delaying the briefing of any motions to dismiss until after Plaintiff has received the ACPERA cooperation, which may identify additional participants or other information.

The Honorable P. Kevin Castel                                                    -3-

## The Parties' Joint Request

         In light of the uncertain timing of DOJ's continuing investigations, the parties do not currently have an informed sense of when Barclays' cooperation will begin.  Accordingly, the parties respectfully submit that it would be in the interests of judicial economy that the Court (i) extend the deadline for Defendants to respond to or move against the complaint until after Plaintiff has filed his second amended complaint; and (ii) adjourn the Initial Pretrial Conference until a later date, after Plaintiff has filed his second amended complaint.

         To facilitate the scheduling of these matters, the parties ask that the Court set March 3, 2014—approximately four (4) months from now—as a date on which the parties will report to the Court any developments that inform when Plaintiff will be able to file his second amended complaint, and when the Initial Pretrial Conference might be scheduled.

         For the foregoing reasons, the parties ask that the Court enter an order granting the above-requested relief.

                                                 Respectfully submitted,

/s/ Vincent Briganti                              /s/ Yvonne S. Quinn
Vincent Briganti                                  David H. Braff
Peter D. St. Phillip, Jr.                         Yvonne S. Quinn
Geoffrey Milbank Horn                             Jeffrey T. Scott
Raymond Peter Girnys                              Matthew J. Porpora
LOWEY DANNENBERG COHEN &                          SULLIVAN & CROMWELL LLP
   HART, P.C.                                      125 Broad Street
White Plains Plaza                                New York, New York  10004
One North Broadway                                Telephone: (212) 558-4000
Suite 509                                         braffd@sullcrom.com
White Plains, New York  10601                     quinny@sullcrom.com
Telephone: (914) 997-0035                         scottj@sullcrom.com
Fax:  (914) 997-0035                              porporam@sullcrom.com
vbriganti@lowey.com
pstphillip@lowey.com
ghorn@lowey.com
rgirnys@lowey.com

The Honorable P. Kevin Castel                                          -4-


/s/ Christopher Lovell                        /s/ Jonathan D. Schiller
Christopher Lovell                            Jonathan D. Schiller
Gary S. Jacobson                              Leigh M. Nathanson
LOVELL STEWART HALEBIAN                        BOIES, SCHILLER & FLEXNER LLP
  JACOBSON LLP                                575 Lexington Avenue
61 Broadway                                   New York, New York  10022
Suite 501                                     Telephone: (212) 446-2300
New York, New York  10006                     jschiller@bsfllp.com
Tel.: (212) 608-1900                          lnathanson@ bsfllp.com
Fax: (212) 719-4677
clovell@lshllp.com                            Michael Brille
gsjacobson@lshllp.com                         5301 Wisconsin Avenue NW
                                              Washington, D.C.  20015
*Attorneys for Plaintiff Stephen P. Sullivan* Telephone: (202) 237-2727
                                              mbrille@bsfllp.com

                                              *Attorneys for Defendants Barclays PLC,*
                                              *Barclays Bank PLC, and Barclays Capital*
                                              *Inc.*

The Honorable P. Kevin Castel                                          -5-

/s/ Fraser L. Hunter, Jr.                    /s/ Peter Sullivan
Fraser L. Hunter, Jr.                        Peter Sullivan
David S. Lesser                              Lawrence J. Zweifach
Alan E. Schoenfeld                           GIBSON, DUNN & CRUTCHER LLP
WILMER CUTLER PICKERING                      200 Park Avenue
    HALE AND DORR LLP                        New York, New York  10166-0193
250 Greenwich Street,                        Telephone: (212) 351-4000
New York, NY  10007                          psullivan@gibsondunn.com
Tel.: (212) 230-8800                         lzweifach@gibsondunn.com
Fax: (212) 230-8888
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com                  Joel S. Sanders (*admitted pro hac vice*)
alan.schoenfeld@wilmerhale.com               555 Mission Street
                                             San Francisco, CA  94105
                                             jsanders@gibsondunn.com
Robert G. Houck
Alejandra de Urioste                         *Attorneys for Defendant UBS AG*
James D. Miller
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY  10019
Tel.: (212) 878-8000
Fax: (212) 878-8375
robert.houck@cliffordchance.com
alejandra.deurioste@cliffordchance.com
jim.miller@cliffordchance.com

*Attorneys for Defendant The Royal Bank of
Scotland Group plc*