IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN AND WHITE OAK FUND, LP, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, THE ROYAL BANK OF SCOTLAND PLC, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, CRÉDIT AGRICOLE CIB, SOCIÉTÉ GÉNÉRALE SA, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A. AND JOHN DOE NOS. 1-50,<br><br>　　　　　　　Defendants. | Case No. 13-cv-02811-PKC<br>ECF Case<br><br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that DAVID R. GELFAND, of the law firm of Milbank, Tweed, Hadley & McCloy LLP, hereby enters his appearance in the above-captioned action on behalf of Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. ("Rabobank"), as counsel of record and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.[1]

---

[1] 　　In filing this Notice of Appearance, Rabobank does not waive any objections to forum or venue and respectfully reserves all defenses permitted under the Federal Rules of Civil Procedure, and any other applicable law or rule, in this matter.

Dated: December 2, 2013
New York, New York

                    MILBANK, TWEED, HADLEY & MCCLOY LLP

                    By:  /s/ David R. Gelfand

                    David R. Gelfand
                    1 Chase Manhattan Plaza
                    New York, New York 10005-1413
                    (212) 530-5000
                    (212) 530-5219 (facsimile)
                    dgelfand@milbank.com

                    *Attorney for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.*