**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHEN SULLIVAN AND WHITE OAK FUND, LP, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, THE ROYAL BANK OF SCOTLAND PLC, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, CRÉDIT AGRICOLE CIB, SOCIÉTÉ GÉNÉRALE SA, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A. AND JOHN DOE NOS. 1-50,<br><br>                  Defendants. | Case No. 13-cv-02811-PKC<br>       ECF Case<br><br><br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for

Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. ("Rabobank") certifies as

follows:

Rabobank has no parent corporation and no publicly held corporation owns 10% or more

of Rabobank.

Dated:  December 2, 2013
        New York, New York

MILBANK, TWEED, HADLEY & McCLOY LLP

By:   /s/ David R. Gelfand

David R. Gelfand
Sean M. Murphy
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000
(212) 530-5219 (facsimile)
dgelfand@milbank.com
smurphy@milbank.com

*Attorneys for Defendant Coöperatieve Centrale
Raiffeisen-Boerenleenbank B.A.*