UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN AND WHITE OAK FUND, LP, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>-Against-<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, THE ROYAL BANK OF SCOTLAND PLC, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, CREDIT AGRICOLE CIB, SOCIETE GENERALE SA, COOPERA TIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A. AND JOHN DOE NOS. 1-50,<br><br>Defendants. | Case No. 1:13-cv-02811 (PKC) |

**MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL**

Pursuant to Local Civil Rule 1.4, Barclays PLC, Barclays Bank PLC, and Barclays Capital Inc. (collectively the "Barclays Defendants"), by and through its counsel Sullivan & Cromwell LLP and Boies, Schiller & Flexner LLP, respectfully request the withdrawal of the appearance of Matthew S. Fitzwater as counsel for the Barclays Defendants in the above-referenced action. Matthew S. Fitzwater is no longer associated with the firm of Sullivan & Cromwell LLP. Sullivan & Cromwell LLP and Boies, Schiller & Flexner LLP will continue to serve as counsel for Barclays Bank PLC.

Dated:    January 13, 2014
          New York, New York

          Respectfully submitted,

          <u>Jeffrey T. Scott</u>
          David H. Braff
          Yvonne S. Quinn
          Jeffrey T. Scott
          Matthew J. Porpora
          SULLIVAN & CROMWELL LLP
          125 Broad Street
          New York, NY 10004
          braffd@sullcrom.com
          quinny@sullcrom.com
          scottj@sullcrom.com
          porporam@sullcrom.com
          Telephone: (212) 558-4000

          Jonathan D. Schiller
          BOIES, SCHILLER & FLEXNER LLP
          575 Lexington Avenue
          7th Floor
          New York, NY 10022
          jschiller@bsfllp.com
          Telephone: (212) 446-2300

          Michael Brille
          5301 Wisconsin Avenue NW
          Washington, D.C. 20015
          Telephone: (202) 237-2727
          mbrille@bsfllp.com

          *Attorneys for Defendant Barclays Bank PLC*