# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

STEPHEN SULLIVAN AND WHITE OAK FUND, LP, on behalf of themselves and all others similarly situated,

Plaintiffs,

- against -

BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, THE ROYAL BANK OF SCOTLAND PLC, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, CRÉDIT AGRICOLE CIB, SOCIÉTÉ GÉNÉRALE SA, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A. AND JOHN DOE NOS. 1-50,

Defendants.

13-cv-02811 (PKC)

## RULE 7.1 STATEMENT OF DEFENDANT CRÉDIT AGRICOLE CIB

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Crédit Agricole Corporate & Investment Bank certifies that Crédit Agricole S.A., a publicly held corporation, owns more than 10% of Crédit Agricole Corporate & Investment Bank.

Dated: February 24, 2014
New York, New York

Respectfully submitted,

WHITE & CASE LLP

By:   /s/ Andrew W. Hammond
      Andrew W. Hammond (AH0415)
      Kimberly A. Haviv (KH6198)

      1155 Avenue of the Americas
      New York, New York 10036
      Tel.: (212) 819-8297
      Fax:  (212) 354-8113
      ahammond@whitecase.com
      khaviv@whitecase.com

      Darryl S. Lew (DL4765)
      701 Thirteenth Street, NW
      Washington, DC 20005
      Tel.: (202) 626-3600
      Fax:  (202) 639-9355
      dlew@whitecase.com

      *Counsel for Defendant Crédit Agricole CIB*

2