# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN AND WHITE OAK FUND, LP, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>    - against -<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, THE ROYAL BANK OF SCOTLAND PLC, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, CRÉDIT AGRICOLE CIB, SOCIÉTÉ GÉNÉRALE SA, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A. AND JOHN DOE NOS. 1-50,<br><br>       Defendants. | 13-cv-02811 (PKC)<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that ANDREW W. HAMMOND, of the law firm of White & Case LLP, hereby enters his appearance in the above-captioned action on behalf of Defendant Crédit Agricole Corporate & Investment Bank as counsel of record and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.

NEWYORK 9062390

Dated: February 24, 2014
New York, New York

        Respectfully submitted,

        WHITE & CASE LLP

        By:   /s/ Andrew W. Hammond
                Andrew W. Hammond (AH0415)

        1155 Avenue of the Americas
        New York, New York 10036
        Tel.: (212) 819-8297
        Fax:  (212) 354-8113
        ahammond@whitecase.com

        *Counsel for Defendant Crédit Agricole CIB*

NEWYORK 9062390