UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN AND WHITE OAK FUND, LP, on behalf of themselves and all others similarly situated,<br><br>                           Plaintiffs,<br><br>                         - against -<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, THE ROYAL BANK OF SCOTLAND PLC, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, CRÉDIT AGRICOLE CIB, SOCIÉTÉ GÉNÉRALE SA, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A. AND JOHN DOE NOS. 1-50,<br><br>                         Defendants. | 13-cv-02811 (PKC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that DARRYL S. LEW, of the law firm of White & Case LLP, hereby enters his appearance in the above-captioned action on behalf of Defendant Crédit Agricole Corporate & Investment Bank as counsel of record and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.

NEWYORK 9062389

Dated: February 24, 2014
New York, New York

                        Respectfully submitted,

                        WHITE & CASE LLP

                        By:   /s/ Darryl S. Lew
                                Darryl S. Lew (DL4765)

                        701 Thirteenth Street, NW
                        Washington, DC 20005
                        Tel.: (202) 626-3600
                        Fax:  (202) 639-9355
                        dlew@whitecase.com

                        *Counsel for Defendant Crédit Agricole CIB*

NEWYORK 9062389