March 4, 2014

By ECF and Hand

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York  10007

        Re:    *Sullivan* v. *Barclays PLC et al.*, No. 13-CV-2811

Dear Judge Castel:

        This joint letter is submitted on behalf of all parties to the above-captioned matter. By letter dated November 1, 2013, the then existing parties (Plaintiff Sullivan and Defendants Barclays, UBS and RBS)[1] jointly informed the Court that Plaintiff intended to file a second amended complaint after receiving information from a disclosed leniency applicant, Defendant Barclays, under ACPERA.[2]  ECF No. 74, at 1.  The letter further explained that the timing of Barclays' cooperation was contingent on the progress of the Department of Justice's ("DOJ") ongoing investigations into related matters, and that DOJ was of the view that deferral of the commencement of Barclays' cooperation was appropriate to avoid any interference with those investigations.  *Id*.

        With those considerations in mind, the then existing parties asked the Court to (i) extend the deadline for Plaintiff to file a second amended complaint, (ii) adjourn the Initial

---

[1] On November 2, 2013, Plaintiff Stephen Sullivan filed an amended complaint that added an additional plaintiff, White Oak Fund, LP, and additional defendants, namely, Deutsche Bank AG, HSBC Holdings plc, HSBC Bank plc, Crédit Agricole CIB, Société Générale, and Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.  These newly-added parties were not parties to the November 1, 2013 letter.  The parties agree that the additional defendants hereby reserve all defenses, including without limitation, lack of personal jurisdiction

[2] Antitrust Criminal Penalty Enhancement and Reform Act, Pub. L. No. 108-237, 118 Stat. 661 (codified as amended at 15 U.S.C. § 1 note).

-2-

Pretrial Conference in this action to a later date, after Plaintiff filed his second amended complaint, and (iii) set a date on which the parties would provide the Court a status report that might inform when Plaintiff would be able to file his second amended complaint, and when the Initial Pretrial Conference might be scheduled. *Id*. at 3. The Court granted those requests by an Order dated November 5, 2013, which directed the parties to jointly report to the Court by March 4, 2014 as to the status of the case. ECF No. 77, at 1.

The parties now write to report on the status of the case and propose due dates for (i) Plaintiffs to file a further amended complaint, and (ii) Defendants to respond to or move against that amended complaint. For the same reasons articulated in the November 1, 2013 letter, Plaintiffs request additional time to file a further amended complaint. Plaintiffs continue to seek cooperation from Barclays under ACPERA to inform their further amended complaint, and Barclays continues to intend to provide such cooperation without interfering with the DOJ's or other authorities' ongoing investigations. Accordingly, Plaintiffs request that they be permitted to file their amended complaint in ninety (90) days, by June 2, 2014. Defendants consent to that extension subject to the Court's approval of a schedule for the Defendants to respond to the amended complaint of sixty (60) days, by August 1, 2014, and, if motions to dismiss are filed, sixty (60) days for Plaintiffs to file an opposition, by September 30, 2014, and thirty (30) days for Defendants to file a reply, by October 30, 2014.

<u>Plaintiffs' Request to File an Interim Amended Complaint</u>[3]

In the event the Court endorses the above-described schedule, Plaintiffs respectfully propose to file a limited amended complaint to reflect new events since the filing of their operative complaint on November 2, 2013, including recent disclosures implicating JPMorgan Chase & Co. and JPMorgan Chase Bank, NA ("JPMorgan"), defendants previously unknown to Plaintiffs. On December 4, 2013, after the filing of Plaintiffs' operative pleading, the European Commission issued a press release announcing that it had fined four international financial institutions, Barclays, Deutsche Bank, Société Générale, and RBS in connection with derivatives denominated in the Euro currency. In addition to reaching the settlements, the European Commission announced that it opened investigations against Crédit Agricole, HSBC and JPMorgan. The proposed amended complaint would add the JPMorgan entities as defendants herein[4] for purposes of protecting the statute of limitations, without prejudice to Plaintiffs' right to file a detailed complaint by June 2, 2014, and without prejudice to

---

[3] While this joint letter is submitted on behalf of all parties, this section of the letter is submitted by Plaintiffs only.

[4] Crédit Agricole and HSBC are already named as defendants in the operative complaint.

-3-

Defendants' rights to oppose any extensions of the June 2, 2014 deadline. Defendants have consented to such amendment subject to the Court's endorsement of the schedule proposed in this letter. *See* FRCP 15(a)(2) ["[A] party may amend its pleading only with the opposing party's written consent or with the court's leave."]. Plaintiffs would file such limited amendment within ten (10) days of any Order by the Court granting the relief sought herein.

Respectfully submitted,

/s/ Vincent Briganti
Vincent Briganti
Peter D. St. Phillip, Jr.
Geoffrey Milbank Horn
Raymond Peter Girnys
LOWEY DANNENBERG COHEN &
  HART, P.C.
White Plains Plaza
One North Broadway
Suite 509
White Plains, New York  10601
Telephone:  (914) 997-0035
Fax:  (914) 997-0035
vbriganti@lowey.com
pstphillip@lowey.com
ghorn@lowey.com
rgirnys@lowey.com

/s/ Christopher Lovell
Christopher Lovell
Gary S. Jacobson
LOVELL STEWART HALEBIAN
  JACOBSON LLP
61 Broadway
Suite 501
New York, New York  10006
Telephone:  (212) 608-1900
Fax:  (212) 719-4677
clovell@lshllp.com
gsjacobson@lshllp.com

*Attorneys for Plaintiffs Stephen P. Sullivan and White Oak Fund, LP*

/s/ Yvonne S. Quinn
David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

/s/ Jonathan D. Schiller
Jonathan D. Schiller
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York  10022
Telephone:  (212) 446-2300
jschiller@bsfllp.com

Michael Brille
5301 Wisconsin Avenue NW
Washington, D.C.  20015
Telephone:  (202) 237-2727
mbrille@bsfllp.com

*Attorneys for Defendants Barclays PLC, Barclays Bank PLC, and Barclays Capital Inc.*

| | |
|---|---|
| /s/ David R. Gelfand | /s/ Andrew W. Hammond |
| David R. Gelfand | Andrew W. Hammond |
| Sean M. Murphy | Kimberly A. Haviv |
| MILBANK TWEED HADLEY & McCLOY LLP | 1155 Avenue of the Americas |
| | New York, New York 10036 |
| One Chase Manhattan Plaza | Telephone:  (212) 819-8297 |
| New York, New York  10005 | Fax:  (212) 354-8113 |
| Telephone:  (212) 530-5000 | ahammond@whitecase.com |
| dgelfand@milbank.com | khaviv@whitecase.com |
| smurphy@milbank.com | |
| | Darryl S. Lew |
| *Attorneys for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.* | 701 Thirteenth Street, NW |
| | Washington, DC 20005 |
| | Telephone:  (202) 626-3600 |
| | Fax:  (202) 639-9355 |
| | dlew@whitecase.com |
| | |
| | *Attorneys for Defendant Crédit Agricole CIB* |

| | |
|---|---|
| /s/ Moses Silverman | /s/ Edwin R. DeYoung |
| Moses Silverman | Edwin R. DeYoung |
| Andrew C. Finch | Gregory T. Casamento |
| Ankush Khardori | LOCKE LORD LLP |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | Three World Financial Center |
| 1285 Avenue of the Americas | New York, New York  10281-2101 |
| New York, NY  10019 | Telephone:  (212) 812-8325 |
| Telephone:  (212) 373-3000 | Fax:  (212) 812-8385 |
| msilverman@paulweiss.com | edeyoung@lockelord.com |
| afinch@paulweiss.com | gcasamento@lockelord.com |
| akhardori@paulweiss.com | |
| | *Attorneys for Defendants HSBC Holdings plc and HSBC Bank plc* |
| *Attorneys for Defendant Deutsche Bank AG* | |

| | |
|---|---|
| */s/* Fraser L. Hunter, Jr. | */s/* Steven Wolowitz |
| Fraser L. Hunter, Jr. | Steven Wolowitz |
| David S. Lesser | Henninger S. Bullock |
| Alan E. Schoenfeld | Andrew J. Calica |
| WILMER CUTLER PICKERING | MAYER BROWN LLP |
|    HALE AND DORR LLP | 1675 Broadway |
| 250 Greenwich Street, | New York, New York 10019 |
| New York, NY 10007 | Telephone: (212) 506-2500 |
| Telephone: (212) 230-8800 | Fax: (212) 262-1910 |
| Fax: (212) 230-8888 | swolowitz@mayerbrown.com |
| fraser.hunter@wilmerhale.com | hbullock@mayerbrown.com |
| david.lesser@wilmerhale.com | acalica@mayerbrown.com |
| alan.schoenfeld@wilmerhale.com | *Attorneys for Defendant Société Générale* |

Robert G. Houck
Alejandra de Urioste
James D. Miller
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-8000
Fax: (212) 878-8375
robert.houck@cliffordchance.com
alejandra.deurioste@cliffordchance.com
jim.miller@cliffordchance.com

*Attorneys for Defendant The Royal Bank of Scotland Group plc*

/s/ Peter Sullivan
Peter Sullivan
Lawrence J. Zweifach
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166-0193
Telephone:  (212) 351-4000
psullivan@gibsondunn.com
lzweifach@gibsondunn.com

Joel S. Sanders (*admitted pro hac vice*)
555 Mission Street
San Francisco, CA  94105
jsanders@gibsondunn.com

*Attorneys for Defendant UBS AG*

cc:     All Counsel of Record (via ECF)