UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN and WHITE OAK FUND, LP, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, THE ROYAL BANK OF SCOTLAND PLC, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, CRÉDIT AGRICOLE CIB, SOCIÉTÉ GÉNÉRALE SA, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A. AND JOHN DOE NOS. 1-50,<br><br>Defendants. | No. 13-cv-2811 (PKC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP shall appear as counsel for Deutsche Bank AG, defendant in the above-captioned matter.

Dated:   New York, New York
         March 5, 2014

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP

By:  /s/ Ankush Khardori
     Ankush Khardori
     akhardori@paulweiss.com

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.:   (212) 373-3596
Fax:    (212) 492-0596

*Counsel for Defendant Deutsche Bank AG*