UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN and<br>WHITE OAK FUND, LP, on behalf of<br>themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>              -against-<br><br>BARCLAYS PLC, BARCLAYS BANK PLC,<br>BARCLAYS CAPITAL INC., UBS AG, THE<br>ROYAL BANK OF SCOTLAND PLC,<br>DEUTSCHE BANK AG, HSBC HOLDINGS<br>PLC, HSBC BANK PLC, CRÉDIT<br>AGRICOLE CIB, SOCIÉTÉ GÉNÉRALE SA,<br>COÖPERATIEVE CENTRALE RAIFFEISEN-<br>BOERENLEENBANK B.A. AND JOHN DOE<br>NOS. 1-50,<br>                    Defendants. | No. 13-cv-2811 (PKC)<br><br>**CORPORATE DISCLOSURE**<br>**STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendant Deutsche Bank AG certifies that Deutsche Bank AG, a publicly held corporation organized under the laws of Germany, has no parent corporation.  No publicly held corporation owns 10 percent or more of Deutsche Bank AG's stock.

Dated: New York, New York
March 5, 2014

Respectfully submitted,

<u>/s/ Moses Silverman</u>
Moses Silverman
msilverman@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel.: (212) 373-3355
Fax: (212) 492-0355

*Counsel for Defendant Deutsche Bank AG*

2