UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN AND WHITE OAK FUND, LP, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, THE ROYAL BANK OF SCOTLAND PLC, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, CREDIT AGRICOLE CIB, SOCIÉTÉ GÉNÉRALE SA, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A. AND JOHN DOE NOS. 1-50,<br><br>Defendants. | 13-cv-02811 (PKC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Steven Wolowitz, an attorney duly admitted to practice before this court and a member of the law firm Mayer Brown LLP, hereby appears in the above-captioned action as counsel for Defendant Société Générale.

Dated: March 6, 2014
New York, New York

                              Respectfully submitted,

                              MAYER BROWN LLP

                       By:   /s/ Steven Wolowitz
                              Steven Wolowitz
                              1675 Broadway
                              New York, New York 10019
                              Tel.: (212) 506-2500
                              Fax: (212) 262-1910
                              swolowitz@mayerbrown.com

                              *Attorneys for Defendant Société Générale*