UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN AND WHITE OAK FUND, LP, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>- against -<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, THE ROYAL BANK OF SCOTLAND PLC, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, CREDIT AGRICOLE CIB, SOCIÉTÉ GÉNÉRALE SA, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A. AND JOHN DOE NOS. 1-50,<br><br>                Defendants. | 13-cv-02811 (PKC)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Henninger S. Bullock, an attorney duly admitted to practice before this court and a member of the law firm Mayer Brown LLP, hereby appears in the above-captioned action as counsel for Defendant Société Générale.

Dated: March 6, 2014
New York, New York

                      Respectfully submitted,

                      MAYER BROWN LLP

                      By:   /s/ Henninger S. Bullock
                            Henninger S. Bullock
                            1675 Broadway
                            New York, New York 10019
                            Tel.: (212) 506-2500
                            Fax: (212) 262-1910
                            hbullock@mayerbrown.com

                            *Attorneys for Defendant Société Générale*