UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN AND WHITE OAK FUND, LP, on behalf of themselves and all others similarly situated,<br><br>                 Plaintiffs,<br><br>                 - against -<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, THE ROYAL BANK OF SCOTLAND PLC, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, CREDIT AGRICOLE CIB, SOCIÉTÉ GÉNÉRALE SA, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A. AND JOHN DOE NOS. 1-50,<br><br>                 Defendants. | 13-cv-02811 (PKC)<br><br>**NOTICE OF APPEARANCE** |

       PLEASE TAKE NOTICE that Andrew J. Calica, an attorney duly admitted to practice before this court and associated with the law firm Mayer Brown LLP, hereby appears in the above-captioned action as counsel for Defendant Société Générale.

Dated:  March 6, 2014
New York, New York

        Respectfully submitted,

        MAYER BROWN LLP

        By:  /s/ Andrew J. Calica
            Andrew J. Calica
            1675 Broadway
            New York, New York 10019
            Tel.:  (212) 506-2500
            Fax:  (212) 262-1910
            acalica@mayerbrown.com

        *Attorneys for Defendant Société Générale*