UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN AND WHITE OAK FUND, LP, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  - against -<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, THE ROYAL BANK OF SCOTLAND PLC, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, CREDIT AGRICOLE CIB, SOCIÉTÉ GÉNÉRALE SA, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A. AND JOHN DOE NOS. 1-50,<br><br>    Defendants. | 13-cv-02811 (PKC)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

**<u>DEFENDANT SOCIÉTÉ GÉNÉRALE'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Société Générale states as follows:

  1. Société Générale has no parent company, and no publicly-held corporation holds 10% or more of its stock.

DATED: New York, New York
March 6, 2014                MAYER BROWN LLP


                             By: /s/ Steven Wolowitz
                                 Steven Wolowitz
                                 Henninger S. Bullock
                                 Andrew J. Calica
                                 1675 Broadway
                                 New York, New York 10019
                                 Tel: (212) 506-2500
                                 Fax: (212) 262-1910
                                 swolowitz@mayerbrown.com
                                 hbullock@mayerbrown.com
                                 acalica@mayerbrown.com

                             *Attorneys for Defendant Société Générale*