UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STEPHEN SULLIVAN, on behalf of himself
and all others similarly situated,

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-7-14

                              Plaintiffs,                              13 Civ. 2811 (PKC)

     -against-

                                                                               ORDER

BARCLAYS PLC, et al.,

                            Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

          The Court has reviewed the parties' joint letter of March 4, 2014. The following schedule shall govern this action which was commenced on April 29, 2013:

1. Plaintiffs may file an amended complaint up to and including May 2, 2014. If plaintiffs file an amended complaint prior to that date, they may file a further amended complaint up to and including May 2, 2014.

2. In the event any defendant seeks to file a motion to dismiss the amended complaint on file as of May 2, 2014, it shall submit a premotion letter in accordance with the undersigned's Individual Practices by May 30, 2014 detailing the basis for the proposed motion. Plaintiffs shall submit a responsive letter to the Court by June 13, 2014, advising whether they wish to stand on the existing pleading or further amend. If they wish to further amend they shall file the amended pleading by June 27, 2014. This is the date set by the Court for amendments to the complaint, and leave to file further

amendments will not granted except for good cause shown.  See <u>Parker v. Columbia Pictures Indus.</u>, 204 F.3d 326, 340 (2d Cir. 2000).

3. Any motion to dismiss shall be filed no later than August 8, 2014 with answering briefs due September 8 and reply briefs due September 23, 2014.

4. The answer of any defendant not filing a motion to dismiss is due August 8, 2014.

5. Plaintiffs' counsel is directed to confer by April 11, 2014 with counsel for each served defendant on the subject of retention of a private mediator or mediators in this action.  Plaintiffs' counsel and counsel for each defendant shall submit a joint letter to the Court by April 25, 2014 reporting upon whether there is agreement that a private mediator should be retained.  The letter may be faxed to chambers and needed not be docketed.

SO ORDERED.

Dated: New York, New York
       March 6, 2014

_____
P. Kevin Castel
United States District Judge