

**Lowey Dannenberg Cohen & Hart, P.C.**

New York
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

914-997-0500 Telephone
914-997-0035 Fax

www.lowey.com

Pennsylvania
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohoken, PA 19428-2977

610-941-2760 Telephone
610-862-9777 Fax

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-14
```

May 5, 2014

**VIA FACSIMILE (212) 805-7949**
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Application granted.
SO ORDERED
[signature]
USDJ
5-5-14

Re:   *Sullivan v. Barclays PLC et al.*, No. 13-cv-2811

Dear Judge Castel:

We represent Plaintiffs in the above-referenced action.

In accordance with this Court's March 7, 2014 Order [Docket No. 100], Plaintiffs' filed via ECF their Second Amended Class Action Complaint with accompanying exhibits [Docket Nos. 109-110] on Friday, May 2, 2014.

On Monday, May 5, 2014, the Clerk of the Court rejected this ECF filing as Plaintiffs selected the "ALL DEFENDANTS option" rather than listing each Defendant individually when the Second Amended Class Action Complaint was ECF filed on May 2.[1] We called the ECF clerk and she advised us to write the Court this letter.

We respectfully request that the Court permit Plaintiffs the opportunity to correct this clerical error and re-file their Second Amended Class Action Complaint.

Respectfully submitted,

[signature]
Raymond Girnys

cc:   Counsel of Record (via electronic mail)

---
[1] The Clerk of the Court's notification is attached hereto.