AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| STEPHEN SULLIVAN and WHITE OAK FUND, LP, et al., | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 13-cv-02811 (PKC) |
| BARCLAYS PLC, et al. | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Rider A (attached)


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Vincent Briganti
Lowey Dannenberg Cohen & Hart, P.C.
White Plains Plaza - Suite 509
One North Broadway
White Plains, NY  10601


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date:  5/5/2014                             /s/ L. Aquino
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-cv-02811 (PKC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

 ❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

 ❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

 ❏ I returned the summons unexecuted because _____ ; or

 ❏ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

                _____
                   *Server's signature*

                _____
                   *Printed name and title*

                _____
                   *Server's address*

Additional information regarding attempted service, etc:

*Stephen Sullivan and White Oak Fund LP, et al. v. Barclays PLC, et al.*

13-cv-02811 (PKC) – Second Amended Class Action Complaint

Rider A

| | |
|---|---|
| Citigroup, Inc.<br>399 Park Avenue<br>New York, New York 10017<br>(New York County) | Citibank, N.A.<br>399 Park Avenue<br>New York, New York 10017<br>(New York County) |
| J.P. Morgan Chase & Co.<br>270 Park Avenue<br>New York, New York 10022<br>(New York County) | J.P. Morgan Chase Bank, National Association<br>270 Park Avenue<br>New York, New York 10022<br>(New York County) |
| Crédit Agricole S.A.<br>9 quai du Président Paul Doumer<br>92920 Paris La Défense Cedex<br>FRANCE | |