UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STEPHEN SULLIVAN AND WHITE OAK FUND, on behalf of themselves and all others similarly situated, :
:
:
:
:
                   Plaintiffs, : No. 13-cv-02811-PKC
:
      -against- :
:
BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50, : **NOTICE OF APPEARANCE**
:
:
:
:
:
:
:
:
:
:
:
                  Defendants. :
:
:
------------------------------------------------------------x

        PLEASE TAKE NOTICE that Thomas C. Rice of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: New York, New York
May 13, 2014

        Respectfully submitted,

        SIMPSON THACHER & BARTLETT LLP

By:   /s/ Thomas C. Rice
       Thomas C. Rice (trice@stblaw.com)
       425 Lexington Avenue
       New York, New York 10017
       Tel: (212) 455-2000
       Fax: (212) 455-2502

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*