UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STEPHEN SULLIVAN AND WHITE OAK    :
FUND, on behalf of themselves and all others    :
similarly situated,    :
    :
     Plaintiffs,    : No. 13-cv-02811-PKC
    :
   -against-    :
    :
BARCLAYS PLC, BARCLAYS BANK PLC,    :
BARCLAYS CAPITAL INC., CITIGROUP,    :
INC., CITIBANK, N.A., COÖPERATIEVE    :
CENTRALE RAIFFEISEN-    :
BOERENLEENBANK B.A., CRÉDIT    :
AGRICOLE S.A., CRÉDIT AGRICOLE CIB,    :
DEUTSCHE BANK AG, HSBC HOLDINGS    :
PLC, HSBC BANK PLC, J.P. MORGAN    :
CHASE & CO., J.P. MORGAN CHASE    :
BANK, NATIONAL ASSOCIATION, THE    :
ROYAL BANK OF SCOTLAND PLC,    :
SOCIÉTÉ GÉNÉRALE SA, UBS AG AND    :
JOHN DOE NOS. 1-50,    :
    :
     Defendants.    :
    :
    :
------------------------------------------------------------x

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANTS JPMORGAN CHASE & CO. AND JPMORGAN CHASE BANK, N.A.

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A., by their undersigned counsel, state as follows:

  1. Defendant JPMorgan Chase & Co. is a publicly held corporation. JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10 percent or more of JPMorgan Chase & Co.'s stock.

2. Defendant JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., a publicly held corporation. No other publicly held corporation owns 10 percent or more of JPMorgan Chase Bank, N.A.'s stock.

Dated: New York, New York
May 13, 2014

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: /s/ Thomas C. Rice
Thomas C. Rice (trice@stblaw.com)
Paul C. Gluckow (pgluckow@stblaw.com)
Omari L. Mason (omason@stblaw.com)
Jeffery L. Ding (jeffery.ding@stblaw.com)
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*