UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| STEPHEN SULLIVAN AND WHITE OAK FUND, on behalf of themselves and all others similarly situated, | : : : : : | |
| Plaintiffs, | : : | No. 13-cv-02811-PKC |
| -against- | : : | |
| BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50, | : : : : : : : : : : : : : : | **NOTICE OF APPEARANCE** |
| Defendants. | : : : | |

------------------------------------------------------------x

PLEASE TAKE NOTICE that Omari L. Mason of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: New York, New York
May 13, 2014

                                      Respectfully submitted,

                                      SIMPSON THACHER & BARTLETT LLP

                                      By:    /s/ Omari L. Mason
                                                  Omari L. Mason (omason@stblaw.com)
                                                  425 Lexington Avenue
                                                  New York, New York 10017
                                                  Tel: (212) 455-2000
                                                  Fax: (212) 455-2502

                                                  *Attorneys for Defendants JPMorgan Chase &*
                                                  *Co. and JPMorgan Chase Bank, N.A.*