UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| STEPHEN SULLIVAN AND WHITE OAK FUND, on behalf of themselves and all others similarly situated, | : | |
| | : | |
| Plaintiffs, | : | No. 13-cv-02811-PKC |
| -against- | : | |
| BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50, | : | **NOTICE OF APPEARANCE** |
| Defendants. | : | |

------------------------------------------------------------x

PLEASE TAKE NOTICE that Jeffery L. Ding of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: New York, New York
       May 13, 2014

                                             Respectfully submitted,

                                             SIMPSON THACHER & BARTLETT LLP

                                             By:    /s/ Jeffery L. Ding
                                                        Jeffery L. Ding (jeffery.ding@stblaw.com)
                                                        425 Lexington Avenue
                                                        New York, New York 10017
                                                        Tel: (212) 455-2000
                                                        Fax: (212) 455-2502

                                             *Attorneys for Defendants JPMorgan Chase &*
                                             *Co. and JPMorgan Chase Bank, N.A.*