UNITED STATES DISTRCT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN AND WHITE OAK FUND LP, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>               - against -<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIGROUP INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br><br>                    Defendants. | 13-cv-02811 (PKC)<br><br>**NOTICE OF APPEARANCE** |

       PLEASE TAKE NOTICE that Andrew A. Ruffino, an attorney duly admitted to practice before this Court, hereby appears as counsel on behalf of defendants Citigroup, Inc. and Citibank N.A. in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

                Andrew A. Ruffino
                COVINGTON & BURLING LLP
                The New York Times Building
                620 Eighth Avenue
                New York, New York 10018-1405
                (212) 841-1000
                aruffino@cov.com

Dated: New York, New York
       May 13, 2014

Respectfully submitted,

COVINGTON & BURLING LLP

By:    s/Andrew A. Ruffino
        Andrew A. Ruffino

The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
(212) 841-1000
aruffino@cov.com

*Attorney for Defendants Citigroup Inc. and Citibank, N.A.*