UNITED STATES DISTRCT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN AND WHITE OAK FUND LP, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIGROUP INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br><br>Defendants. | 13-cv-02811 (PKC)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF CITIBANK, N.A. AND CITIGROUP INC.** |

   Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendants Citibank, N.A. and Citigroup Inc. states as follows:

   Citigroup Inc., a publicly held corporation, has no parent corporation and no publicly-held corporation owns 10 percent or more of its stock.

   Citibank, N.A. is wholly owned by Citicorp, which in turn is wholly owned by Citigroup Inc. Citigroup Inc., a publicly-held corporation, therefore indirectly owns 10 percent or more of the stock of Citibank, N.A.

Dated: New York, New York  
       May 13, 2014

Respectfully submitted,

COVINGTON & BURLING LLP

By: <u>s/Andrew A. Ruffino</u>  
     Andrew A. Ruffino

The New York Times Building  
620 Eighth Avenue  
New York, New York 10018-1405  
(212) 841-1000  
aruffino@cov.com

*Attorney for Defendants Citigroup Inc. and Citibank, N.A.*