```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-13-14
```

May 9, 2014

**MEMO ENDORSED**

*The May 6 Order (Dkt 114) is VACATED.*
*SO ORDERED*
*PKC USDJ 5-12-14*

By ECF and Hand

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Sullivan v. Barclays PLC et al.*, No. 13-CV-2811

Dear Judge Castel:

This joint letter is submitted on behalf of all parties to the above-referenced matter to seek clarification with respect to a scheduling order that the Court issued on May 6, 2014 [Docket No. 114] (the "May 6 Order"), which deals with initial case management matters in a different manner and on a different schedule than a more extensive scheduling order that the Court previously issued on March 7, 2014 [Docket No. 100] (the "March 7 Order"), under which the parties are still proceeding.

On March 7, the Court issued a comprehensive scheduling Order that set forth deadlines for (i) Plaintiffs to amend their complaint, (ii) the parties to submit pre-motion letters to the Court, (iii) Plaintiffs to further amend their complaint in response to Defendants' pre-motion letters, (iv) Defendants to answer or move against the complaint, and (v) the parties to jointly consider and inform the Court whether a private mediator should be retained to explore potential resolution of the case. The parties are actively complying with the schedule set forth in the March 7 Order,[1] which extends through the end of September 2014.

---

[1] For example, in accordance with the March 7 Order, on April 25, 2014, the parties jointly informed the Court of their collective determination that mediation would not be appropriate at that time, and, on May 2, 2014, Plaintiffs filed their Second Amended Complaint. Also in accordance with the March 7 Order, Defendants anticipate submitting pre-motion letters to the Court by May 30, 2014, which will detail bases for dismissal of the Second Amended Complaint.

05/09/2014 17:54 FAX 212 558 3709   S&C 125 BD FAX Dept 27                    ☒003/007
Case 1:13-cv-02811-PKC   Document 123   Filed 05/13/14   Page 2 of 6

-2-

On May 6, 2014, the Court issued another scheduling Order, which sets deadlines that seem to require at least in part the same initial case management activities, but in a different manner and on a different schedule than the March 7 Order. For example, the May 6 Order set an initial pretrial conference for May 28, 2014, two days before Defendants are scheduled to submit to the Court letters identifying bases for motions to dismiss the Second Amended Complaint. Similarly, the May 6 Order directed the parties to submit to the Court—five business days prior to the May 28 conference—a joint letter setting forth "a brief description of the case, including the factual and legal bases for the claim(s) and defense(s)" and "any contemplated motions," which are topics that will be covered in the parties' pre-motion letters in more detail.

Because the parties had been proceeding on the basis of the March 7, 2014 schedule, the parties respectfully request that the May 6 Order be vacated in favor of the March 7 Order.

                                                          Respectfully submitted,

/s/ Vincent Briganti                          /s/ Yvonne S. Quinn
Vincent Briganti                                   David H. Braff
Peter D. St. Phillip, Jr.                        Yvonne S. Quinn
Geoffrey Milbank Horn                      Jeffrey T. Scott
Raymond Peter Girnys                        Matthew J. Porpora
LOWEY DANNENBERG COHEN &        SULLIVAN & CROMWELL LLP
   HART, P.C.                                  125 Broad Street
White Plains Plaza                                New York, New York 10004
One North Broadway                           Telephone: (212) 558-4000
Suite 509                                            braffd@sullcrom.com
White Plains, New York 10601            quinny@sullcrom.com
Telephone: (914) 997-0035               scottj@sullcrom.com
Fax: (914) 997-0035                           porporam@sullcrom.com
vbriganti@lowey.com
pstphillip@lowey.com
ghorn@lowey.com
rgirnys@lowey.com

/s/ Christopher Lovell
Christopher Lovell
Gary S. Jacobson
LOVELL STEWART HALEBIAN
  JACOBSON LLP
61 Broadway
Suite 501
New York, New York 10006
Telephone: (212) 608-1900
Fax: (212) 719-4677
clovell@lshllp.com
gsjacobson@lshllp.com

*Attorneys for Plaintiffs Stephen P. Sullivan and White Oak Fund, LP*

/s/ Jonathan D. Schiller
Jonathan D. Schiller
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-2300
jschiller@bsfllp.com

Michael Brille
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
mbrille@bsfllp.com

*Attorneys for Defendants Barclays PLC, Barclays Bank PLC, and Barclays Capital Inc.*

/s/ Andrew A. Ruffino
Andrew A. Ruffino
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
aruffino@cov.com
Alan M. Wiseman
Thomas A. Isaacson
Jonathan Gimblett
1201 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 662-6000
awiseman@cov.com
tisaacson@cov.com
jgimblett@cov.com

*Attorneys for Defendants Citibank, N.A. and Citigroup Inc.*

/s/ David R. Gelfand
David R. Gelfand
Sean M. Murphy
MILBANK TWEED HADLEY &
  McCLOY LLP
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
dgelfand@milbank.com
smurphy@milbank.com

*Attorneys for Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.*

05/09/2014 17:54 FAX 212 558 3709     S&C 125 BD FAX Dept 27                              ☒005/007
Case 1:13-cv-02811-PKC   Document 123   Filed 05/13/14   Page 4 of 6

-4-

/s/ Andrew W. Hammond
Andrew W. Hammond
Kimberly A. Haviv
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8297
Fax: (212) 354-8113
ahammond@whitecase.com
khaviv@whitecase.com

Darryl S. Lew
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Fax: (202) 639-9355
dlew@whitecase.com

*Attorneys for Defendant Crédit Agricole CIB*

/s/ Moses Silverman
Moses Silverman
Andrew C. Finch
Ankush Khardori
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
msilverman@paulweiss.com
afinch@paulweiss.com
akhardori@paulweiss.com

*Attorneys for Defendant Deutsche Bank AG*

/s/ Edwin R. DeYoung
Edwin R. DeYoung
Gregory T. Casamento
LOCKE LORD LLP
Three World Financial Center
New York, New York 10281-2101
Telephone: (212) 812-8325
Fax: (212) 812-8385
edeyoung@lockelord.com
gcasamento@lockelord.com

*Attorneys for Defendants HSBC Holdings plc and HSBC Bank plc*

/s/ Thomas C. Rice
Thomas C. Rice
Paul C. Gluckow
Omari L. Mason
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502
trice@stblaw.com
pgluckow@stblaw.com
omason@stblaw.com

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

05/09/2014 17:54 FAX  212 558 3709        S&C 125 BD FAX Dept 27              ☒006/007
Case 1:13-cv-02811-PKC   Document 123   Filed 05/13/14   Page 5 of 6

-5-

/s/ Fraser L. Hunter, Jr.
Fraser L. Hunter, Jr.
David S. Lesser
Alan E. Schoenfeld
WILMER CUTLER PICKERING
  HALE AND DORR LLP
250 Greenwich Street,
New York, NY 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com
alan.schoenfeld@wilmerhale.com

/s/ Robert G. Houck
Alejandra de Urioste
James D. Miller
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-8000
Fax: (212) 878-8375
robert.houck@cliffordchance.com
alejandra.deurioste@cliffordchance.com
jim.miller@cliffordchance.com

*Attorneys for Defendant The Royal Bank of Scotland Group plc*

/s/ Steven Wolowitz
Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Fax: (212) 262-1910
swolowitz@mayerbrown.com
hbullock@mayerbrown.com
acalica@mayerbrown.com

*Attorneys for Defendant Société Générale*

05/09/2014 17:54 FAX 212 558 3709   S&C 125 BD FAX Dept 27                              ☑007/007
Case 1:13-cv-02811-PKC   Document 123   Filed 05/13/14   Page 6 of 6

-6-

/s/ Peter Sullivan
Peter Sullivan
Lawrence J. Zweifach
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
psullivan@gibsondunn.com
lzweifach@gibsondunn.com

Joel S. Sanders (*admitted pro hac vice*)
555 Mission Street
San Francisco, CA 94105
jsanders@gibsondunn.com

*Attorneys for Defendant UBS AG*

cc:   All Counsel of Record (via ECF)