# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

| | |
|---|---|
| Telephone | Facsimile |
| 212.608.1900 | 212.719.4775 |

June 13, 2014

**VIA ECF**
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Sullivan v. Barclays PLC et al.,* No. 13-cv-2811

Dear Judge Castel:

Pursuant to the Court's March 7, 2014 Order [Docket No. 100], Plaintiffs respectfully report that they plan to amend their Second Amended Class Action Complaint in order to add parties and further substantive allegations.  Such amendment, under the March 7 Order, is due by June 27.

The Barclays Defendants have informed Plaintiffs that they will likely be in a position to provide cooperation to Plaintiffs in the near future.  Receiving such cooperation, Plaintiffs believe, would (a) improve Plaintiffs' substantive allegations in the amended complaint, and (b) also likely improve the administration of justice by permitting Defendants to move against a more fully formed operative pleading.

Accordingly, also pursuant to the Court's March 7 Order, Plaintiffs anticipate filing next week a request for an adjournment of the due date for the Third Amended Class Action Complaint from June 27 until July 31.  However, before submitting such letter motion, Plaintiffs are consulting with all Defendants, not just the Barclays Defendants, and anticipate filing such motion next week.

Thank you very much.

Respectfully submitted,

/s/Christopher Lovell
Christopher Lovell

cc:   All Counsel (via ECF)