**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K GARRISON  (1946-1991)
RANDOLPH E PAUL  (1946-1956)
SIMON H RIFKIND  (1950-1995)
LOUIS S WEISS  (1927-1950)
JOHN F WHARTON  (1927-1977)

WRITER'S DIRECT DIAL NUMBER
212-373-3355

WRITER'S DIRECT FACSIMILE
212-492-0355

WRITER'S DIRECT E-MAIL ADDRESS
msilverman@paulweiss.com

UNIT 3601, OFFICE TOWER A  BEIJING FORTUNE PLAZA
NO 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR  HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U K
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100 0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST SUITE 3100
PO BOX 226
TORONTO ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

July 30, 2014

**Via ECF and Hand Delivery**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

*Sullivan v. Barclays PLC et al.*, No. 13-cv-2811

Dear Judge Castel:

This letter is submitted on behalf of all defendants in response to Mr. Lovell's letter of July 29, 2014.

Defendants take no position in response to Mr. Lovell's request for an extension of 15 days to file the Third Amended Complaint. If the Court grants that request, Defendants request that the remainder of the schedule set in the Court's Scheduling Order of June 24, 2014 be extended for 15 days and that the time for submission of the reply brief be extended for 17 days because of the Thanksgiving Holiday. The schedule would thus be:

| | |
|---|---|
| August 15, 2014 | Third Amended Complaint |
| October 15, 2014 | Motions to Dismiss or Answers |
| November 17, 2014 | Opposition to any Motions to Dismiss |
| December 4, 2014 | Reply in support of any Motions to Dismiss |

Respectfully submitted,

Moses Silverman
*Counsel for Defendant Deutsche Bank AG*

cc: All Counsel (via ECF & E-Mail)