```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STEPHEN SULLIVAN and WHITE OAK FUND
LP, on behalf of themselves and all others
similarly situated,

                Plaintiffs,                              13-cv-2811 (PKC)

        -against-                                       ORDER

BARCLAYS PLC, et al.,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        For the reasons set forth in a separate Memorandum of this Court, which is filed under seal, the Court orders the following relief:

        The government's motion to intervene is GRANTED.

        All discovery in this case is stayed until May 12, 2015, subject to an application for an extension, if necessary.

        Plaintiffs may file a Third Amended Complaint no later than October 3, 2014. They may seek leave to file a Fourth Amended Complaint after the discovery stay is lifted. Defendants may not move with regard to the operative pleading until 20 days following the lifting of the stay.

        SO ORDERED.

                                                               P. Kevin Castel
                                                              United States District Judge

Dated: New York, New York
           September 11, 2014