UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| STEPHEN SULLIVAN AND WHITE OAK FUND LP, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIGROUP, INC., CITIBANK, N.A., COOPERATIEVE CENTRALE RAIFFESISEN-BOERENLEENBANK B.A., CREDIT AGRICOLE S.A., CREDIT AGRICOLE CIB, DEUTSCHE BANK AG, HSBC HOLDING PLC, HSBC BANK PLC, J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, THE ROYAL BANK OF SCOTLAND PLC, SOCIETE GENERALE SA, UBS AG, AND JOHN DOE NOS. 1-50,<br><br>　　　　　　　　　　Defendants. | No. 13-cv-02811 (PKC)<br><br>**NOTICE OF APPEARANCE** |

----------------------------------------------------------------X

　　　　PLEASE TAKE NOTICE that the undersigned attorney, LEIGH M. NATHANSON, who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendants Barclays PLC, Barclays Bank PLC, and Barclays Capital Inc. in the above captioned proceeding.

Dated: New York, New York
　　　　September 16, 2014

　　　　　　　　　　　　　　　　BOIES, SCHILLER & FLEXNER LLP

　　　　　　　　　　　By:　_____/s/ Leigh M. Nathanson_____
　　　　　　　　　　　　　　Leigh M. Nathanson

　　　　　　　　　　　　　575 Lexington Avenue
　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　Phone: (212) 446-2365
　　　　　　　　　　　　　Fax: (212) 446-2350
　　　　　　　　　　　　　E-mail: lnathanson@bsfllp.com