UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, et al., <br><br> Plaintiffs, <br><br> - against – <br><br> BARCLAYS PLC, et al., <br><br> Defendants. | Docket No. 13-cv-2811 (PKC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff STEPHEN SULLIVAN in this action. I certify that I am admitted to practice in this Court.

Dated: November 18, 2014

                                         LOWEY DANNENBERG COHEN &
                                         HART, P.C.

Respectfully submitted,

By:   /s Melissa Cabrera
        Melissa Cabrera
        White Plains Plaza, Suite 509
        One North Broadway
        White Plains, NY  10601-1714
        Telephone:  914-997-0500
        Facsimile:  914-997-0035
        Email: mcabrera@lowey.com

*Attorney for Stephen Sullivan*