UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

STEPHEN SULLIVAN, et al.,

      Plaintiffs,

- against –

BARCLAYS PLC, et al.,

      Defendants.

Docket No. 13-cv-2811 (PKC)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff STEPHEN SULLIVAN in this action. I certify that I am admitted to practice in this Court.

Dated: November 19, 2014

        LOWEY DANNENBERG COHEN & HART, P.C.

        Respectfully submitted,

      By: /s Christian Levis
        Christian Levis
        White Plains Plaza, Suite 509
        One North Broadway
        White Plains, NY 10601-1714
        Telephone: 914-997-0500
        Facsimile: 914-997-0035
        Email: clevis@lowey.com

        *Attorney for Stephen Sullivan*

{2558 / NOT / 00126094.DOC v1}