**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
STEPHEN SULLIVAN AND WHITE OAK :
FUND, LP, on behalf of themselves and all :
others similarly situated, :    No. 13-cv-02811 (PKC)
:
Plaintiffs, :    **REVISED CORPORATE**
:    **DISCLOSURE STATEMENT**
-against- :
:
BARCLAYS PLC et al., :
:
Defendants. :
------------------------------------------------------------ x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant UBS AG makes the following Revised Corporate Disclosure Statement to reflect recent changes in corporate ownership.

UBS AG is a publicly traded entity. Over 90% of UBS AG stock is held by UBS Group AG, a publicly traded corporation. There is no publicly held corporation that holds 10 percent or more of UBS Group AG stock.

Dated: December 16, 2014          GIBSON, DUNN & CRUTCHER LLP
San Francisco, CA

By:   s/Joel S. Sanders
            Joel S. Sanders

555 Mission Street
San Francisco, CA 94105
Tel: (415) 393-8200
jsanders@gibsondunn.com

*Attorneys for Defendant UBS AG*