UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
STEPHEN SULLIVAN AND WHITE OAK FUND, LP, on behalf of themselves and all others similarly situated,

                Plaintiffs,

                -against-

BARCLAYS PLC et al.,

                Defendants.
------------------------------------------------------------ x

No. 13-cv-02811 (PKC)

## DECLARATION OF RACHEL A. LAVERY PURSUANT TO LOCAL RULE 1.4

I, Rachel A. Lavery, hereby declare under penalty of perjury, that the following is true and correct:

1. I am one of the attorneys at Gibson, Dunn & Crutcher LLP representing UBS AG in the above-captioned matters.

2. I make this declaration pursuant to Local Rule 1.4 of the Rules of this Court.

3. As of January 7, 2015, I will no longer be associated with the law firm of Gibson, Dunn & Crutcher LLP.  Attorneys at Gibson, Dunn & Crutcher LLP will continue to be counsel of record in this matter.

4. I am not asserting any retaining or charging lien on my clients.

5. I respectfully request that the Court enter the accompanying Order allowing me to withdraw as counsel of record for UBS AG.

Dated: January 5, 2015

                                                                /s/
                                                 Rachel A. Lavery