UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN AND WHITE OAK FUND, LP, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　　- against -<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., UBS AG, THE ROYAL BANK OF SCOTLAND PLC, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, CREDIT AGRICOLE CIB, SOCIÉTÉ GÉNÉRALE SA, COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A. AND JOHN DOE NOS. 1-50,<br><br>　　　　　　　Defendants. | 13-cv-02811 (PKC)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

　　　　Please take notice that effective February 23, 2015 Mayer Brown LLP's new office location is:

　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　New York, New York 10020-1001

　　　　Please update your records accordingly and serve all future pleadings, notices and other papers upon us at our new address.

　　　　　　　　　　　　　　　　　　By:　MAYER BROWN LLP
　　　　　　　　　　　　　　　　　　　　/s/ Steven Wolowitz
　　　　　　　　　　　　　　　　　　　　Steven Wolowitz
　　　　　　　　　　　　　　　　　　　　Henninger S. Bullock
　　　　　　　　　　　　　　　　　　　　Andrew J. Calica
　　　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　　　Tel: (212) 506-2500
　　　　　　　　　　　　　　　　　　　　swolowitz@mayerbrown.com
　　　　　　　　　　　　　　　　　　　　hbullock@mayerbrown.com
　　　　　　　　　　　　　　　　　　　　acalica@mayerbrown.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Société Générale*