UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

STEPHEN SULLIVAN AND WHITE OAK
FUND, LP, on behalf of themselves and all
others similarly situated,

              Plaintiffs,

              -against-

BARCLAYS PLC et al.,

              Defendants.

------------------------------------------------------------ x

No. 13-cv-02811 (PKC)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-15

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the Motion by Counsel for UBS AG and the accompanying declaration of Rachel A. Lavery,

IT IS HEREBY ORDERED that the motion of Rachel A. Lavery to withdraw as counsel for UBS AG is granted, and Ms. Lavery's appearance is withdrawn as of the date of this Order.

Dated: 3-4-15

_____
Honorable P. Kevin Castel
United States District Judge