

U.S. Department of Justice

Antitrust Division

*New York Office*

26 Federal Plaza  
Room 3630  
New York, New York 10278-0004

212/335-8013

FAX 212/335-8023

May 12, 2015

BY ECF

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2015
```

The Honorable P. Kevin Castel  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re: *SULLIVAN v. BARCLAYS PLC, ET AL.*, 1:13-cv-02811(PKC)

Dear Judge Castel:

The United States Department of Justice, through the Fraud Section of the Criminal Division and the Antitrust Division (collectively, the "Government"), writes to provide the Court with an update on its position for discovery in the above captioned matter.

On September 11, 2014, the Court granted the Government's motion to intervene and for a stay of discovery in the above captioned matter until May 12, 2015, subject to an application for an extension. At this time, the Government does not object to document discovery in this matter beginning immediately. With respect to other forms of discovery, the Government proposes a tailored approach whereby the parties provide advance notice to the Government of the nature of any proposed depositions, interrogatories or requests for admission so that it has an opportunity to object should the discovery conflict with the needs of the ongoing criminal investigation and any subsequent prosecutions. We have conferred with counsel for the plaintiffs, who do not object to our position.

Respectfully submitted,

ANDREW WEISSMANN  
Chief, Fraud Section  
Criminal Division

*The stay is modified to permit document discovery effective immediately. SO ORDERED.*  
*[signature] USDJ 5-12-15*

MEMO ENDORSED

Hon. P. Kevin Castel
*Sullivan v. Barclays PLC, et al.,* 1:13-cv-02811 (PKC) – *Letter re: Discovery Stay*
May 12, 2015

By: *[signature]*
Benjamin D. Singer, Deputy Chief
Jennifer L. Saulino, Assistant Chief
Criminal Division, Fraud Section

JEFFREY D. MARTINO
Chief, New York Office
Antitrust Division

By: *[signature]*
Richard A. Powers, Trial Attorney
Antitrust Division, New York Office

cc: (counsel of record via ECF)

2