IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, et al.,<br><br>            Plaintiffs,<br><br>- against –<br><br>BARCLAYS PLC, et al.,<br><br>            Defendants. | Docket No. 13-cv-2811 (PKC)<br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff STEPHEN SULLIVAN in this action. I certify that I am admitted to practice in this Court.

Dated: May 13, 2015

                                            LOWEY DANNENBERG COHEN &
                                            HART, P.C.

                                            Respectfully submitted,

                                            By: __/s Michelle E. Conston__
                                                    Michelle E. Conston
                                                    White Plains Plaza, Suite 509
                                                    One North Broadway
                                                    White Plains, NY  10601-1714
                                                    Telephone:  914-997-0500
                                                    Facsimile:  914-997-0035
                                                    Email: mconston@lowey.com

                                            *Attorney for Plaintiff Stephen Sullivan*