UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Sullivan

               Plaintiff,

       -against-

Barclays PLC, et al

               Defendant.
--------------------------------------------------------

Case No. 1: 13-cv-02811

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## David R. Gelfand
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DG1185      My State Bar Number is 2166718

I am,

    [✓] An attorney
    [ ] A Government Agency attorney
    [ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Milbank, Tweed, Hadley & McCloy LLP
               FIRM ADDRESS: 1 Chase Manhattan Plaza, New York, NY 10005
               FIRM TELEPHONE NUMBER: 212-530-5000
               FIRM FAX NUMBER: 212-530-5219

NEW FIRM:    FIRM NAME: Milbank, Tweed, Hadley & McCloy LLP
               FIRM ADDRESS: 28 Liberty Street, New York, NY 10005
               FIRM TELEPHONE NUMBER: 212-530-5000
               FIRM FAX NUMBER: 212-530-5219

    [✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: June 15, 2015

ATTORNEY'S SIGNATURE