UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Sullivan

                Plaintiff,

      -against-

Barclays PLC, et al

               Defendant.

------------------------------------------------------

Case No. 1: 13-cv-02811

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Mark D. Villaverde**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MV9439    My State Bar Number is 4229233

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Milbank, Tweed, Hadley & McCloy LLP
                     FIRM ADDRESS: 1 Chase Manhattan Plaza, New York, NY 10005
                     FIRM TELEPHONE NUMBER: 212-530-5000
                     FIRM FAX NUMBER: 212-530-5219

NEW FIRM:    FIRM NAME: Milbank, Tweed, Hadley & McCloy LLP
                     FIRM ADDRESS: 28 Liberty Street, New York, NY 10005
                     FIRM TELEPHONE NUMBER: 212-530-5000
                     FIRM FAX NUMBER: 212-530-5219

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: June 15, 2015

_____
ATTORNEY'S SIGNATURE