```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STEPHEN SULLIVAN, et ano.,
On behalf of themselves and
All others similarly situated,

                Plaintiffs,                13-cv-2811 (PKC)

    -against-                              <u>ORDER</u>


BARCLAYS PLC, et al.,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        This action was commenced over two years ago and was stayed at the request of the government. The Court authorized the filing of a Fourth Amended Complaint after the discovery stay was lifted. The stay was modified over a month ago and no other modification is presently sought, except if a jurisdictional issue is raised in the motions to dismiss. The parties propose a schedule with a Fourth Amended Complaint to be filed September 14, 2015 and motions to dismiss fully briefed by February 2, 2016, nearly 8 months from now. The application is DENIED without prejudice to a revised schedule. Plaintiff may file an amended pleading within 90 days of the May 13, 2015 modification of the stay. Motion to dismiss filed 30 days after the filing of the Fourth Amended Complaint. Answering papers filed 30 days after service of motion. Reply brief filed 21 days after the service of the answering papers.

        SO ORDERED.

                                                    P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
       June 19, 2015