UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　- against -<br><br>BARCLAYS PLC, *et al.*,<br><br>　　　　　　　　　Defendants. | No. 13-cv-2811 (PKC)<br><br><u>**NOTICE OF APPEARANCE**</u> |

　　　　PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Deutsche Bank AG, defendant in the above-captioned action.

Dated:　New York, New York
　　　　June 30, 2015

　　　　　　　　　Respectfully submitted,

　　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON &
　　　　　　　　　　GARRISON LLP

　　　　　　　　　By:　<u>/s/ Michael J. Biondi</u>
　　　　　　　　　　　Michael J. Biondi
　　　　　　　　　　　mbiondi@paulweiss.com

　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　New York, New York 10019-6064
　　　　　　　　　Tel.:　(212) 373-3446
　　　　　　　　　Fax:　(212) 492-0446

　　　　　　　　　*Counsel for Defendant Deutsche Bank AG*