

| | New York | Pennsylvania |
|---|---|---|
| | White Plains Plaza | Four Tower Bridge |
| | One North Broadway | 200 Barr Harbor Drive, Suite 400 |
| | White Plains, NY 10601-2310 | West Conshohoken, PA 19428-2977 |
| | 914-997-0500 Telephone | 610-941-2760 Telephone |
| | 914-997-0035 Fax | 610-862-9777 Fax |
| | www.lowey.com | |

August 10, 2015

*Via ECF and Facsimile*

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

   Re: *Sullivan v. Barclays PLC et al.*, No. 13-CV-2811

Dear Judge Castel,

  As counsel for Plaintiffs, we respectfully request that the due date for filing Plaintiffs' Fourth Amended Complaint be extended from Tuesday, August 11, to Thursday, August 13. The Barclays Defendants do not oppose this request.

  The requested extension will allow additional time for the Court's consideration of (a) the agreed-upon protective order negotiated and jointly submitted by Plaintiffs and the Barclays Defendants last Thursday (Dkt. 166), and (b) Plaintiffs' request made earlier today (Dkt. 168), for leave to file an un-redacted version of the complaint under seal after the proposed protective order has been approved by Your Honor, and a redacted version of the complaint via the Court's ECF system.

  Thank you very much.

               Respectfully submitted,

               Vincent Briganti