

New York
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

914-997-0500 Telephone
914-997-0035 Fax

www.lowey.com

Pennsylvania
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428-2977

610-941-2760 Telephone
610-862-9777 Fax

August 10, 2015

*Via ECF and Facsimile*

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

> The application to adjourn the date for filing plaintiffs' Fourth Amended Complaint to August 13, 2015 is granted.
> SO ORDERED.
> August 11, 2015
>
> P. Kevin Castel
> United States District Judge

Re:   *Sullivan v. Barclays PLC et al.*, No. 13-CV-2811

Dear Judge Castel,

As counsel for Plaintiffs, we respectfully request that the due date for filing Plaintiffs' Fourth Amended Complaint be extended from Tuesday, August 11, to Thursday, August 13. The Barclays Defendants do not oppose this request.

The requested extension will allow additional time for the Court's consideration of (a) the agreed-upon protective order negotiated and jointly submitted by Plaintiffs and the Barclays Defendants last Thursday (Dkt. 166), and (b) Plaintiffs' request made earlier today (Dkt. 168), for leave to file an un-redacted version of the complaint under seal after the proposed protective order has been approved by Your Honor, and a redacted version of the complaint via the Court's ECF system.

Thank you very much.

Respectfully submitted,

Vincent Briganti