**Lowey Dannenberg Cohen & Hart, P.C.**

New York
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310
914-997-0500 Telephone
914-997-0035 Fax

Pennsylvania
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohoken, PA 19428-2977
610-941-2760 Telephone
610-862-9777 Fax

www.lowey.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-13-15

August 10, 2015

Via ECF and Facsimile

**MEMO ENDORSED**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Sullivan v. Barclays PLC et al.*, No. 13-CV-2811

Dear Judge Castel,

Plaintiffs are due to file their consolidated amended complaint tomorrow. See Your Honor's Order dated June 19, 2015 Dkt. 161. As Plaintiffs have previewed in its prior correspondence to the Court, the complaint will contain information that the Barclays Defendants provided to Plaintiffs with the permission of the United States Department of Justice, pursuant to the Antitrust Criminal Penalty Enforcement and Reform Act ("ACPERA").

Today, the Department of Justice informed Plaintiffs that it will not object to Plaintiffs' inclusion in the complaint of the information that the Barclays Defendants have provided to Plaintiffs, provided that the complaint is filed under seal and that the Court has signed an order binding the Defendants to confidentiality.

Anticipating that this might be the position of the Department of Justice, Barclays and Plaintiffs negotiated an agreed-upon protective order and jointly submitted it to the Court last Thursday. Dkt. 166.

Plaintiffs respectfully request that the Court enter the proposed protective order and grant Plaintiffs leave to file the complaint under seal after the proposed protective order has been approved by Your Honor. Plaintiffs further request leave to publically file tomorrow a complaint that redacts information provided by Barclays.

Thank you very much.

Respectfully submitted,

*/s/ Vincent Briganti*
Vincent Briganti

---

**Handwritten memo endorsement:**

The position of the DOJ that information provided to it by the defendant in this action may only be included in a complaint against that defendant if the defendant agrees or it serves no purpose to further disclose it makes no sense. File redacted complaint by Friday August 14 on the public record and deliver unredacted complaint to Chambers.

By August 25, 2010 any interested person, including the DOJ, shall show cause why the unredacted pleading ought not be filed on the public record.

SO ORDERED
/s/ PKC
USDJ
8-13-15