# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

Telephone
212.608.1900

Facsimile
212.719.4775

August 14, 2015

**VIA ECF and FAX**
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York  10007
Fax: (212) 805-7949

Re:   *Sullivan v. Barclays PLC et al.*, No. 13-CV-2811

Dear Judge Castel:

Pursuant to Your Honor's Orders (Dkt. Nos., 170, 172), Plaintiffs have hand delivered to the security guards at the Courthouse for delivery to Your Honor's Chambers the Fourth Amended Class Action Complaint along with accompanying exhibits.

Plaintiffs served this complaint by email last night upon all counsel of record but have not filed it on ECF; after Your Honor has had the opportunity to determine whether portions of the complaint should be filed under seal, Plaintiffs will file this complaint via ECF consistent with a further order to be entered by Your Honor.

Finally, for the greater convenience of the Court in reviewing the lengthy complaint, Plaintiffs are delivering a fully bound copy of the Fourth Amended Class Action Complaint and the exhibits and appendices, and serving copies of that document by Federal Express upon Defendants' Counsel of record.

Thank you very much.

Respectfully submitted,
/s/*Christopher Lovell*
Christopher Lovell
Lovell Stewart Halebian Jacobson LLP
61 Broadway, Suite 501
New York, NY 10006
Tel.: 212-608-1900
Fax: 212-719-4677
clovell@lshllp.com

cc:   All Counsel of Record (via ECF)