

**U.S. Department of Justice**

Antitrust Division

---

*New York Office*

*26 Federal Plaza*  *212/335-8013*
*Room 3630*
*New York, New York 10278-0004*  *FAX 212/335-8023*

August 14, 2015

BY ECF

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *SULLIVAN v. BARCLAYS PLC, ET AL.*, 1:13-cv-02811(PKC)

Dear Judge Castel:

    The United States Department of Justice (the "Government") writes to clarify its position on issues related to Plaintiffs' recently filed consolidated amended complaint (the "Complaint") in the above-captioned matter, as discussed in Plaintiffs' letter dated August 10, 2015 (Dkt. 168) and this Court's order dated August 13, 2015 (Dkt. 172).

    As previously represented to counsel both for Plaintiffs and Barclays, the Government does not object to the inclusion in the Complaint of information provided by Barclays to Plaintiffs. The Government takes no position on whether, or to what extent, the Complaint should be filed under seal. The Government also takes no position on the proposed protective order submitted by the parties to the Court on August 12, 2015.

                              Respectfully submitted,

                              JEFFREY D. MARTINO
                              Chief, New York Office
                              Antitrust Division

                   By:    _____
                            Richard A. Powers, Trial Attorney
                            Antitrust Division, New York Office

cc: (counsel of record via ECF)