UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> - against – <br><br> BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, HSBC HOLDINGS PLC, HSBC BANK PLC, J.P. MORGAN CHASE & CO., J.P. MORGAN CHASE BANK, NATIONAL ASSOCIATION, THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50, <br><br> Defendants. | 13 cv 02811 (PKC) <br><br> USDS SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 08-27-15 |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Upon the Motion by counsel for The Royal Bank of Scotland plc,

IT IS HEREBY ORDERED that the motion of Alejandra de Urioste to withdraw as counsel for The Royal Bank of Scotland plc is granted, and Ms. de Urioste's appearance is withdrawn as of the date of this Order.

Dated: 8-27-18

Honorable P. Kevin Castel
United States District Judge