UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BNP PARIBAS S.A., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br><br>Defendants. | Docket No. 13-cv-02811 (PKC)<br><br>ECF Case<br><br>**RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL OF BNP PARIBAS S.A. WITHOUT PREJUDICE** |

Plaintiffs Stephen Sullivan, White Oak Fund LP, California State Teachers' Retirement System, Sonterra Capital Master Fund, Ltd., FrontPoint Partners Trading Fund, L.P., and FrontPoint Australian Opportunities Trust, hereby give Notice of Voluntary Dismissal of Defendant BNP Paribas S.A. from the above-captioned action, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, without prejudice and without costs as to any party against any other.

Dated: September 22, 2015

        LOWEY DANNENBERG COHEN
        & HART, P.C.

        By: /s/ Vincent Briganti
        Vincent Briganti
        Geoffrey M. Horn
        Peter D. St. Phillip
        Raymond Girnys
        Christian Levis
        One North Broadway
        White Plains, New York 10601
        Tel.: 914-997-0500
        Fax: 914-997-0035
        vbriganti@lowey.com
        ghorn@lowey.com
        pstphillip@lowey.com
        rgirnys@lowey.com
        clevis@lowey.com

        LOVELL STEWART HALEBIAN
        JACOBSON LLP

        By: /s/ Christopher Lovell
        Christopher Lovell
        Gary S. Jacobson
        Ian T. Stoll
        61 Broadway, Suite 501
        New York, NY 10006
        Tel.: 212-608-1900
        Fax: 212-719-4677
        clovell@lshllp.com
        gsjacobson@lshllp.com
        istoll@lshllp.com

        *Proposed Interim Co-Lead Class Counsel*

        Nicole Lavallee
        Todd A. Seaver
        BERMAN DEVALERIO
        One California Street, Suite 900
        San Francisco, CA  94111
        Telephone: (415) 433-3200
        Facsimile:  (415) 433-6282
        nlavallee@bermandevalerio.com
        tseaver@bermandevalerio.com

        Patrick T. Egan (PE-6812)
        BERMAN DEVALERIO
        One Liberty Square
        Boston, MA 02109
        Telephone: (617) 542-8300
        Facsimile: (617) 542-1194
        pegan@bermandevalerio.com

        Brian P. Murray
        Lee Albert (*pro hac vice* to be filed)
        GLANCY PRONGAY & MURRAY LLP
        122 East 42nd Street, Suite 2920
        New York, NY 10168
        Tel.: 212-682-5340
        Fax: 212-884-0988
        bmurray@glancylaw.com
        lalbert@glancylaw.com

        David E. Kovel
        KIRBY McINERNEY LLP
        825 Third Avenue
        New York, NY 10022
        Tel.: 212-371-6600
        Fax: 212-751-2540
        dkovel@kmllp.com

        *Additional Counsel for Plaintiffs*