Carter, K.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9-24-15_

---

STEPHEN SULLIVAN, WHITE OAK FUND LP,
CALIFORNIA STATE TEACHERS' RETIREMENT
SYSTEM, SONTERRA CAPITAL MASTER FUND,
LTD., FRONTPOINT PARTNERS TRADING
FUND, L.P., AND FRONTPOINT AUSTRALIAN
OPPORTUNITIES TRUST on behalf of themselves
and all others similarly situated,

Plaintiffs,

- against -

BARCLAYS PLC, BARCLAYS BANK PLC,
BARCLAYS CAPITAL INC., BNP PARIBAS S.A.,
CITIGROUP, INC., CITIBANK, N.A.,
COÖPERATIEVE CENTRALE RAIFFEISEN-
BOERENLEENBANK B.A., CRÉDIT AGRICOLE
S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK
AG, DB GROUP SERVICES UK LIMITED, HSBC
HOLDINGS PLC, HSBC BANK PLC, ICAP PLC,
ICAP EUROPE LIMITED, J.P. MORGAN CHASE &
CO., JPMORGAN CHASE BANK, N.A., THE ROYAL
BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE
SA, UBS AG AND JOHN DOE NOS. 1-50,

Defendants.

---

Docket No. 13-cv-02811 (PKC)

ECF Case

**RULE 41(a)(1)(A)(i) NOTICE OF
VOLUNTARY DISMISSAL OF
BNP PARIBAS S.A. WITHOUT
PREJUDICE**

SO ORDERED
USDJ
9-24-15

---

Plaintiffs Stephen Sullivan, White Oak Fund LP, California State Teachers' Retirement

System, Sonterra Capital Master Fund, Ltd., FrontPoint Partners Trading Fund, L.P., and

FrontPoint Australian Opportunities Trust, hereby give Notice of Voluntary Dismissal of

Defendant BNP Paribas S.A. from the above-captioned action, pursuant to Rule 41(a)(1)(A)(i) of

the Federal Rules of Civil Procedure, without prejudice and without costs as to any party against

any other.

Dated: September 22, 2015

LOWEY DANNENBERG COHEN
& HART, P.C.

By: _____
Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
Raymond Girnys
Christian Levis
One North Broadway
White Plains, New York 10601
Tel.: 914-997-0500
Fax: 914-997-0035
vbriganti@lowey.com
ghorn@lowey.com
pstphillip@lowey.com
rgirnys@lowey.com
clevis@lowey.com


LOVELL STEWART HALEBIAN
JACOBSON LLP
By: _____
Christopher Lovell
Gary S. Jacobson
Ian T. Stoll
61 Broadway, Suite 501
New York, NY 10006
Tel.: 212-608-1900
Fax: 212-719-4677
clovell@lshllp.com
gsjacobson@lshllp.com
istoll@lshllp.com

*Proposed Interim Co-Lead Class Counsel*

Nicole Lavallee
Todd A. Seaver
BERMAN DEVALERIO
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
nlavallee@bermandevalerio.com
tseaver@bermandevalerio.com

2

Patrick T. Egan (PE-6812)
BERMAN DEVALERIO
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
pegan@bermandevalerio.com


Brian P. Murray
Lee Albert (*pro hac vice* to be filed)
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Tel.: 212-682-5340
Fax: 212-884-0988
bmurray@glancylaw.com
lalbert@glancylaw.com

David E. Kovel
KIRBY McINERNEY LLP
825 Third Avenue
New York, NY 10022
Tel.: 212-371-6600
Fax: 212-751-2540
dkovel@kmllp.com

*Additional Counsel for Plaintiffs*

**SO ORDERED:**


_____

**U.S.D.J.**