UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STEPHEN SULLIVAN, WHITE OAK FUND LP, :
CALIFORNIA STATE TEACHERS' :
RETIREMENT SYSTEM, SONTERRA CAPITAL :
MASTER FUND, LTD., FRONTPOINT :
PARTNERS TRADING FUND, L.P., AND :
FRONTPOINT AUSTRALIAN OPPORTUNITIES :
TRUST on behalf of themselves and all others :
similarly situated, :
      Plaintiffs, :
       :
    v. :
       :
UBS AG, UBS SECURITIES JAPAN CO. LTD., :
MIZUHO BANK, LTD., THE BANK OF TOKYO- :
MITSUBISHI UFJ, LTD., THE SUMITOMO :
TRUST AND BANKING CO., LTD., THE :
NORINCHUKIN BANK, MITSUBISHI UFJ :
TRUST AND BANKING CORPORATION, :
SUMITOMO MITSUI BANKING :
CORPORATION, RESONA BANK, LTD., J.P. :
MORGAN CHASE & CO., JPMORGAN CHASE :
BANK, NATIONAL ASSOCIATION, J.P. :
MORGAN SECURITIES PLC, MIZUHO :
CORPORATE BANK, LTD., DEUTSCHE BANK :
AG, DB GROUP SERVICES UK LIMITED, :
MIZUHO TRUST AND BANKING CO., LTD., :
THE SHOKO CHUKIN BANK, LTD., SHINKIN :
CENTRAL BANK, THE BANK OF :
YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, :
THE ROYAL BANK OF SCOTLAND GROUP :
PLC, THE ROYAL BANK OF SCOTLAND PLC, :
RBS SECURITIES JAPAN LIMITED, :
BARCLAYS BANK PLC, BARCLAYS PLC, :
BARCLAYS CAPITAL INC., CITIBANK, NA, :
CITIGROUP, INC., CITIBANK, JAPAN LTD., :
CITIGROUP GLOBAL MARKETS JAPAN, INC., :
COÖPERATIEVE CENTRALE RAIFFEISEN- :
BOERENLEENBANK B.A., HSBC HOLDINGS :
PLC, HSBC BANK PLC, LLOYDS BANKING :
GROUP PLC, HBOS PLC, LLOYDS BANK PLC, :
ICAP PLC, ICAP EUROPE LIMITED, R.P. :
MARTIN HOLDINGS LIMITED, MARTIN :
BROKERS (UK) LTD., TULLETT PREBON PLC, :

Docket No. 13-CV-2811 (PKC)

**SPECIAL NOTICE OF APPEARANCE FOR THE LIMITED PURPOSE OF CONTESTING <u>PERSONAL JURISDICTION</u>**

| | |
|---|---|
| BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., MERRILL LYNCH INTERNATIONAL INCORPORATED, AND JOHN DOE NOS. 1-50, | : : : : : |
| Defendants. | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |

PLEASE TAKE NOTICE that Shari A. Brandt of Richards Kibbe & Orbe LLP hereby enters her special appearance for the limited purpose of contesting personal jurisdiction as counsel of record for Defendants ICAP plc and ICAP Europe Limited in the above-captioned action.  I certify that I am admitted to practice in this Court.

Dated: September 30, 2015
       New York, New York

                RICHARDS KIBBE & ORBE LLP

                By: /s/ Shari A. Brandt
                    Shari A. Brandt (*sbrandt@rkollp.com*)
                    200 Liberty Street
                    New York, NY  10281-1003
                    Telephone: 212.530.1800
                    Facsimile: 212.530.1801

                    *Attorneys for Defendants ICAP plc and ICAP Europe Limited*