UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STEPHEN SULLIVAN, WHITE OAK FUND LP, :
CALIFORNIA STATE TEACHERS' :
RETIREMENT SYSTEM, SONTERRA CAPITAL :
MASTER FUND, LTD., FRONTPOINT :
PARTNERS TRADING FUND, L.P., AND :
FRONTPOINT AUSTRALIAN OPPORTUNITIES :
TRUST on behalf of themselves and all others :
similarly situated, :

               Plaintiffs, :

                       :

         v. :

UBS AG, UBS SECURITIES JAPAN CO. LTD., :
MIZUHO BANK, LTD., THE BANK OF TOKYO- :
MITSUBISHI UFJ, LTD., THE SUMITOMO :
TRUST AND BANKING CO., LTD., THE :
NORINCHUKIN BANK, MITSUBISHI UFJ :
TRUST AND BANKING CORPORATION, :
SUMITOMO MITSUI BANKING :
CORPORATION, RESONA BANK, LTD., J.P. :
MORGAN CHASE & CO., JPMORGAN CHASE :
BANK, NATIONAL ASSOCIATION, J.P. :
MORGAN SECURITIES PLC, MIZUHO :
CORPORATE BANK, LTD., DEUTSCHE BANK :
AG, DB GROUP SERVICES UK LIMITED, :
MIZUHO TRUST AND BANKING CO., LTD., :
THE SHOKO CHUKIN BANK, LTD., SHINKIN :
CENTRAL BANK, THE BANK OF :
YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, :
THE ROYAL BANK OF SCOTLAND GROUP :
PLC, THE ROYAL BANK OF SCOTLAND PLC, :
RBS SECURITIES JAPAN LIMITED, :
BARCLAYS BANK PLC, BARCLAYS PLC, :
BARCLAYS CAPITAL INC., CITIBANK, NA, :
CITIGROUP, INC., CITIBANK, JAPAN LTD., :
CITIGROUP GLOBAL MARKETS JAPAN, INC., :
COÖPERATIEVE CENTRALE RAIFFEISEN- :
BOERENLEENBANK B.A., HSBC HOLDINGS :
PLC, HSBC BANK PLC, LLOYDS BANKING :
GROUP PLC, HBOS PLC, LLOYDS BANK PLC, :
ICAP PLC, ICAP EUROPE LIMITED, R.P. :
MARTIN HOLDINGS LIMITED, MARTIN :
BROKERS (UK) LTD., TULLETT PREBON PLC, :

Docket No. 13-CV-2811 (PKC)


**SPECIAL NOTICE OF APPEARANCE
FOR THE LIMITED PURPOSE OF
CONTESTING
<u>PERSONAL JURISDICTION</u>**

BANK OF AMERICA CORPORATION, BANK :
OF AMERICA, N.A., MERRILL LYNCH :
INTERNATIONAL INCORPORATED, AND :
JOHN DOE NOS. 1-50, :
                                            :
                       Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


        PLEASE TAKE NOTICE that H. Rowan Gaither of Richards Kibbe & Orbe LLP hereby

enters his special appearance for the limited purpose of contesting personal jurisdiction as

counsel of record for Defendants ICAP plc and ICAP Europe Limited in the above-captioned

action.  I certify that I am admitted to practice in this Court.

Dated: September 30, 2015
        New York, New York

                           RICHARDS KIBBE & ORBE LLP


                   By: /s/ H. Rowan Gaither
                        H. Rowan Gaither (*rgaither@rkollp.com*)
                        200 Liberty Street
                        New York, NY  10281-1003
                        Telephone: 212.530.1800
                        Facsimile: 212.530.1801

                        *Attorneys for Defendants ICAP plc and ICAP Europe Limited*