UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STEPHEN SULLIVAN, WHITE OAK FUND LP, :
CALIFORNIA STATE TEACHERS' :
RETIREMENT SYSTEM, SONTERRA CAPITAL :
MASTER FUND, LTD., FRONTPOINT :  Docket No. 13-CV-2811 (PKC)
PARTNERS TRADING FUND, L.P., AND :
FRONTPOINT AUSTRALIAN OPPORTUNITIES :
TRUST on behalf of themselves and all others :
similarly situated, : **DEFENDANT ICAP PLC'S RULE 7.1**
                Plaintiffs, : **DISCLOSURE STATEMENT**
:
            v. :
:
UBS AG, UBS SECURITIES JAPAN CO. LTD., :
MIZUHO BANK, LTD., THE BANK OF TOKYO- :
MITSUBISHI UFJ, LTD., THE SUMITOMO :
TRUST AND BANKING CO., LTD., THE :
NORINCHUKIN BANK, MITSUBISHI UFJ :
TRUST AND BANKING CORPORATION, :
SUMITOMO MITSUI BANKING :
CORPORATION, RESONA BANK, LTD., J.P. :
MORGAN CHASE & CO., JPMORGAN CHASE :
BANK, NATIONAL ASSOCIATION, J.P. :
MORGAN SECURITIES PLC, MIZUHO :
CORPORATE BANK, LTD., DEUTSCHE BANK :
AG, DB GROUP SERVICES UK LIMITED, :
MIZUHO TRUST AND BANKING CO., LTD., :
THE SHOKO CHUKIN BANK, LTD., SHINKIN :
CENTRAL BANK, THE BANK OF :
YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, :
THE ROYAL BANK OF SCOTLAND GROUP :
PLC, THE ROYAL BANK OF SCOTLAND PLC, :
RBS SECURITIES JAPAN LIMITED, :
BARCLAYS BANK PLC, BARCLAYS PLC, :
BARCLAYS CAPITAL INC., CITIBANK, NA, :
CITIGROUP, INC., CITIBANK, JAPAN LTD., :
CITIGROUP GLOBAL MARKETS JAPAN, INC., :
COÖPERATIEVE CENTRALE RAIFFEISEN- :
BOERENLEENBANK B.A., HSBC HOLDINGS :
PLC, HSBC BANK PLC, LLOYDS BANKING :
GROUP PLC, HBOS PLC, LLOYDS BANK PLC, :
ICAP PLC, ICAP EUROPE LIMITED, R.P. :
MARTIN HOLDINGS LIMITED, MARTIN :
BROKERS (UK) LTD., TULLETT PREBON PLC, :

| | |
|---|---|
| BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., MERRILL LYNCH INTERNATIONAL INCORPORATED, AND JOHN DOE NOS. 1-50, | : : : : : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant ICAP plc hereby states as follows:

ICAP plc is a public limited company that has no parent organization.  Schroders plc, a public limited company, owns greater than 10% of ICAP plc's stock.  ICAP plc makes the preceding disclosure without prejudice to its right to contest personal jurisdiction in the above-captioned action.

Dated:  September 30, 2015
          New York, New York

                             RICHARDS KIBBE & ORBE LLP

                             By: /s/ Brian S. Fraser
                                  Brian S. Fraser (*bfraser@rkollp.com*)
                                  Shari A. Brandt (*sbrandt@rkollp.com*)
                                  H. Rowan Gaither (*rgaither@rkollp.com*)
                                  200 Liberty Street
                                  New York, NY  10281-1003
                                  Telephone: 212.530.1800
                                  Facsimile: 212.530.1801

                                  *Attorneys for Defendant ICAP plc*