CASTEL, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STEPHEN SULLIVAN, WHITE OAK FUND LP, :
CALIFORNIA STATE TEACHERS' :
RETIREMENT SYSTEM, SONTERRA CAPITAL :
MASTER FUND, LTD., FRONTPOINT : Docket No. 13-CV-2811 (PKC)
PARTNERS TRADING FUND, L.P., AND :
FRONTPOINT AUSTRALIAN OPPORTUNITIES :
TRUST on behalf of themselves and all others :
similarly situated, : STIPULATION AND [PROPOSED]
              Plaintiffs, : SCHEDULING ORDER
:
          v. :
:
UBS AG, UBS SECURITIES JAPAN CO. LTD., :
MIZUHO BANK, LTD., THE BANK OF TOKYO- :
MITSUBISHI UFJ, LTD., THE SUMITOMO :
TRUST AND BANKING CO., LTD., THE :
NORINCHUKIN BANK, MITSUBISHI UFJ :
TRUST AND BANKING CORPORATION, :
SUMITOMO MITSUI BANKING :
CORPORATION, RESONA BANK, LTD., J.P. :
MORGAN CHASE & CO., JPMORGAN CHASE :
BANK, NATIONAL ASSOCIATION, J.P. :
MORGAN SECURITIES PLC, MIZUHO :
CORPORATE BANK, LTD., DEUTSCHE BANK :
AG, DB GROUP SERVICES UK LIMITED, :
MIZUHO TRUST AND BANKING CO., LTD., :
THE SHOKO CHUKIN BANK, LTD., SHINKIN :
CENTRAL BANK, THE BANK OF :
YOKOHAMA, LTD., SOCIÉTÉ GÉNÉRALE SA, :
THE ROYAL BANK OF SCOTLAND GROUP :
PLC, THE ROYAL BANK OF SCOTLAND PLC, :
RBS SECURITIES JAPAN LIMITED, :
BARCLAYS BANK PLC, BARCLAYS PLC, :
BARCLAYS CAPITAL INC., CITIBANK, NA, :
CITIGROUP, INC., CITIBANK, JAPAN LTD., :
CITIGROUP GLOBAL MARKETS JAPAN, INC., :
COÖPERATIEVE CENTRALE RAIFFEISEN- :
BOERENLEENBANK B.A., HSBC HOLDINGS :
PLC, HSBC BANK PLC, LLOYDS BANKING :
GROUP PLC, HBOS PLC, LLOYDS BANK PLC, :
ICAP PLC, ICAP EUROPE LIMITED, R.P. :
MARTIN HOLDINGS LIMITED, MARTIN :
BROKERS (UK) LTD., TULLETT PREBON PLC, :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-30-15

897635v.1 2348/00045

```
BANK OF AMERICA CORPORATION, BANK      :
OF AMERICA, N.A., MERRILL LYNCH        :
INTERNATIONAL INCORPORATED, AND        :
JOHN DOE NOS. 1-50,                    :
                                       :
                 Defendants.           :
- - - - - - - - - - - - - - - - - - - -x
```

Plaintiffs Stephen Sullivan, White Oak Fund LP, California State Teachers' Retirement System, Sonterra Capital Master Fund, Ltd., Frontpoint Partners Trading Fund, L.P., and Frontpoint Australian Opportunities Trust ("Plaintiffs") and Defendants ICAP plc and ICAP Europe Limited ("Defendants"), by and through their respective undersigned counsel, subject to this Court's approval, agree and stipulate as follows:

## RECITALS

WHEREAS, on August 13, 2015, Plaintiffs filed a Fourth Amended Complaint (the "Complaint") against a group of defendants, including the undersigned Defendants;

WHEREAS, Defendants have agreed to accept service of the Complaint subject to the terms and conditions of the stipulation below;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. Defendants agree to accept service of the Complaint.

2. Defendants' time to answer, move to dismiss, or otherwise respond to the Complaint will follow the same schedule as the schedule that was so ordered by the Court on August 19, 2015. (Doc. 180.)

3. Except as to the defense of insufficient service of process, no defense of any Defendant, including without limitation, defenses based upon lack of personal jurisdiction, is prejudiced or waived by Defendants' executing, agreeing to, or filing this Stipulation or by agreeing to accept service of the Complaint.

2

4. ~~This Stipulation may be executed in separate counterparts, and counterparts may~~ be executed by e-mail or facsimile, each of which shall be an original.

**SO ORDERED**

Dated: 9-29, 2015
New York, New York

P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE

Respectfully submitted on September ___, 2015 by:

Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
Raymond Girnys
Christian Levis
Thomas M. Skelton
Melissa Cabrera
Michelle E. Conston
LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway, 5th Floor
White Plains, New York 10601
Telephone: (914) 997-0500
ghorn@lowey.com
vbriganti@lowey.com
pstphillip@lowey.com
rgirnys@lowey.com
clevis@lowey.com
tskelton@lowey.com
mcabrera@lowey.com
mconston@lowey.com

*Attorneys for Plaintiffs Stephen Sullivan, White Oak Fund LP, California State Teachers' Retirement System, Sonterra Capital Master Fund, Ltd., Frontpoint Partners Trading Fund, L.P., and Frontpoint Australian Opportunities Trust*

3

_____
Brian S. Fraser
Shari A. Brandt
H. Rowan Gaither
RICHARDS KIBBE & ORBE LLP
200 Liberty Street
New York, NY 10281-1003
Telephone: 212.530.1800
Facsimile: 212.530.1801
bfraser@rkollp.com
sbrandt@rkollp.com
rgaither@rkollp.com

*Attorney for Defendants ICAP plc and ICAP Europe Limited*