

October 13, 2015

Via Facsimile

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *Sullivan, et al.* v. *Barclays PLC, et al.*,
           No. 13-CV-2811 (S.D.N.Y.) (PKC)

Dear Judge Castel:

      Counsel for Plaintiffs and for Barclays plc, Barclays Bank plc and Barclays Capital Inc. (together, "Barclays") in the above-referenced action write to inform the Court that Barclays and Plaintiffs have agreed in principle to settle all claims against Barclays on a class-wide basis. Accordingly, the parties jointly request that the Court (i) adjourn all deadlines and stay all proceedings with respect to Barclays, including the date to respond to the complaint (currently October 14, 2015), pending the Court's decision on Plaintiffs' forthcoming motion to approve the settlement, and (ii) approve a schedule for Plaintiffs to submit a motion for preliminary approval.

      Subject to the Court's approval of the proposed schedule, Plaintiffs will file a motion for preliminary approval of the settlement on or before October 30, 2015. In the meantime, counsel for Plaintiffs and Barclays are available to appear in Court or by telephone to answer any questions the Court may have.

*All proceedings, except the motion to approve settlement and other acts in furtherance of settlement, are stayed, including the time to answer or move. Submit motion to approve settlement by October 30, 2015.*
*SO ORDERED*
*[signature] USDJ*
*10-14-15*

Honorable P. Kevin Castel -2-

Respectfully submitted,

*Vincent Briganti* /SHoC

Vincent Briganti
LOWEY DANNENBERG COHEN &
HART, P.C.
White Plains Plaza
One North Broadway
Suite 509
White Plains, New York 10601

Christopher Lovell
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, New York 10006

*Counsel for Plaintiffs individually
and the Putative Class*

*Yvonne Quinn* /SHoC

Yvonne S. Quinn
Matthew J. Porpora
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004

*Counsel for Barclays*

cc:   *All counsel of record* (via email)

# FAX COVER PAGE

## SULLIVAN & CROMWELL LLP

125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

📠 FAX NUMBER
☎ VOICE NUMBER

Date: October 13, 2015

| FROM: | | SENDER'S NUMBER(S) |
|---|---|---|
| Stephen Clarke | | 212-558-3453 |

| TO: | COMPANY | NUMBER(S) |
|---|---|---|
| 1. Honorable P. Kevin Castel | | 212-805-7949 |

**Message:**

*Sullivan, et al. v. Barclays PLC, et al.,*
No. 13-CV-2811 (S.D.N.Y.) (PKC)

Number of pages sent
(including cover sheet(s))   3

If there are any problems with this facsimile, please call Sheri Frange at this number: 212-558-3565.

**Confidentiality Note:** The information in this facsimile message ("fax") is sent by an attorney or his/her Agent, is intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you receive this fax in error, please notify us immediately by telephone and return it to the address above. Thank you.