UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BNP PARIBAS S.A., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br><br>Defendants. | No. 13-cv-02811 (PKC)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that DARRYL S. LEW, of the law firm of White & Case LLP, hereby enters his appearance in the above-captioned action on behalf of Defendant Crédit Agricole S.A. as counsel of record and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.

Americas 90860794

Dated: October 14, 2015
New York, New York

        Respectfully submitted,

        WHITE & CASE LLP


        By:    */s/ Darryl S. Lew*
                Darryl S. Lew (DL4765)

        701 Thirteenth Street, NW
        Washington, DC 20005
        Tel.: (202) 626-3600
        Fax:  (202) 639-9355
        dlew@whitecase.com

        *Counsel for Defendant Crédit Agricole S.A.*

Americas 90860794