UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BNP PARIBAS S.A., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br><br>      Defendants. | No. 13-cv-02811 (PKC)<br><br>ECF Case |

**RULE 7.1 STATEMENT OF DEFENDANT CRÉDIT AGRICOLE S.A.**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for defendant Crédit Agricole S.A. ("CASA") certifies that (i) SAS La Boétie holds a majority of CASA's stock and (ii) no publicly-held corporation owns more than 10% of CASA's stock.

Dated: October 14, 2015
New York, New York

                          Respectfully submitted,

                          WHITE & CASE LLP

By:   /s/ *Andrew W. Hammond*
      Andrew W. Hammond (AH0415)
      Kimberly A. Haviv (KH6198)

      1155 Avenue of the Americas
      New York, New York 10036
      Tel.: (212) 819-8297
      Fax:  (212) 354-8113
      ahammond@whitecase.com
      khaviv@whitecase.com

      Darryl S. Lew (DL4765)
      701 Thirteenth Street, NW
      Washington, DC 20005
      Tel.: (202) 626-3600
      Fax:  (202) 639-9355
      dlew@whitecase.com

      *Counsel for Defendant Crédit Agricole S.A.*