## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BNP PARIBAS S.A., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br><br>                    Defendants. | No. 13-cv-02811 (PKC)<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF DEFENDANTS' MOTIONS TO
## DISMISS THE FOURTH AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that the undersigned, attorneys for Defendants Citigroup, Inc.,

Citibank, N.A, Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A, Crédit Agricole S.A.,

Crédit Agricole CIB, Deutsche Bank AG, DB Group Services (UK) Ltd., HSBC Holdings plc, HSBC Bank plc, ICAP plc, ICAP Europe Limited, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., The Royal Bank of Scotland plc, Société Générale and UBS AG (collectively, the "Moving Defendants"), in the above-captioned matter, will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by this Court, for an order pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the Fourth Amended Class Action Complaint in the above-captioned action.

The grounds for these motions are that the Fourth Amended Class Action Complaint should be dismissed for lack of personal jurisdiction as to Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., Crédit Agricole S.A., Crédit Agricole CIB, Deutsche Bank AG, DB Group Services (UK) Ltd., HSBC Holdings plc, HSBC Bank plc, ICAP plc, ICAP Europe Limited, The Royal Bank of Scotland plc, Société Générale and UBS AG (collectively, the "Foreign Defendants"), and because, as to all Moving Defendants, it fails to state a claim upon which relief can be granted and the Court lacks subject matter jurisdiction over the claims asserted.  The specific grounds are set forth in two memoranda: (1) the Memorandum of Law in Support of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim and the accompanying Declaration of Andrew C. Finch dated October 14, 2015 and exhibits thereto; and (2) the Memorandum of Law in Support of Foreign Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and the accompanying Declarations of Pierre Minor, Oliver Chazareix, Andrew Sherman, Allison Cambria, Joseph P. Randazzo, Joanne Bagshaw, Mark Chambers, Tim Brown, Gavin A. Francis, David Ireland, Andrew Berry, William Gougherty, Dominique Bourrinet, and Richard Mumford.

Dated:  New York, New York
        October 14, 2015

/s/ Andrew A. Ruffino

Andrew A. Ruffino
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Telephone: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Jonathan Gimblett
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone:  (202) 662-6000
awiseman@cov.com
tisaacson@cov.com
jgimblett@cov.com

/s/ Michael R. Lazerwitz

Michael R. Lazerwitz
CLEARY GOTTLIEB STEEN &
    HAMILTON LLP
One Liberty Plaza
New York, New York  10006
Telephone: (212) 225-2000
mlazerwitz@cgsh.com

*Attorneys for Defendants Citibank, N.A. and
Citigroup Inc.*

/s/ David R. Gelfand

David R. Gelfand
Sean M. Murphy
Mark D. Villaverde
MILBANK TWEED HADLEY
    & McCLOY LLP
28 Liberty Street
New York, New York 10005
Tel.: (212) 530-5000
dgelfand@milbank.com
smurphy@milbank.com
mvillaverde@milbank.com

*Attorneys for Defendant Coöperatieve
Centrale Raiffeisen-Boerenleenbank B.A.*

/s/ Andrew W. Hammond

Andrew W. Hammond
Kimberly A. Haviv
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
Tel.: (212) 819-8297
Fax:  (212) 354-8113
ahammond@whitecase.com
khaviv@whitecase.com

Darryl S. Lew
701 Thirteenth Street, NW
Washington, DC 20005
Tel.: (202) 626-3600
Fax:  (202) 639-9355
dlew@whitecase.com

*Counsel for Defendants Crédit Agricole SA
and Crédit Agricole CIB*

3

/s/ Moses Silverman
Moses Silverman
Andrew C. Finch
Michael J. Biondi
Maxwell A. H. Kosman
PAUL, WEISS, RIFKIND, WHARTON
    & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3355
msilverman@paulweiss.com
afinch@paulweiss.com
mbiondi@paulweiss.com
mkosman@paulweiss.com

*Attorneys for Defendants Deutsche Bank AG
and DB Group Services (UK) Limited*

/s/ Edwin R. DeYoung
Edwin R. DeYoung
Gregory T. Casamento
LOCKE LORD LLP
Three World Financial Center
New York, New York  10281
Tel.: (212) 415-8600
edeyoung@lockelord.com
gcasamento@lockelord.com

Roger B. Cowie
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201
Tel.: (214) 740-8000
rcowie@lockelord.com

J. Matthew Goodin
Julia C. Webb
Chicago, Illinois 60606
Tel.: (312) 443-0700
jmgoodin@lockelord.com
jwebb@lockelord.com

*Attorneys for Defendants HSBC Holdings plc
and HSBC Bank plc*

/s/ Brian S. Fraser
Brian S. Fraser
Shari Brandt
H. Rowan Gaither IV
Robyn H. Frumkin
RICHARDS KIBBE & ORBE LLP
200 Liberty Street
New York, New York 10281
(212) 530-1800
bfraser@rkollp.com
sbrandt@rkollp.com
rgaither@rkollp.com
rfrumkin@rkollp.com

*Attorneys for Defendants ICAP plc and ICAP
Europe Ltd.*

/s/ Thomas C. Rice
Thomas C. Rice
Paul C. Gluckow
Shannon P. Torres
Omari L. Mason
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
trice@stblaw.com
pgluckow@stblaw.com
storres@stblaw.com
omason@stblaw.com

*Attorneys for Defendants JPMorgan Chase &
Co. and JPMorgan Chase Bank, N.A.*

/s/ Steven Wolowitz
Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 506-2500
Fax: (212) 262-1910
swolowitz@mayerbrown.com
hbullock@mayerbrown.com
acalica@mayerbrown.com

*Attorneys for Defendant Société Générale*


/s/ Peter Sullivan
Peter Sullivan
Lawrence J. Zweifach
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
psullivan@gibsondunn.com
lzweifach@gibsondunn.com

Joel S. Sanders (*admitted pro hac vice*)
555 Mission Street, Suite 3000
San Francisco, California 94105
jsanders@gibsondunn.com

*Attorneys for Defendant UBS AG*

/s/ Fraser L. Hunter, Jr.
Fraser L. Hunter, Jr.
David S. Lesser
Jamie Dycus
WILMER CUTLER PICKERING
    HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com
jamie.dycus@wilmerhale.com

*Attorneys for Defendant The Royal Bank of Scotland plc*