# Appendix B:
# Maximum Hypothetical Impact Analysis

**Maximum Hypothetical Impact Analysis – 3-Month Euribor on October 2, 2006 (Transaction #2)**

| Plaintiff | Alleged Transaction | Alleged Relevant Misconduct |
|---|---|---|
| Sullivan | Initiated long position on CME Euro currency futures contract on October 2, 2006. FAC ¶ 305. | "Communications released as part of UBS' DOJ settlement . . . reveal that Defendants were engaged in a **downward manipulation** of three-month and six-month Euribor on October 2, 2006 . . . ." FAC ¶ 307 (quoting as support an October 2, 2006 communication referenced in the UBS DOJ SOF [FAC Ex. A-1 at 33]) (emphasis added). |

| Actual Submissions | | |
|---|---|---|
| *Panel Bank* | *Submissions* | |
| Bank of Tokyo Mitsubishi UFJ | 3.44 | Excluded |
| BBVA | 3.44 | |
| Erste | 3.44 | |
| MPSI | 3.44 | |
| IXIS | 3.44 | |
| ABN Amro | 3.43 | |
| Banca Intesa | 3.43 | |
| BCEE | 3.43 | |
| Belfius Dexia | 3.43 | |
| Calyon | 3.43 | |
| CECA | 3.43 | |
| Commerzbank | 3.43 | |
| Fortis | 3.43 | |
| HSBC | 3.43 | |
| ING | 3.43 | |
| KBC | 3.43 | |
| LBBW | 3.43 | |
| NATEXIS | 3.43 | |
| National | 3.43 | |
| Unicredito | 3.43 | |
| West LB | 3.43 | |
| Rabobank | 3.42 | |
| Allied Irish | 3.42 | |
| Bank of Ireland | 3.42 | |
| BNL | 3.42 | |
| BSCH | 3.42 | |
| CAPITA | 3.42 | |
| CGD | 3.42 | |
| CIC | 3.42 | |
| Danske Bank | 3.42 | |
| Dresdner Bank | 3.42 | |
| DZ Bank | 3.42 | |
| HELE | 3.42 | |
| HVB | 3.42 | |
| JPMorgan | 3.42 | |
| Norddeutsche | 3.42 | |
| Nordea | 3.42 | |
| RZB | 3.42 | |
| SANP | 3.42 | |
| Societe Generale | 3.42 | |
| Svenska | 3.42 | |
| UBS | 3.42 | |
| Barclays | 3.41 | Excluded |
| Baylaba | 3.41 | |
| Deutsche | 3.41 | |
| LBB Berlin | 3.41 | |
| BNPP | 3.40 | |
| Citibank | 3.40 | |

| Maximum Hypothetical Impact Analysis | | |
|---|---|---|
| *Panel Bank* | *Submissions* | |
| UBS | 3.44 | Excluded |
| Bank of Tokyo Mitsubishi UFJ | 3.44 | |
| BBVA | 3.44 | |
| Erste | 3.44 | |
| MPSI | 3.44 | |
| IXIS | 3.44 | |
| ABN Amro | 3.43 | |
| Banca Intesa | 3.43 | |
| BCEE | 3.43 | |
| Belfius Dexia | 3.43 | |
| Calyon | 3.43 | |
| CECA | 3.43 | |
| Commerzbank | 3.43 | |
| Fortis | 3.43 | |
| HSBC | 3.43 | |
| ING | 3.43 | |
| KBC | 3.43 | |
| LBBW | 3.43 | |
| NATEXIS | 3.43 | |
| National | 3.43 | |
| Unicredito | 3.43 | |
| West LB | 3.43 | |
| Rabobank | 3.42 | |
| Allied Irish | 3.42 | |
| Bank of Ireland | 3.42 | |
| BNL | 3.42 | |
| BSCH | 3.42 | |
| CAPITA | 3.42 | |
| CGD | 3.42 | |
| CIC | 3.42 | |
| Danske Bank | 3.42 | |
| Dresdner Bank | 3.42 | |
| DZ Bank | 3.42 | |
| HELE | 3.42 | |
| HVB | 3.42 | |
| JPMorgan | 3.42 | |
| Norddeutsche | 3.42 | |
| Nordea | 3.42 | |
| RZB | 3.42 | |
| SANP | 3.42 | |
| Societe Generale | 3.42 | |
| Svenska | 3.42 | Excluded |
| Barclays | 3.41 | |
| Baylaba | 3.41 | |
| Deutsche | 3.41 | |
| LBB Berlin | 3.41 | |
| BNPP | 3.40 | |
| Citibank | 3.40 | |

**Actual Euribor: 3.424**

(average of non-excluded submissions, rounded to three decimal places)

**Hypothetical Euribor: 3.424**

(average of non-excluded submissions, rounded to three decimal places)

**Difference Between Actual and Hypothetical Euribor: 0.000**

**Maximum Hypothetical Impact Analysis – 1-Month Euribor on October 4, 2006 (Transaction # 3)**

| Plaintiff | Alleged Transaction | Alleged Relevant Misconduct |
|---|---|---|
| Sullivan | Liquidated portion of long position on CME Euro currency futures contract on October 4, 2006.  FAC ¶ 306. | "Communications released as part of . . . Rabobank's CFTC settlement reveal that Defendants were engaged in . . . an **upward manipulation** of one-month Euribor on October 4, 2006 . . . ."  FAC ¶ 307 (quoting as support an October 4, 2006 communication referenced in the Rabobank CFTC Order [FAC Ex. C-2 at 41]) (emphasis added). |

| Actual Submissions | | |
|---|---|---|
| Panel Bank | Submissions | |
| Fortis | 3.35 | Excluded |
| BBVA | 3.34 | |
| IXIS | 3.34 | |
| ABN Amro / RBS | 3.33 | |
| Allied Irish | 3.33 | |
| Bank of Tokyo Mitsubishi UFJ | 3.33 | |
| BCEE | 3.33 | |
| Belfius Dexia | 3.33 | |
| BNPP | 3.33 | |
| BSCH | 3.33 | |
| Calvon | 3.33 | |
| CECA | 3.33 | |
| CIC | 3.33 | |
| HSBC | 3.33 | |
| JPMorgan | 3.33 | |
| MPSI | 3.33 | |
| NATEXIS | 3.33 | |
| Societe Generale | 3.33 | |
| UBS | 3.33 | |
| West LB | 3.33 | |
| Unicredito | 3.33 | |
| Bank of Ireland | 3.32 | |
| Barclays | 3.32 | |
| BNL | 3.32 | |
| CAPITA | 3.32 | |
| CGD | 3.32 | |
| Commerzbank | 3.32 | |
| Danske Bank | 3.32 | |
| DZ Bank | 3.32 | |
| Erste | 3.32 | |
| HELE | 3.32 | |
| HVB | 3.32 | |
| ING | 3.32 | |
| KBC | 3.32 | |
| LBB Berlin | 3.32 | |
| National Bank of Greece | 3.32 | |
| Norddeutsche | 3.32 | |
| Nordea | 3.32 | |
| RZB | 3.32 | |
| SANP | 3.32 | |
| Svenska | 3.32 | |
| Rabobank | 3.31 | Excluded |
| Banca Intesa | 3.31 | |
| Baylaba | 3.31 | |
| Citibank | 3.31 | |
| Deutsche | 3.31 | |
| Dresdner Bank | 3.31 | |
| LBBW | 3.31 | |

| Maximum Hypothetical Impact Analysis | | |
|---|---|---|
| Panel Bank | Submissions | |
| Fortis | 3.35 | Excluded |
| BBVA | 3.34 | |
| IXIS | 3.34 | |
| ABN Amro / RBS | 3.33 | |
| Allied Irish | 3.33 | |
| Bank of Tokyo Mitsubishi UFJ | 3.33 | |
| BCEE | 3.33 | |
| Belfius Dexia | 3.33 | |
| BNPP | 3.33 | |
| BSCH | 3.33 | |
| Calvon | 3.33 | |
| CECA | 3.33 | |
| CIC | 3.33 | |
| HSBC | 3.33 | |
| JPMorgan | 3.33 | |
| MPSI | 3.33 | |
| NATEXIS | 3.33 | |
| Societe Generale | 3.33 | |
| UBS | 3.33 | |
| West LB | 3.33 | |
| Unicredito | 3.33 | |
| Bank of Ireland | 3.32 | |
| Barclays | 3.32 | |
| BNL | 3.32 | |
| CAPITA | 3.32 | |
| CGD | 3.32 | |
| Commerzbank | 3.32 | |
| Danske Bank | 3.32 | |
| DZ Bank | 3.32 | |
| Erste | 3.32 | |
| HELE | 3.32 | |
| HVB | 3.32 | |
| ING | 3.32 | |
| KBC | 3.32 | |
| LBB Berlin | 3.32 | |
| National Bank of Greece | 3.32 | |
| Norddeutsche | 3.32 | |
| Nordea | 3.32 | |
| RZB | 3.32 | |
| SANP | 3.32 | |
| Svenska | 3.32 | |
| Banca Intesa | 3.31 | Excluded |
| Baylaba | 3.31 | |
| Citibank | 3.31 | |
| Deutsche | 3.31 | |
| Dresdner Bank | 3.31 | |
| LBBW | 3.31 | |
| Rabobank | 3.31 | |

**Actual Euribor: 3.324**

(average of non-excluded submissions, rounded to three decimal places)

**Hypothetical Euribor: 3.324**

(average of non-excluded submissions, rounded to three decimal places)

**Difference Between Actual and Hypothetical Euribor: 0.000**

# Maximum Hypothetical Impact Analysis – 6-Month Euribor on June 29, 2010 (Transaction #5)

| Plaintiff | Alleged Transaction | Alleged Relevant Misconduct |
|-----------|--------------------|-----------------------------|
| White Oak | Initiated short position on CME Euro currency futures on June 8, 2010 and liquidated position on July 6, 2010. FAC ¶ 312. | "Communications released as part of the statement of facts incorporated UBS' DOJ non-prosecution agreement demonstrate that Defendants were engaged in manipulating Euribor during the time period that Plaintiff White Oak held this short position. . ." FAC ¶ 313 (quoting as support a June 29, 2010 communication regarding a **higher** 6-month submission referenced in the UBS DOJ SOF [FAC Ex. A-1 at 34]). |

| Actual Submissions | | |
|---|---|---|
| *Panel Bank* | *Submissions* | |
| Allied Irish | 1.10 | Excluded |
| Belfius Dexia | 1.07 | |
| Calyon | 1.07 | |
| CECA | 1.07 | |
| LBBW | 1.07 | |
| National | 1.07 | |
| Banca Intesa | 1.06 | |
| CIC | 1.06 | |
| BBVA | 1.05 | |
| CGD | 1.05 | |
| Erste | 1.05 | |
| IXIS | 1.05 | |
| Norddeutsche | 1.05 | |
| Nordea | 1.05 | |
| RZB | 1.05 | |
| Societe Generale | 1.05 | |
| Baylaba | 1.04 | |
| BCEE | 1.04 | |
| BSCH | 1.04 | |
| HELE | 1.04 | |
| ING | 1.04 | |
| KBC | 1.04 | |
| MPSI | 1.04 | |
| West LB | 1.04 | |
| ABN Amro | 1.03 | |
| Bank of Ireland | 1.03 | |
| BNPP | 1.03 | |
| Commerzbank | 1.03 | |
| DZ Bank | 1.03 | |
| LBB Berlin | 1.03 | |
| Unicredito | 1.03 | |
| La  Caixa | 1.03 | |
| Barclays | 1.02 | |
| Citibank | 1.02 | |
| Danske Bank | 1.02 | |
| Svenska | 1.02 | |
| Bank of Tokyo Mitsubishi UFJ | 1.00 | Excluded |
| Deutsche | 1.00 | |
| JPMorgan | 0.99 | |
| Rabobank | 0.98 | |
| HSBC | 0.95 | |
| UBS | 0.94 | |

| Maximum Hypothetical Impact Analysis | | |
|---|---|---|
| *Panel Bank* | *Submissions* | |
| Allied Irish | 1.10 | Excluded |
| Belfius Dexia | 1.07 | |
| Calyon | 1.07 | |
| CECA | 1.07 | |
| LBBW | 1.07 | |
| National | 1.07 | |
| Banca Intesa | 1.06 | |
| CIC | 1.06 | |
| BBVA | 1.05 | |
| CGD | 1.05 | |
| Erste | 1.05 | |
| IXIS | 1.05 | |
| Norddeutsche | 1.05 | |
| Nordea | 1.05 | |
| RZB | 1.05 | |
| Societe Generale | 1.05 | |
| Baylaba | 1.04 | |
| BCEE | 1.04 | |
| BSCH | 1.04 | |
| HELE | 1.04 | |
| ING | 1.04 | |
| KBC | 1.04 | |
| MPSI | 1.04 | |
| West LB | 1.04 | |
| ABN Amro | 1.03 | |
| Bank of Ireland | 1.03 | |
| BNPP | 1.03 | |
| Commerzbank | 1.03 | |
| DZ Bank | 1.03 | |
| LBB Berlin | 1.03 | |
| Unicredito | 1.03 | |
| La  Caixa | 1.03 | |
| Barclays | 1.02 | |
| Citibank | 1.02 | |
| Danske Bank | 1.02 | |
| Svenska | 1.02 | |
| Bank of Tokyo Mitsubishi UFJ | 1.00 | Excluded |
| Deutsche | 1.00 | |
| JPMorgan | 0.99 | |
| Rabobank | 0.98 | |
| HSBC | 0.95 | |
| UBS | 0.94 | |

**Actual Euribor: 1.039**
(average of non-excluded submissions, rounded to three decimal places)

**Hypothetical Euribor: 1.039**
(average of non-excluded submissions, rounded to three decimal places)

**Difference Between Actual and Hypothetical Euribor: 0.000**