UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BNP PARIBAS S.A., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br><br>Defendants. | No. 13-cv-02811 (PKC)<br><br>**DECLARATION OF DAVID IRELAND ON BEHALF OF ICAP PLC IN SUPPORT OF FOREIGN DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

I, David Ireland, declare under penalty of perjury as follows:

1. I am Chief Financial Officer, Group Finance, for ICAP plc in London, United Kingdom.

2. I submit this Declaration on behalf of ICAP plc in support of Foreign Defendants' Motion to Dismiss for Lack of Personal Jurisdiction. This Declaration is based upon my personal knowledge unless otherwise noted and is true and correct to the best of my knowledge and belief.

3. ICAP plc is a non-operational holding company, organized under the laws of the United Kingdom.

4. ICAP plc has its registered office in London, United Kingdom. ICAP plc has no offices within the United States.

5. ICAP plc has no employees and conducts no operations.

6. Shares of ICAP plc are traded on the London Stock Exchange. ICAP plc does not list shares on any other global exchange.

7. ICAP plc sponsors Level 1 American Depository Receipts ("ADRs") within the United States.

8. ICAP plc does not maintain any bank accounts in the United States.

9. ICAP plc does not pay taxes to the United States government.

10. ICAP plc does not broker trades, does not employ interdealer brokers, and has never communicated with Euribor panel banks regarding Euribor submissions.

11. I, David Ireland, Chief Financial Officer, Group Finance, for ICAP plc, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed in London, United Kingdom on __9__ October, 2015.

_____
David Ireland