UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BNP PARIBAS S.A., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br><br>Defendants. | No. 13-cv-02811 (PKC) |

**DECLARATION OF RICHARD MUMFORD IN SUPPORT OF
UBS AG'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Richard Mumford, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a Legal Banking Attorney at UBS AG with the rank of Managing Director. In this capacity, I am responsible for corporate and legal entity governance and general corporate matters relating to legal entities within Investment Bank, Wealth Management divisions and Corporate Center in the United States. I am an attorney with more than 25 years of experience in the financial services sector. I have been in-house counsel to UBS AG since 2003. I make this declaration based on knowledge gained through the performance of my duties and my investigation of the facts herein (including the review of public disclosures made by UBS Group AG and UBS AG as well as other sources or materials I believe to be accurate and reliable).

2. UBS AG is a more than 150-year-old financial institution incorporated in Switzerland. Its global headquarters and principal place of business are located in Zurich and Basel, Switzerland, at Bahnhofstrasse 45, 8001 Zurich, Switzerland, and Aeschenvorstadt 1, 4051 Basel, Switzerland, respectively. UBS AG is the present-day successor to the Bank in Winterthur, a Swiss financial institution founded in 1862 fourteen years after Switzerland's formation as a federal state. Today, UBS AG is Switzerland's largest bank.

3. UBS AG operates in more than 50 countries worldwide.

4. In the United States, UBS AG only maintains licensed branches in California, Connecticut, Florida, Illinois, and New York. UBS AG has only 2 branches in California, 1 in Connecticut, 2 in Florida, 1 in Illinois, and 4 in New York. UBS AG also has direct and indirect subsidiaries in the United States.

5. In 2014, a majority of UBS AG's total operating income (including operating income of all direct and indirect subsidiaries) was attributable to regions outside of the United States. UBS AG reported a total world-wide operating income of CHF 28 billion for 2014, of which CHF 10.7 is attributed to the United States.

6. At the end of 2014, UBS AG reported 60,155 (FTE) employees. Of these 4,215 full time employees were located in New York and 973 in Illinois. UBS AG branches and employees in the United States were not responsible for the determination or submission of rates to the European Banking Federation in Belgium for use in the calculation of Euribor.

7. UBS AG employees who were responsible for the determination or submission of Euribor were located in Zurich and Luxembourg.

Executed this 14th day of October 2014 in Weehawken, New Jersey.#

_____
Richard Mumford
UBS AG
1000 Harbor Blvd.
Weehawken, NJ 07086
Telephone:   203.352.8522
Facsimile:    203.272.7145