UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>BARCLAYS BANK PLC et al.,<br><br>Defendants. | Case No. 13-cv-02811-PKC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexander Li of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in this action and requests that all subsequent papers be served upon the undersigned at the address below.

Dated: New York, New York
       October 26, 2015

                Respectfully submitted,

                SIMPSON THACHER & BARTLETT LLP

                By:  /s/ Alexander Li
                      Alexander Li (zander.li@stblaw.com)
                      425 Lexington Ave.
                      New York, New York 10017-3954
                      Telephone: (212) 455-2000
                      Facsimile: (212) 455-2502

                      *Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*