UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BNP PARIBAS S.A., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br><br>Defendants. | Docket No. 13-cv-02811 (PKC)<br><br>ECF Case |

**PLAINTIFFS' NOTICE OF MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the Declarations of Kenneth R. Feinberg, Esq., Christopher Lovell, Esq., and Vincent Briganti, Esq., and the exhibits attached thereto, including the Settlement Agreement ("Settlement"), and the record herein, Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable P. Kevin Castel, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York on a date

1

and time to be set by the Court, for an order granting Plaintiffs' motion for preliminary approval of the Settlement Agreement between Plaintiffs and Barclays plc, Barclays Bank plc and Barclays Capital Inc. and the other relief set forth in the proposed order annexed hereto.

Dated:   New York, New York
         October 30, 2015

                                      By: /s/ Vincent Briganti
Vincent Briganti
Geoffrey Horn
Lowey Dannenberg Cohen & Hart, P.C.
White Plains Plaza
One North Broadway, Suite 509
White Plains, New York  10601
Tel:  (914) 997-0500
Fax:  (914) 997-0035
vbriganti@lowey.com
ghorn@lowey.com

By: /s/ Christopher Lovell
Christopher Lovell
Gary S. Jacobson
Lovell Stewart Halebian Jacobson LLP
61 Broadway, Suite 501
New York, New York  10006
Tel:  (212) 608-1900
Fax:  (212) 719-4677
clovell@lshllp.com
gsjacobson@lshllp.com

*Counsel for Plaintiffs*