# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

| Telephone | Facsimile |
|---|---|
| 212.608.1900 | 212.719.4775 |

October 30, 2015

Via ECF

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York  10007

      Re:     _Sullivan v. Barclays PLC et al._, No. 13-CV-2811

Dear Judge Castel:

      As an attorney for Plaintiffs, I am writing pursuant to Section 1.E. of Your Honor's Individual Practices in order to provide courtesy copies of (1) Plaintiffs' Notice Of Motion For Preliminary Approval Of The Barclays Settlement Agreement, with the proposed order, (2) Plaintiffs' Memorandum In Support Of Motion For Preliminary Approval Of Class Action Settlement With The Barclays' Defendants, and (3) the Declarations of Kenneth R. Feinberg, Esq., Christopher Lovell, Esq., and Vincent Briganti, Esq., and the exhibits attached thereto.

      Plaintiffs respectfully request leave to file an oversized brief that is 33 pages in length.  As reasons therefor, Plaintiffs respectfully state as follows.  There are multiple components of the relief sought by Plaintiffs motion:  preliminary approval, conditional certification of the Settlement Class on the claims against Barclays, appointment of class counsel, and other relief.  Each component has multiple factors, elements, or issues that must be addressed.  No explicit rule governs preliminary approval.  Instead, significant bodies of case law sets forth a four element test and, separately, a nine factor test.  Plaintiffs seek to boil these tests down to two parts but also address each factor and element separately.  Plaintiffs likewise meaningfully address each of the elements of Rule 23(a) and the pertinent elements of Rule 23(b)(3) of the Federal Rules of Civil Procedure relating to certification of the Settlement Class.

      Plaintiffs respectfully submit that, in light of the foregoing, the requested page extension is appropriate and should, be granted.

      Thank you very much.

                Respectfully submitted,


                /s/ Christopher Lovell

        Christopher Lovell
        Lovell Stewart Halebian Jacobson LLP
        61 Broadway, Suite 501
        New York, New York 10006
        Tel.: (212) 608-1900
        Fax: (212) 719-4677
        *clovell@lshllp.com*


        Vincent Briganti
        Lowey Dannenberg Cohen & Hart, P.C.
        White Plains Plaza
        One North Broadway
        Suite 509
        White Plains, NY 10601
        Tel: (914) 997-0500
        Fax: (914) 997-0035
        *vbriganti@lowey.com*


cc:    All Counsel of Record (By ECF)