UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, et al.,<br><br>                              Plaintiffs,<br><br>          - against –<br><br>BARCLAYS PLC, et al.,<br><br>                              Defendants. | Docket No. 13-cv-2811 (PKC)<br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff STEPHEN SULLIVAN in this action.  I certify that I am admitted to practice in this Court.

Dated:  November 25, 2015

                                      LOWEY DANNENBERG COHEN &
                                         HART, P.C.

                                      Respectfully submitted,

                                      By:    /s Lee J. Lefkowitz
                                            Lee J. Lefkowitz
                                            White Plains Plaza, Suite 509
                                            One North Broadway
                                            White Plains, NY  10601-1714
                                            Telephone:  914-733-7252
                                            Facsimile:  914-997-0035
                                            Email: llefkowitz@lowey.com

                                      *Attorney for Plaintiff*