# LOVELL STEWART HALEBIAN JACOBSON LLP

ATTORNEYS AT LAW
61 BROADWAY, SUITE 501
NEW YORK, NEW YORK 10006
www.lshllp.com

TELEPHONE
(212) 608-1900

FACSIMILE
(212) 719-4775

December 8, 2015

**BY ECF/HAND DELIVERY.**
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Sullivan v. Barclays PLC et al.*, No. 13-CV-2811

Dear Judge Castel:

As attorneys for the Plaintiffs in the above-captioned action, we are writing pursuant to Section 4.D of Your Honor's Individual Practices in order to provide courtesy copies of:

(1) Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 228);

(2) Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim (ECF No. 229); and

(3) Declaration of Jody Krisiloff, Esq. in Support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and the exhibits attached hereto. (ECF No. 230).

Thank you very much.

LOVELL STEWART HALEBIAN JACOBSON LLP

Respectfully Submitted,

*Christopher Lovell*

Christopher Lovell
**LOVELL STEWART HALEBIAN JACOBSON LLP**
61 Broadway, Suite 501
New York, New York 10006
Tel.: 212-608-1900
Fax: 212-719-4677
clovell@lshllp.com

Vincent Briganti
**LOWEY DANNENBERG COHEN & HART, P.C.**
One North Broadway
White Plains, New York 10601
Tel.: 914-997-0500
Fax: 914-997-0035
vbriganti@lowey.com

Cc: All Counsel of Record (By ECF w/o enclosures)