UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, et al, <br><br> Plaintiffs <br><br> v. <br><br> BARCLAYS PLC, et al, <br><br> Defendants | No. 1:13-cv-02811-PKC <br> ECF Case |

NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I hereby enter my appearance as counsel of record for Plaintiffs Stephen Sullivan and California State Teachers' Retirement System. I certify that I am admitted to practice in this Court.

Respectfully submitted,

BERMAN DeVALERIO

/s/ Patrick T. Egan
Patrick T. Egan (PE-6812)
One Liberty Square
Boston, MA  02109
Tel:  617-542-8300
Fax:  617-542-1194
Email:  pegan@bermandevalerio.com

*Counsel for Plaintiffs*
*Stephen Sullivan and California Teachers'*
*Retirement System*

Dated:  December 10, 2015