UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>BARCLAYS BANK PLC et al.,<br><br>Defendants. | Case No. 13-cv-02811-PKC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Elizabeth J. Shutkin of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. in this action and requests that all subsequent papers be served upon the undersigned at the address below.

Dated: New York, New York
       December 18, 2015

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: */s/ Elizabeth J. Shutkin*
    Elizabeth J. Shutkin (elizabeth.shutkin@stblaw.com)
    425 Lexington Ave.
    New York, New York 10017-3954
    Telephone: (212) 455-2000
    Facsimile: (212) 455-2502

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*