UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>    - against –<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BNP PARIBAS S.A., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br><br>      Defendants. | Case No. 13-cv-02811 (PKC)<br><br>**NOTICE OF CHANGE OF NAME AND AMENDED CORPORATE DISCLOSURE STATEMENT** |

  PLEASE TAKE NOTICE that effective January 1, 2016, Defendant Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A. became known as Coöperatieve Rabobank U.A.

  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Coöperatieve Rabobank U.A. ("Rabobank") certifies as follows: Rabobank has no parent corporation, and no publicly held corporation owns 10% or more of Rabobank.

Dated: New York, New York
February 2, 2016

                MILBANK, TWEED, HADLEY & MCCLOY LLP

By: /s/ David R. Gelfand

    David R. Gelfand
    Sean M. Murphy
    Mark D. Villaverde
    28 Liberty Street
    New York, New York 10005-1413
    (212) 530-5000
    (212) 822-5219 (facsimile)
    DGelfand@milbank.com
    SMurphy@milbank.com
    MVillaverde@milbank.com

    *Counsel for Defendant Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.)*