**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated, | Docket No. 13-cv-02811(PKC) ECF Case |
| Plaintiffs, | |
| – against – | |
| BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BNP PARIBAS S.A., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50, | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH DEUTSCHE BANK AG AND DB GROUP SERVICES (UK) LTD., SCHEDULING HEARING FOR FINAL APPROVAL OF PROPOSED SETTLEMENTS WITH BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., HSBC HOLDINGS PLC, HSBC BANK PLC, DEUTSCHE BANK AG, AND DB GROUP SERVICES (UK) LTD., AND APPROVING THE PROPOSED FORM <u>AND PROGRAM OF NOTICE TO THE CLASS</u>**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the

Declarations of Vincent Briganti, Esq., Christopher Lovell, Esq., and The Honorable Daniel

Weinstein (Ret.), and the exhibits attached thereto, including the Settlement Agreement

("Settlement"), and the record herein, Plaintiffs, by and through their undersigned counsel, will

respectfully move this Court, before the Honorable P. Kevin Castel, United States District Judge, at

the United States District Court, Southern District of New York, 500 Pearl Street, New York, New

York on a date and time to be set by the Court, for an order granting Plaintiffs' motion for

preliminary approval of the (1) Settlement between Plaintiffs and Deutsche Bank AG and DB

Group Services (UK) Ltd.; and (2) proposed Class Notice of the settlements with Barclays plc,

Barclays Bank plc, Barclays Capital Inc., HSBC Holdings plc, HSBC Bank plc, Deutsche Bank AG,

and DB Group Services (UK) Ltd., and for other relief set forth in the proposed order annexed

hereto.


Dated:  June 12, 2017
        White Plains, New York

By: /s/ Vincent Briganti
Vincent Briganti
Geoffrey Horn
Peter D. St. Phillip
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, New York 10601
Tel:  (914) 997-0500
Fax:  (914) 997-0035
*vbriganti@lowey.com*
*ghorn@lowey.com*
*pstphillip@lowey.com*


By: /s/ Christopher Lovell
Christopher Lovell
Gary S. Jacobson
LOVELL STEWART HALEBIAN JACOBSON LLP
61 Broadway, Suite 501
New York, New York 10006
Tel:  (212) 608-1900
Fax:  (212) 719-4677
*clovell@lshllp.com*
*gsjacobson@lshllp.com*

*Counsel for Plaintiffs*