UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

STEPHEN SULLIVAN

                         Plaintiff(s),

      - against –

BARCLAYS

                      Defendant(s).
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/17

13 Civ. 2811 (PKC)

REVISED CASE MANAGEMENT PLAN
AND SCHEDULING ORDER

of April 10, 2017

The ~~Case Management Plan and~~ Scheduling Order ~~are~~ modified as follows:

~~1. The date in paragraph 5 thereof for the completion of all fact discovery is extended to _____.~~

1. The date in paragraph 7 ~~thereof for the completion of all expert discovery~~ is extended to July 27, 2018

~~2.~~ ~~The conference scheduled for _____ is vacated.~~ The next conference will be held on Dec. 19, 2017 at 11:45 am/~~pm~~.

4. In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York

11-17-17