Case 1:13-cv-02811-PKC   Document 379   Filed 12/29/17   Page 1 of 2

# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

Telephone
212.608.1900

Facsimile
212.719.4775

**MEMO ENDORSED**   December 29, 2017

*[handwritten: Application granted SO ORDERED ... USDJ 1-2-18]*

**VIA ECF**
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Sullivan v. Barclays PLC et al.*, No. 13-CV-2811 (PKC) (S.D.N.Y)

Dear Judge Castel:

Pursuant to Section 1.B of Your Honor's Individual Practices, Plaintiffs respectfully submit this letter in order to request a three-business day extension from Wednesday, January 3 to Monday, January 8, 2018 in Plaintiffs' time to file their motion for Preliminary Approval of a Plan of Distribution. No prior requests to adjourn the time to file such motion have been made, and the requested extension will not affect any dates scheduled in the Court's Preliminary Approval Order dated July 6, 2017 (ECF No. 364) or any other scheduled dates. Such extension will not prejudice the administration of justice in any way. The Settling Defendants[1], who are the only arguably affected Defendants, have authorized me to state that they do not object to the requested extension. The next conference before the Court is scheduled for May 18, 2018 (Class members have until April 15, 2018 in order to comment on or object to the Proposed Plan of Distribution). The reasons for the requested extentsion are prior and anticipated difficulties in communications until January 2, 2018 or thereafter.

For all the foregoing reasons, Plaintiffs respectfully request that the Court So Order this letter to permit this brief extension.

Thank you very much.

Respectfully submitted,

*/s/ Christopher Lovell*

Christopher Lovell

*/s/ Vincent Briganti*

Vincent Briganti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2018

---

[1] Barclays plc, Barclays Bank plc, and Barclays Capital Inc. ("Barclays"); HSBC Holdings plc and HSBC Bank plc. ("HSBC"); and Deutsche Bank AG and DB Group Services (UK) Ltd. ("Deutsche Bank")

**Lovell Stewart Halebian Jacobson LLP**
61 Broadway, Suite 501
New York, New York 10006
Tel.: (212) 608-1900
Fax: (212) 719-4677
*clovell@lshllp.com*

**Lowey Dannenberg Cohen & Hart, P.C.**
White Plains Plaza
44 South Broadway, Suite 1100
White Plains, New York 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
*vbriganti@lowey.com*

cc:    All Counsel of Record (by ECF)