

LOWEY DANNENBERG

January 9, 2018

**VIA ECF AND FEDERAL EXPRESS**
The Honorable P. Kevin Castel
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

     **Re:**    *Sullivan v. Barclays PLC, et al.*, No. 13-cv-2811

Dear Judge Castel:

     We are Class Counsel in the above-captioned action. In accordance with the Court's July 6, 2017 Order (ECF No. 364) ("Order"), enclosed please find the Affidavit of Eric J. Miller on Behalf of A.B. Data, Ltd. Regarding Notice and Claims Administration, attesting to the Settlement Administrator's compliance with the notice provisions as described in the Order. Additionally, we enclose the Declaration of Patrick J. Ivie on behalf of settling defendants Deutsche Bank AG and DB Group Services (UK) Ltd. ("Deutsche Bank") concerning Mailed Notices provided by Deutsche Bank pursuant to its Settlement Agreement.

     The next conference before the Court will be on May 18, 2018 for the Settlement Hearing.

Respectfully submitted,

     /s/ Vincent Briganti               /s/ Christopher Lovell
      Vincent Briganti                  Christopher Lovell

Encs.

cc:     All Counsel of Record (via ECF)

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601  (p) 914-997-0500  (f) 914-997-0035
Four Tower Bridge, 200 Barr Harbor Drive, Suite 400, West Conshohocken, PA 19428-2977  (p): 610-941-2760  (f): 610-862-9777