UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

STEPHEN SULLIVAN AND WHITE OAK FUND, LP, et al.,

        Plaintiffs,

        v.

BARCLAYS PLC, et al.,

        Defendants.

-------------------------------------------------------x

No. 13-cv-02811 (PKC)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mark A. Kirsch of Gibson, Dunn & Crutcher LLP, an attorney in good standing and admitted to practice in this Court, hereby enters his appearance in the above-captioned action as counsel for UBS AG.

Dated: New York, New York

       January 17, 2018

GIBSON, DUNN & CRUTCHER LLP

By:  /s/  Mark A. Kirsch
      Mark A. Kirsch

200 Park Avenue, 48th Floor
New York, New York 10166
Tel.: (212) 351-2662
mkirsch@gibsondunn.com

*Attorneys for UBS AG*