UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
STEPHEN SULLIVAN AND WHITE OAK  :
FUND, LP, et al.,               :
                                :
            Plaintiffs,         :
                                :
        v.                      :  No. 13-cv-2811 (PKC)
                                :
BARCLAYS PLC, et al.,           :
                                :
            Defendants.         :
                                :
-------------------------------------------------------x

## MOTION FOR WITHDRAWAL OF APPEARANCE

The undersigned counsel is no longer associated with the firm of Gibson, Dunn & Crutcher LLP, and hereby requests that the Court withdraw me as counsel for Defendant UBS AG in the above-captioned action. No substitution of counsel is necessary, as UBS AG continues to be represented in this action by attorneys of record from Gibson, Dunn & Crutcher LLP. UBS AG is aware of and consents to the withdrawal.

Dated: New York, New York
       January 18, 2018

                                GIBSON, DUNN & CRUTCHER LLP

                                By:  /s/  *Peter Sullivan*
                                     Peter Sullivan

                                200 Park Avenue, 47th Floor
                                New York, New York 10166
                                Tel.: (212) 351-5370
                                psullivan@gibsondunn.com

                                *Attorneys for UBS AG*