UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STEPHEN SULLIVAN AND WHITE OAK
FUND, LP, et al.,

               Plaintiffs,

v.

BARCLAYS PLC, et al.,

               Defendants.
-----------------------------------------------------------x

No. 13-cv-2811 (PKC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2018

## MOTION FOR WITHDRAWAL OF APPEARANCE

The undersigned counsel is no longer associated with the firm of Gibson, Dunn & Crutcher LLP, and hereby requests that the Court withdraw me as counsel for Defendant UBS AG in the above-captioned action. No substitution of counsel is necessary, as UBS AG continues to be represented in this action by attorneys of record from Gibson, Dunn & Crutcher LLP. UBS AG is aware of and consents to the withdrawal.

Dated: New York, New York
       January 18, 2018

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Peter Sullivan
     Peter Sullivan

200 Park Avenue, 47th Floor
New York, New York 10166
Tel.: (212) 351-5370
psullivan@gibsondunn.com

*Attorneys for UBS AG*

*[Handwritten: Withdrawal of Peter Sullivan is approved. SO ORDERED. /s/ 1-22-18]*