UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BNP PARIBAS S.A., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br><br>Defendants. | Docket No. 13-cv-02811 (PKC)<br><br>ECF Case<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 2/16/18 |

**[PROPOSED] ORDER PRELIMINARILY APPROVING PLAN
OF DISTRIBUTION FOR SETTLEMENTS WITH DEFENDANTS
BARCLAYS, HSBC, AND DEUTSCHE BANK**

This matter having come before the Court by way of Plaintiffs' Motion for an Order Preliminarily Approving of Plan of Distribution (the "Motion");

The above-captioned matter is a putative class action before this Court;

The Court finding that the proposed Plan of Distribution is reasonable and rational and should be sent to Class Members for their review prior to the final approval hearing:

1

IT IS on this 15th day of February, 2018:

**ORDERED** that the Motion is **GRANTED** as follows:

1. Capitalized terms used herein shall have the same meaning as in Plaintiffs' memorandum in support of the Motion.

2. The Plan of Distribution set forth in Exhibit [1] to the Declaration of Gary S. Jacobson in Support of the Plaintiffs' Motion for an Order Approving Preliminary Approval of Plan of Distribution with Settlements with Defendants Barclays, HSBC, and Deutsche Bank is preliminarily approved.

**IT IS SO ORDERED.**
DATED 2-15-18

_____
P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE