UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated,<br>       Plaintiffs,<br><br>- *against* -<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BNP PARIBAS S.A., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br>       Defendants. | Docket No. 13-cv-02811(PKC) |

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

PLEASE TAKE NOTICE that on June 21, 2017, pursuant to 28 U.S.C. § 1715(b), Defendants Deutsche Bank AG and DB Group Services (UK) Ltd. caused notification of the proposed class action settlement with the putative plaintiff class in the above-captioned action to be provided to each of the appropriate federal and state officials by FedEx.

Dated: New York, New York
      March 21, 2018

Respectfully submitted,

    <u>/s/ Michael J. Biondi</u>
Moses Silverman
Aidan Synnott
Michael J. Biondi
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
mbiondi@paulweiss.com
Tel: (212) 373-3000
Fax: (212) 492-0446

*Counsel for Defendants Deutsche Bank AG and DB Group Services (UK) Ltd.*