UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BNP PARIBAS S.A., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br><br>                    Defendants. | No. 13-cv-02811 (PKC) |

**NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**

PLEASE TAKE NOTICE that on January 18, 2017, in accordance with 28 U.S.C. § 1715(b), Defendants HSBC Holdings plc and HSBC Bank plc caused notification of the proposed class action settlement with the putative plaintiff class in this action to be provided to each of the appropriate federal and state officials by certified mail through the U.S. Postal Service.

Dated:  March 21, 2018                                     Respectfully submitted,

*/s/ J. Matthew Goodin*

Gregory T. Casamento
**LOCKE LORD LLP**
Three World Financial Center
New York, New York  10281-2101
Telephone: 212-415-8600
*gcasamento@lockelord.com*

Roger B. Cowie
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas  75201-6776
Telephone: 214-740-8000
*rcowie@lockelord.com*

J. Matthew Goodin
Julia C. Webb
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: 312-443-0700
*jmgoodin@lockelord.com*
*jwebb@lockelord.com*

*Attorneys for Defendants*
*HSBC Holdings plc and HSBC Bank plc*