UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated,<br>      Plaintiffs,<br><br>- *against* -<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BNP PARIBAS S.A., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br>      Defendants. | Docket No. 13-cv-02811 (PKC) |

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

  PLEASE TAKE NOTICE that, on November 9, 2015, pursuant to 28 U.S.C. ¶ 1715(b), Defendants Barclays plc, Barclays Bank plc, and Barclays Capital Inc. caused notification of the proposed class action with the putative plaintiff class in the above-captioned action to be provided to each of the appropriate federal and state officials by certified mail.

Dated: New York, New York
March 23, 2018

Respectfully submitted,

/s/ Matthew J. Porpora
David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcom.com

*Counsel for Defendants Barclays plc, Barclays Bank plc and Barclays Capital Inc.*