UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BNP PARIBAS S.A., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br><br>Defendants. | Docket No. 13-cv-02811 (PKC)<br><br>ECF Case |

**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL
OF THE CLASS ACTION SETTLEMENTS WITH BARCLAYS PLC,
BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., DEUTSCHE BANK AG,
<u>DB GROUP SERVICES (UK) LTD., HSBC HOLDINGS PLC AND HSBC BANK PLC</u>**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Joint Declaration of Vincent Briganti and Christopher Lovell, the Declarations of Geoffrey M. Horn, Christopher M. McGrath, and Brian J. Bartow, the exhibits attached thereto, and the record herein, Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable P. Kevin Castel, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York on May 18, 2018 at 2:00 p.m. for an order granting final approval of the Settlements between Plaintiffs and Defendants (1) Barclays plc, Barclays Bank plc, and Barclays Capital Inc.; (2) Deutsche Bank AG and DB Group Services (UK) Ltd.; and (3) HSBC Holdings plc and HSBC Bank plc.; and other relief set forth in the [Proposed] Final Approval Order and the [Proposed] Final Judgment, copies of which are attached hereto.

Dated:   March 23, 2018
         White Plains, New York

**LOWEY DANNENBERG, P.C.**

By: _/s/ Vincent Briganti_
Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
44 South Broadway, Ste. 1100
White Plains, New York 10601
Tel.: 914-997-0500
Fax: 914- 997-0035
vbriganti@lowey.com
ghorn@lowey.com
pstphillip@lowey.com

**LOVELL STEWART HALEBIAN
     JACOBSON LLP**

By: _/s/ Christopher Lovell_
Christopher Lovell
Gary S. Jacobson
Ian T. Stoll
61 Broadway, Suite 501
New York, NY 10006
Tel.: 212-608-1900
Fax: 212-719-4677
clovell@lshllp.com

gsjacobson@lshllp.com
istoll@lshllp.com

*Class Counsel*

Joseph J. Tabacco, Jr.
Todd A. Seaver
**BERMAN TABACCO**
44 Montgomery Street, Ste. 650
San Francisco, CA 94104
Tel.: 415-433-3200
Fax: 415-433-6282

Patrick T. Egan
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Tele.: 617-542-8300
Fax: 617-542-1194

Brian P. Murray
Lee Albert (pro hac vice to be filed)
**GLANCY PRONGAY & MURRAY LLP**
122 East 42nd Street, Suite 2920
New York, NY 10168
Tel.: 212-682-5340
Fax: 212-884-0988

David E. Kovel
**KIRBY McINERNEY LLP**
825 Third Avenue
New York, NY 10022
Tel.: 212-371-6600
Fax: 212-751-2540

*Additional Counsel for Plaintiffs*