UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN SULLIVAN, et al.,

                 Plaintiffs,

    -against-

BARCLAYS PLC, et al.,

                 Defendants.

Master File No. 13-CV-2811 (PKC)

## [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the Motion of counsel for Plaintiff Stephen Sullivan,

IT IS HEREBY ORDERED that the motion of Michelle E. Conston to withdraw as counsel for Plaintiff Stephen Sullivan is granted, and Ms. Conston's appearance is withdrawn as of the date of this Order.

Dated: April 3, 2018

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

_____
Honorable P. Kevin Castel
United States District Judge