UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>BARCLAYS BANK PLC et al.,<br><br>Defendants. | Case No. 13-cv-02811-PKC |

# MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. ("JPMorgan"), by and through its counsel Simpson Thacher & Bartlett LLP, respectfully requests the withdrawal of the appearance of Omari L. Mason as counsel for JPMorgan in the above-referenced action. Omari L. Mason is no longer associated with the firm of Simpson Thacher & Bartlett LLP. Simpson Thacher & Bartlett LLP will continue to serve as counsel for JPMorgan.

Granted.
SO ORDERED.
4/3/2018

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
September 20, 2017

>Respectfully submitted,
>
>SIMPSON THACHER & BARTLETT LLP
>
>By:     /s/ Paul C. Gluckow_____
>        Thomas C. Rice (trice@stblaw.com)
>        Mary Beth Forshaw (mforshaw@stblaw.com)
>        Paul C. Gluckow (pgluckow@stblaw.com)
>        Alan C. Turner (aturner@stblaw.com)
>        425 Lexington Avenue
>        New York, New York 10017
>        Tel: (212) 455-2000
>        Fax: (212) 455-2502
>
>        Abram J. Ellis (aellis@stblaw.com)
>        900 G Street, NW
>        Washington, D.C. 20001
>        Tel: (202) 636-5500
>        Fax: (202) 636-5502
>
>        *Attorneys for Defendants JPMorgan Chase & Co.
>        and JPMorgan Chase Bank, N.A.*