# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BNP PARIBAS S.A., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br><br>Defendants. | Docket No. 13-cv-02811 (PKC)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 4/12/18 |

## [PROPOSED] ORDER EXTENDING THE REQUEST FOR EXCLUSION DEADLINE IN CONNECTION WITH PLAINTIFFS' CLASS ACTION SETTLEMENTS WITH BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., DEUTSCHE BANK AG AND DB GROUP SERVICES (UK) LTD., HSBC HOLDINGS PLC AND HSBC BANK PLC

WHEREAS, on July 5, 2017, the Court issued its Order Preliminarily Approving Proposed Settlement with Deutsche Bank AG and DB Group Services (UK) Ltd., Scheduling Hearing for Final Approval of Proposed Settlements with Barclays plc, Barclays Bank plc, and Barclays Capital Inc., HSBC Holdings plc, HSBC Bank plc, Deutsche Bank AG and DB Group Services (UK) Ltd., and Approving the Proposed Form and Program of Notice to the Class (the "Preliminary Approval Order") (ECF No. 364);

WHEREAS, paragraph 30 of the Preliminary Approval Order provides that any Request for Exclusion from the Settlements by a Settlement Class Member must be sent in writing to the Settlement Administrator at the address in the mailed notice and post marked no later than thirty-five (35) days prior to the Settlement Hearing;

WHEREAS, Plaintiffs seek to provide, and Barclays, HSBC and Deutsche Bank consent to providing, Settlement Class Members seven (7) additional days to evaluate the Settlements and decide whether to submit a Request for Exclusion; and

WHEREAS, the Court having read and considered the Settlements and accompanying documents; and the Plaintiffs, Barclays, HSBC, and Deutsche Bank (collectively, the "Settling Parties") having consented to the entry of this Order,

NOW, THEREFORE, this 12th Day of April, 2018, upon application of the Settling Parties,

**IT IS HEREBY ORDERED** that:

1. Except for the terms defined herein, the Court adopts and incorporates the definitions in the Barclays Settlement, HSBC Settlement, and Deutsche Bank Settlement and in its Preliminary Approval Order for the purposes of this Order.

2. Any Request for Exclusion from the Settlements by a Settlement Class Member must be sent in writing to the Settlement Administrator at the address in the mailed notice and post

1

marked no later than April 20, 2018 (or twenty-eight (28) days prior to the Settlement Hearing) (the "Exclusion Bar Date").

3. Except for the adjournment of the Exclusion Bar Date in paragraph 2 above, the Court's Preliminary Approval Order is unchanged and remains in effect.

4. Unless otherwise specified, the word "days," as used herein, means calendar days. In the event that any date or deadline set forth herein falls on a weekend or federal or state legal holiday, such date or deadline shall be deemed moved to the first business day thereafter.

**IT IS SO ORDERED.**

Signed this 12th day of April, 2018, at the Courthouse for the United States District Court for the Southern District of New York.

The Honorable P. Kevin Castel
United States District Court Judge