# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *Sullivan et al. v. Barclays plc, et al.* | No. 13-cv-2811 (PKC) |

**STATE OF WISCONSIN   )**
                                        **)  ss.**
**MILWAUKEE COUNTY   )**

<u>**AFFIDAVIT OF LINDA V. YOUNG**</u>

I, Linda V. Young, being duly sworn, certify as follows:

1.       I am the Vice President, Media with A.B. Data, Ltd.'s Class Action
Administration Company ("A.B. Data"). I submit this Affidavit at the request of Plaintiffs'
Counsel in connection with the above-captioned action (the "Action").

2.       This Affidavit is based upon my personal knowledge of and upon information
provided by Plaintiffs' Counsel, my associates, and A.B. Data staff members. The information is
of a type reasonably relied upon in the fields of media, advertising, and communications.

3.       This Affidavit details a notice plan for the Action (the "Proposed Notice
Program") designed to provide adequate notice to Settlement Class Members, who are defined as
follows:

All Persons who purchased, sold, held, traded or otherwise had any interest in Euribor
Products[1] from June 1, 2005 through and including March 31, 2011, who were either
domiciled in the United States or its territories or, if domiciled outside the United States
or its territories, transacted in Euribor Products in the United States or its territories from

---

[1] "Euribor Products" means any and all interest rate swaps, forward rate agreements, futures, options, structured
products, and any other instrument or transaction related in any way to Euribor, including but not limited to, NYSE
LIFFE Euribor futures contracts and options, CME Euro currency futures contracts and options, Euro currency
forward agreements, Euribor-based swaps, Euribor-based forward rate agreements and/or any other financial
instruments that reference Euribor.

June 1, 2005 through and including March 31, 2011, including, but not limited to, all Persons who traded CME Euro currency futures contracts, all Persons who transacted in NYSE LIFFE Euribor futures and options from a location within the United States, and all Persons who traded any other Euribor Product from a location within the United States. Excluded from the Settlement Class are the Defendants and any parent, subsidiary, affiliate or agent of any Defendant or any co-conspirator whether or not named as a defendant, and the United States Government.

4.     The Proposed Notice Program (attached as Exhibit A) includes print-media, electronic-media, and direct-mail notice.

5.     The print-media notice efforts include placements in the following:

- Financial newspapers;

- Financial magazines; and

- A news release.

6.     The electronic-media notice efforts include the following:

- "Banner" ads on financial websites;

- An email "blast" to subscribers of financial newsletters; and

- "Banner" ads on financial E-newsletters.

7.     The full-length notice will be mailed directly to the following potential Settlement Class Members:

- Euribor Products counterparties of Barclays;

- Euribor Products counterparties of HSBC;

- Euribor Products counterparties of Deutsche Bank;

- Euribor Products counterparties of the JPMorgan and Citigroup Defendants;

- Euribor Products counterparties of the U.S. subsidiaries of the Defendants that were dismissed on personal jurisdiction grounds;

- Agents and brokers selling FOREX services;

- Senior executives of hedge funds, investment banks, and real-estate companies;

- Currency traders dealing with Euro;

- Pension-fund managers and derivative traders;

- FOREX market traders;

- The largest traders on the Chicago Mercantile Exchange;

- ISDA members; and

- The largest banks and brokerage houses.

8.    All printed notices will include a toll-free telephone number and the case website address for potential Settlement Class Members to request or access the notices. The online banner and text ads will each include the website address and a link to the case website.

9.    A case-specific website will be listed with major search engines to enable Settlement Class Members to get information on the Settlement. Settlement Class Members will also have access through this website to relevant case information and updates, key documents, and applicable deadlines.

10.    A.B. Data will establish and maintain a case-specific toll-free telephone number to support the Settlement, with live operators during business hours. Services will specifically include the following:

a.    Inbound toll-free line;

b.    Interactive voice response system;

c.      Live operators during business hours;

d.      Call scripts developed by our experts and approved by Plaintiffs' Counsel; and

e.      Detailed reporting.

## **RELEVANT EXPERIENCE**

11.      As the Vice President, Media for the Class Action Administration Company of A.B. Data, Ltd., I provide a broad range of services, including market research and analysis, creative development, advertising, and marketing planning. My curriculum vitae is attached as Exhibit B.

12.      I have developed and directed some of the largest and most complex national notification programs in the United States. The scope of my work includes notification programs in securities settlements, antitrust litigation, and consumer, ERISA, and insurance settlements. I have developed or consulted on more than 100 notification programs, placing millions of dollars' worth of media notice. Selected cases include the following:

a.      **Securities Settlements Notice Programs:** *Hicks v. Morgan Stanley & Co.*, 01 Civ. 10071 (RJH), United States District Court, Southern District of New York; *High Tide Harry's, Inc. v. Waste Management Inc. of Florida*, 05-CA-009441, 9th Judicial Circuit, State of Florida; *In re: Campbell Soup Co. Securities Litigation*, 00-152-JEI, United States District Court, District of New Jersey; *Abrams v. Van Kampen Funds, Inc.*, 01-C-7538, United States District Court, Northern District of Illinois; *Stevelman v. Alias Research, Inc.*, 591-CV-00682 (EBB), United States District Court, District of Connecticut; *In re: Nuko Information Systems, Inc.,* C-97-20471 EAI, United States District Court, Northern District of California; *In Re: General Electric Co. Securities Litigation*, Civ. No. 09-CIV-

1951 (DLC) ECF CASE, United States District Court, Southern District of New York; *In Re: PAR Pharmaceutical Securities Litigation*, Master File No. 2:06-03226 (ES) (SCM), United States District Court, District of New Jersey; *In Re: ING Groep, N.V. ERISA Litigation*, Master File No. 1:09-CV-00400-JEC, United States District Court, Northern District of Georgia; *In Re: Fannie Mae 2008 Securities Litigation*, Case No. 08-CV-7831, United States District Court, Southern District of New York; *In Re: Massey Energy Co. Securities Litigation*, Civil Action No. 5:10-cv-00689-ICB, United States District Court, Southern District of West Virginia;

b. **Antitrust/Commodities Settlements Notice Programs:** *In re: Platinum and Palladium Commodities Litigation (Platinum/Palladium Futures Action)*, 10-cv-3617 (WHP) ("Futures Action"), United States District Court, Southern District of New York; and *In re: Platinum and Palladium Commodities Litigation (Platinum/Palladium Physical Action)*, 10-cv-3617 (WHP) ("Physical Action"), United States District Court, Southern District of New York; *In re: Crude Oil Commodity Futures Litigation*, 11-cv-3600, United States District Court, Southern District of New York; *In re Polyurethane Foam Antitrust Litigation*, MDL Docket No. 2196, United States District Court, Northern District of Ohio; *In re: Terazosin Hydrochloride Antitrust Litigation*, 99-MDL-1317, United States District Court, Southern District of Florida; *In re: Cardizem CD Antitrust Litigation*, 99-MD-1278, United States District Court, Eastern District of Michigan; *In re: Remeron Antitrust Litigation*, 03-CV-00085, United States District Court, District of New Jersey; *In re: Relafen Antitrust Litigation*, 01-

12239-WGY, United States District Court, District of Massachusetts; *In re: Buspirone Antitrust*, 01-MD-01413, United States District Court, Southern District of New York; *In Re: Potash Antitrust Litigation (II)*, Case No. 1:08-CV-6910, United States District Court, Northern District of Illinois; *In re: Optiver Commodities Litigation*, Case No. 1:08-cv-06842-LAP, United States District Court, Southern District of New York; *In re: Rough Rice Commodity Litigation*, Case No. 11-cv-00618, United States District Court, Northern District of Illinois; and

c.   **Consumer Settlements Notice Programs:** *Picant v. Premier Cruise Lines*, 96-06932-CA-FN, 18th Judicial Circuit, State of Florida; *In Re: Benzion v. Vivint, Inc.*, Case No. 12-cv-61826-WJZ, United States District Court, Southern District of Florida; and *In Re: ADT Security Services, Inc*., Case No. 1:11-cv-1925, United States District Court, Northern District of Illinois.

13.    Additionally, A.B. Data and its staff members have developed and implemented notice plans in numerous antitrust cases, including *In re: Marine Hose Antitrust Litigation*, 08-MDL-1888, United States District Court, Southern District of Florida; *Ace Marine Rigging v. Virginia Harbor Services, Inc.*, SA-CV-11-00436, United States District Court, Central District of California; *In re: Iowa Ready-Mix Concrete Antitrust Litigation*, 5:10-CV-004038-MWB, United States District Court, Northern District of Iowa; *In re Ready-Mixed Concrete Antitrust Litigation*, Case No. 1:05-cv-00979-SEB-JMS, United States District Court, Southern District of Indiana; *In re Potash Antitrust Litigation (II)*, Case No. 1:08-CV-6910, United States District Court, Northern District of Illinois; *In re LIBOR-Based Financial Instruments Antitrust Litigation*, 11 MDL 2262 (NRB), United States District Court, Southern District of New York

(Exchange-Based Action); and *Laydon v. Mizuho Bank, Ltd.*, No. 12-cv-3419 (GBD), United States District Court, Southern District of New York.

14. A.B. Data has also been appointed as Notice, Claims, and/or Settlement Administrator in hundreds of high-volume securities, antitrust, consumer, civil rights, insurance, ERISA, and wage and hour cases, administering some of the largest and most complex class action settlements of all time, involving all aspects of media, direct, and third-party notice programs, data management, claims administration, and settlement fund distribution.

## CONCLUSION

15.     It is my opinion that the Proposed Notice Program is adequate and reasonable and will effectively reach the Settlement Class Members. This Proposed Notice Program conforms to the standards employed by A.B. Data in similar notification programs designed to reach groups or classes that trade in securities and commodities. The Proposed Notice Program as designed is fully compliant with Rule 23 of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of November 2018.

*Linda V. Young*

Linda V. Young

SUBSCRIBED and SWORN before me on the 21st day of November 2018.

Steve Straub, Notary Public

My commission expires   5|18|2020



**EXHIBIT A**



A.B. Data, Ltd.
Class Action Administration Company
600 A.B. Data Drive
Milwaukee, WI 53217

# Proposed Notice Program

_____

*Sullivan et al. v. Barclays plc, et al.*

   No. 13-cv-2811(PKC)

United States District Court for the Southern District of New York

November 21, 2018

# NOTICE PROGRAM OVERVIEW

**Case Background**

This Proposed Notice Program is submitted by A.B. Data, Ltd. ("A.B. Data") in connection with *Sullivan, et al. v. Barclays plc, et al.*, No. 13-cv-2811(PKC), a case before the United States District Court for the Southern District of New York. This document outlines the efforts that will be made to provide notice of settlement to reach potential Class members.

A proposed Settlement Class has been certified in this case regarding all persons and entities who purchased, sold, held, traded or otherwise had any interest in Euribor Products[1] between June 1, 2005 through March 31, 2011, inclusive.

Because direct notice in this case may not reach all potential Class members, a paid-media Notice Program targeting unidentified Class members is necessary.

**Class Definition**

The Settlement Class for this Notice Program includes the following:

> All Persons who purchased, sold, held, traded or otherwise had any interest in Euribor Products  from June 1, 2005 through and including March 31, 2011, who were either domiciled in the United States or its territories or, if domiciled outside the United States or its territories, transacted in Euribor Products in the United States or its territories from June 1, 2005 through and including March 31, 2011, including, but not limited to, all Persons who traded CME Euro currency futures contracts, all Persons who transacted in NYSE LIFFE Euribor futures and options from a location within the United States, and all Persons who traded any other Euribor Product from a location within the United States. Excluded from the Settlement Class are the Defendants and any parent, subsidiary, affiliate or agent of any Defendant or any co-conspirator whether or not named as a defendant, and the United States Government.

**Program Components**

This document summarizes the recommended notice-of-settlement program for the class action *Sullivan, et al. v. Barclays plc, et al.*, No. 13-cv-2811(PKC). This proposed program is consistent with the requirements set forth in Rule 23 of the Federal Rules of Civil Procedure.

---

[1] "Euribor Products" means any and all interest rate swaps, forward rate agreements, futures, options, structured products, and any other instrument or transaction related in any way to Euribor, including but not limited to, NYSE LIFFE Euribor futures contracts and options, CME Euro currency futures contracts and options, Euro currency forward agreements, Euribor-based swaps, Euribor-based forward rate agreements and/or any other financial instruments that reference Euribor.

A.B. Data recommends the following Notice Program:

- Paid-Media-Based Notice
  A.B. Data recommends national, targeted paid-media notice consisting of print and Internet vehicles that will reach the Class members, including the following:

  a. Direct-mail notice.
  b. Dealer notification.
  c. Targeted financial newspapers.
  d. Targeted financial magazines.
  e. Internet banner ads on targeted websites.
  f. Dedicated email blasts.
  g. E-newsletter banner ads.
  h. A news release.

A dedicated informational case website has been developed to complement the Notice Program and to ensure Class members' easy access to updated information. The case website will be keyword-optimized, providing the opportunity for it to be listed on the first page of results from search engines such as Google and Bing.

**Direct Mail**

Notice will be sent directly to a list of approximately 100,000 U.S.-based derivatives market participants, including: (1) members of the International Swaps and Derivatives Association ("ISDA"), a global trade association for OTC derivatives responsible for maintaining the standardized ISDA Master Agreement used in OTC Euribor Products transactions; (2) senior executives at hedge funds, investment banks, and real-estate companies – the commercial end-users of OTC Euribor Products; (3) financial executives, including pension-fund managers and derivatives traders, responsible for managing Euro exposure; (4) individual traders and brokers who have transacted in the Euro market during the Class Period; (5) the CME's list of large traders, including those who transacted in Euro currency futures contracts; and (6) a proprietary list of banks, brokers, and other investors. This list is several times larger than the anticipated number of OTC Euribor Products market participants and should effectively reach a large percentage of the Class.

Citi and JPMorgan have provided or will provide contact information for their respective counterparties that transacted in Euribor Products, consistent with the obligations set forth in their respective Settlement Agreement and relevant foreign bank secrecy and/or customer confidentiality laws that may restrict their ability to provide counterparty-identifying information to third parties. Barclays, HSBC, and Deutsche Bank also provided contact information for their respective counterparties that transacted in Euribor Products, consistent with the obligations set forth in their respective Settlement Agreements and relevant foreign bank secrecy and/or customer confidentiality laws that may restrict their ability to provide counterparty-identifying information to third parties. Notice will also be sent to the dismissed Defendants' counterparties in Euribor Products, to the extent they are obtained in discovery.

**Dealer Notification**

In addition to the direct-mail notice described above, notice will be sent to approximately 30 of the largest foreign-exchange and interest-rate-derivatives dealers in the United States with instructions to either (a) forward the notice on to their customers or (b) provide a customer list that the Settlement Administrator can notify directly. The list of dealers notified will come from the Federal Reserve Bank of New York's triennial survey of turnover in the U.S. foreign-exchange and interest-rate derivatives markets.[2] Because these dealers collectively account for at least 90% to 95% of turnover in the OTC market, this method will reach almost all Class members who transacted in OTC Euribor Products.

**Paid-Media/Earned-Media Program**

To reach unidentifiable Class members, A.B. Data recommends the use of paid and earned media. Paid-media advertising is guaranteed to appear. Paid media also allows for limited control of the content, timing, and positioning of the message. Newspapers, magazines, newsletters, and the Internet, among other sources, offer paid-media opportunities.

A.B. Data researched data regarding the target audience's media consumption, determining the most appropriate media vehicles that would best deliver potential Class members and provide them with the opportunity to see and respond to the notice.

National financial newspapers, national targeted financial magazines, targeted Internet advertising, and direct mail to key industry names and addresses will deliver an efficient and effective plan for reaching potential Class members. A.B. Data reviewed available magazines, newspapers, and online advertising for the target audience, as well as compatibility of the editorial content.

A.B. Data recommends the following components for the Notice Program:

- National financial newspapers.
- National financial magazines.
- National targeted financial websites.
- Email notice through an email "blast."
- National sponsorship of selected financial newsletters.
- Earned media, including the dissemination of a news release via PR Newswire to financial media sources.
- Direct mail to key financial names and addresses.

To complement the Notice Program and to ensure Class members' easy access to updated information, A.B. Data will develop a dedicated informational case website.

**Paid-Media Placement Summary**

The following list provides a summary of A.B. Data's recommended paid-media placements for these cases. Detailed information about each publication and its coverage of the target audience in this case is available upon request.

---

[2] *See, e.g.*, *The Foreign Exchange and Interest Rate Derivatives Markets: Turnover in the United States*, Federal Reserve Bank of New York, at Annex II, April 2007 (listing more than 30 dealers, including G14 dealers).

Print Media

Financial Newspapers

One-quarter-page newspaper ads will be placed in each of the following publications:

- *The Wall Street Journal* (U.S. audience only)
- *Investor's Business Daily*
- *Financial Times* (U.S. audience only)

Financial Magazines

Full-page magazine ads will be placed in each of the following financial magazines:

- *Barron's*
- *Stocks & Commodities*
- *Global Capital*
- *Hedge Fund Alert*
- *Grant's Interest Rate Observer*

Digital Media

Banner ads will be purchased on the following websites:

- Zacks.com
- Traders.com
- HFAlert.com
- FOW.com
- GlobalCapital.com

All banner ads will include an embedded link to the case-specific website. The banner ads produced will be colorful and appealing, while including detailed text about the case and the settlement.

**E-Newsletter Notice**

A.B. Data will schedule banner ads for the following e-newsletters:

- *Futures & Options World*
- *Stocks & Commodities*
- *Zacks.com*
- *Barchart.com*

The newsletters are emailed by the publications to "opt-in" subscribers. Banner ads will be placed at the tops of these newsletters in prominent positions so that subscribers see them as they access the e-newsletters.

**Custom Email "Blast"**

The case news release will be sent as an email "blast" to "opt-in" subscribers of the following publications:

- *Stocks & Commodities*
- *Zacks.com*

**Earned Media**

In addition to the notice efforts involving print publications and digital media, A.B. Data recommends that a news release be disseminated via PR Newswire's US1 Newsline distribution list to announce the Notice of Settlement. This news release will be distributed via PR Newswire to the news desks of approximately 10,000 newsrooms, including print, broadcast, and digital websites across the United States.

**Due Process**

The Notice Program summarized in this document provides a reach and frequency similar to those that courts have approved and that are recommended by the Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*. A full Notice Plan document and accompanying exhibits are available upon request. This summarized Notice Plan is the best practicable for the Class and meets due process requirements.

*This space intentionally left blank.*

## Scheduling

### Proposed Notice Scheduling 2019

| Publication | January | | | | February | | | | March | | | | April | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7 | 14 | 21 | 28 | 4 | 11 | 18 | 25 | 4 | 11 | 18 | 25 | 1 | 8 | 15 | 22 | 29 |
| **PR Newswire** — USI Newsline | | 1/14 | | | | | | | | | | | | | | | |
| **Financial Times** | | | | 1/28 | 2/6 | | | | | | | | | | | | |
| **The Wall Street Journal** | | | 1/23 | 2/1 | | | | | | | | | | | | | |
| **Barron's** | | | | 1/28 | 2/4 | | | | | | | | | | | | |
| **Investor's Business Daily** | | | | 1/28 | 2/4 | | | | | | | | | | | | |
| **Stocks & Commodities** | | | | | | | | | | | | | | | | | |
| Issue Date: February | | | | | | | 2/18 - 3/17 | | | | | | | | | | |
| Website Banner Ads | | | | 1/28 - 3/28 | | | | | | | | | | | | | |
| Custom Email Blast - Date TBD | | | | | | | | | | | | | | | | | |
| Enewsletter Banner Ad - Date TBD | | | | | | | | | | | | | | | | | |
| **Zacks.com** | | | | | | | | | | | | | | | | | |
| Website Banner Ads | | | | 1/28 - 3/28 | | | | | | | | | | | | | |
| Custom Email Blast - Date TBD | | | | | | | | | | | | | | | | | |
| Enewsletter Banner Ad - Date TBD | | | | | | | | | | | | | | | | | |
| **BarChart.com** | | | | | | | | | | | | | | | | | |
| Enewsletter Banner Ad - Dates TBD | | | | | | | | | | | | | | | | | |
| **FOW (Futures World Options)** | | | | | | | | | | | | | | | | | |
| Website Banner Ads | | | | 1/28 - 2/28 | | | | | | | | | | | | | |
| Enewsletter Banner Ad - Date TBD | | | | | | | | | | | | | | | | | |
| **Hedge Fund Alert** | | | | | | | | | | | | | | | | | |
| Issue Date | | | | | | 2/13 | | | | | | | | | | | |
| Website Banner Ads | | | | 1/28 - 2/28 | | | | | | | | | | | | | |
| **Global Capital** | | | | | | | | | | | | | | | | | |
| Issue Dates | | | | 2/1 | | 2/15 | | 3/1 | | | | | | | | | |
| Website Banner Ads | | | | 1/28 - 2/28 | | | | | | | | | | | | | |
| **Grant's Interest Rate Observer** | | | | | | | | | | | | | | | | | |
| Issue Dates | | | | | 2/8 | | 2/22 | | 3/8 | | | | | | | | |

EXHIBIT B

# LINDA V. YOUNG

**Linda.Young@abdata.com**

## EXPERIENCE

### A.B. Data, Ltd., Milwaukee, WI                                    2013-Present

Vice President, Media

Lead the A.B. Data Class Action Administration media team in research, development, and implementation of media notice plans for settlements and other class action administrations. Cases include the following:

**Antitrust Settlements Notice Programs:** *In re Polyurethane Foam Antitrust Litigation*, MDL Docket No. 2196 (United States District Court, Northern District of Ohio); *In re Medco Health Solutions, Inc., Pharmacy Benefits Management Litigation*, MDL No. 1508, United States District Court, Southern District of New York; *In re Warfarin Sodium Antitrust Litigation*, MDL No. 98-1232 (SLR), United States District Court, District of Delaware; *Blevins v. Wyeth-Ayerst Laboratories, Inc. and American Home Products Corp.*, Case No. 324380, Superior Court of California for the County of San Francisco; *In re: Terazosin Hydrochloride Antitrust Litigation*, 99-MDL-1317, United States District Court, Southern District of Florida; *In re: Cardizem CD Antitrust Litigation*, 99-MD-1278, United States District Court, Eastern District of Michigan; *In re High Pressure Laminate Antitrust Litigation*, Civil Action No. 00C-1989 and Related Cases, Second Circuit Court for Davidson County, Tennessee, 20th Judicial District at Nashville; *In re: Pennsylvania Baycol Third-Party Payor Litigation*, September Term, 2001, Case No. 001874, Court of Common Pleas, Philadelphia County, South Carolina; *In re Remeron End-Payor Antitrust Litigation*, Master File No. 02-CV-2007 (FSH), United States District Court, District of New Jersey; *In re: Relafen Antitrust Litigation*, 01-12239-WGY, United States District Court, District of Massachusetts; *In re: Buspirone Antitrust*, 01-MD-01413, United States District Court, Southern District of New York; *Rosemarie Ryan House, et al. v. GlaxoSmithKline PLC and SmithKline Beecham Corporation,* Docket No. 2:02cv442, United States District Court, Eastern District of Virginia; *Cipro Cases I and II*, Judicial Council Coordination Proceedings Nos. 4154 and 4220, Superior Court of the State of California, County of San Diego; *In Re: Potash Antitrust Litigation (II)*, Case No. 1:08-CV-6910, in the United States District Court for the Northern District of Illinois; *In re: Optiver Commodities Litigation*, Case No. 1:08-cv-06842-LAP, United States District Court, Southern District of New York; *In re: Rough Rice Commodity Litigation*, Case No. 11-cv-00618, United States District Court, Northern District of Illinois; *In re: Platinum and Palladium Commodities Litigation (Platinum/Palladium Futures Action)*, 10-cv-3617 (WHP) ("Futures Action"), United States District Court, Southern District of New York; and *In re: Platinum and Palladium Commodities Litigation (Platinum/Palladium Physical Action)*, 10-cv-

3617 (WHP) ("Physical Action"), United States District Court, Southern District of New York; *Kamakahi and Levy v. American Society for Reproductive Medicine and Society for Assisted Reproductive Technology*, Case No. 3:11-CV-1781 JCS, United States District Court, Northern District of California; *Mahoney v. Endo Health Solutions, Inc., et al.*, Case No. 15-cv-9841 (DLC)*,* United States District Court, Southern District of New York; *State of New York, et al. v. Cephalon, Inc., et al.*, Civil Action No. 16-cv-01833, United States District Court, Eastern District of Pennsylvania; and

**Securities Settlements Notice Programs:** *In re Berkshire Realty Company, Inc. Shareholder Litigation*, C.A. No. 17242, Court of Chancery for the State of Delaware in and for New Castle County; *Lipson v. Simon et al.*, CV 98 4573 (TCP), United States District Court, Eastern District of New York; *In re: Service Corporation International*, Civil Action H-99-280, United States District Court, Southern District of Texas; *Hicks v. Morgan Stanley & Co.*, 01 Civ. 10071 (RJH), United States District Court, Southern District of New York; *High Tide Harry's, Inc. v. Waste Management Inc. of Florida*, 05-CA-009441, 9th Judicial Circuit, State of Florida; *In re: Campbell Soup Co. Securities Litigation*, 00-152-JEI, United States District Court, District of New Jersey; *Abrams v. Van Kampen Funds, Inc.*, 01-C-7538, United States District Court, Northern District of Illinois; *In re Seitel, Inc. Securities Litigation*, Civil Action No. 02-1566, United States District Court, Southern District of Texas; *Stevelman v. Alias Research, Inc.*, 591-CV-00682 (EBB), United States District Court, District of Connecticut; *In re Phoenix Leasing Limited Partnership Litigation*, Case No. 173739, Superior Court of the State of California, County of Marin; *In re: Nuko Information Systems, Inc.,* C-97-20471 EAI, United States District Court, Northern District of California; *In re PriceSmart Securities Litigation*, Master File No. 03-Cv-2260-JAH – (BLM), United States District Court, Southern District of California; *In Re: General Electric Co. Securities Litigation*, Civ. No. 09-CIV-1951 (DLC) ECF CASE, United States District Court, Southern District of New York; *In Re: PAR Pharmaceutical Securities Litigation*, Master File No. 2:06-03226 (ES) (SCM), United States District Court, District of New Jersey; *In Re: ING Groep, N.V. ERISA Litigation*, Master File No. 1:09-CV-00400-JEC, United States District Court, Northern District of Georgia; *In Re: Fannie Mae 2008 Securities Litigation*, Case No. 08-CV-7831, United States District Court, Southern District of New York; *In Re: Massey Energy Co. Securities Litigation*, Civil Action No. 5:10-cv-00689-ICB, United States District Court, Southern District of West Virginia; *In re 2014 Avon Products, Inc. ERISA Litigation*, United States District Court, Southern District of New York; *In re BioScrip, Inc. Securities Litigation*, Civil Action No. 13-cv-6922-AJN, United States District Court, Southern District of New York; *In re BP plc Securities Litigation*, No. 4:10-md-02185, United States District Court, Southern District of Texas; *The Department of the Treasury of the State of New Jersey and Its Division of Investment v. Cliffs Natural Resources Inc. et al.*, Case No. 1:14-cv-1031, United States District Court, Northern District of Ohio; *Laydon v. Mizuho Bank, Ltd., et al.,* No. 12-cv-3419 (GBD) and *Sonterra Capital Master Fund Ltd., et al. v. UBS AG, et al.*, No. 15-cv-5844 (GBD), United States District Court, Southern District of New York; *In re Eastman Kodak ERISA Litigation*, Master File No. 6:12-CV-06051-

DGL, United States District Court, Western District of New York; *In re NII Holdings, Inc. Securities Litigation*, Civ. No. 1:14-cv-00227-LMB-JFA, United States District Court, Eastern District of Virginia; *In re Nu Skin Enterprises, Inc., Securities Litigation*, Master File No. 2:14-cv-00033-JNP-BCW, United States District Court, District of Utah; *Första AP-Fonden and Danske Invest Management A/S v. St. Jude Medical, Inc. et al.*, Civil No. 12-3070 (JNE/HB), United States District Court, District of Minnesota; *In re TIBCO Software Inc. Stockholders Litigation*, Consolidated C.A. No. 10319-CB, Court of Chancery, State of Delaware; and

**Consumer Settlements Notice Programs:** *Picant v. Premier Cruise Lines*, 96-06932-CA-FN, 18th Judicial Circuit, State of Florida; *McParland and Picking v. Keystone Health Plan Central, Inc.*, Civil Action No. 98-SU-00770-01, Court of Common Pleas, York County, Pennsylvania; *Smith v. American Family Mutual Automobile Insurance Co.*, No. 00-CV-211554, Circuit Court of Jackson County, Missouri; *Duncan v. The Unity Life and Accident Insurance Association, et al.*, Civil Action No. 00-CIV-7621, United States District Court, Southern District of New York; *Duncan v. Columbian Protective Association of Binghamton, New York, and Columbian Mutual Life Insurance Company*, Case No. 00 CIV. 7236 (JGK), United States District Court, Southern District of New York; *Watkins, as Executrix of the Estate of Hines, and as Beneficiary of the Adult Whole Life Industrial Policy of Hines, v. Columbian Mutual Life Insurance Company, a Subsidiary of Columbian Financial Group, and Golden Eagle Mutual Life Insurance Corporation*, Case No. 03 CIV. 8620 (JGK), United States District Court, Southern District of New York; *In Re: Benzion v. Vivint, Inc.*, Case No. 12-cv-61826-WJZ, United States District Court, Southern District of Florida; *In Re: ADT Security Services, Inc.*, Case No. 1:11-cv-1925, United States District Court, Northeastern District of Illinois; *The State of Illinois v. Au Optronics Corporation et al.*, No. 10 CH 34472, Circuit Court of Cook County, Illinois; *State of Washington v. AU Optronics Corporation, et al.*, No. 10-2-29164-4 SEA, King County Superior Court, Washington; *Mey vs. Interstate National Dealer Services, Inc. et al.*, Case No. 1:14-cv-01846-ELR, United States District Court, Northern District of Georgia; *Estakhrian et al. v. Obenstine, et al.*, Case No. CV11-3480-FMO (CWx), Nevada District Court; *Krakauer v. DISH Network, L.L.C.*, Civil Action No. 14-cv-333, United States District Court, Middle District of North Carolina; *Lofton v. Verizon Wireless (VAW) LLC*, No. 13-cv-05665-YGR, United States District Court, Northern District of California; *Lyons, et al., v. Litton Loan Servicing, LP, et al.*, Case No. 13-cv-00513, United States District Court, Southern District of New York; *Katz et al. v. Live Nation, Inc. et al.*, Civil Action No. 1:09-cv-003740-MLC-DEA, United States District Court, District of New Jersey; and *Bergman et al. v. DAP Products Inc. et al.*, Case No. 14-cv-03205-RDB, United States District Court, District of Maryland.

## **Mile Marker Zero, LLC, Greenville, SC**                                         **2000-2012**

Principal

Directed the development of marketing and advertising plans for national and local clients, including the following:

- **Complete Claim Solutions, Inc.**
  - o Developed media recommendations and implemented newspaper, magazine, and press release notice programs with budgets ranging from $500 to as high as $2 million for third-party-payor settlements, including settlements regarding Terazosin Hydrochloride (Hytrin), Coumadin-Warfarin, Augmentin, Cardizem, Remeron, Relafen, Buspar, and Taxol.
  - o Developed and implemented media plans for securities settlements in cases involving such firms as Morgan Stanley, First Central Financial, Waste Management, Campbell Soup, Van Kampen, Alias Research, and Nuko Information Systems. Some plans included running newspaper ads in more than 50 city newspapers over a single two-week period.
  - o Developed media recommendations and implemented newspaper and magazine advertising campaigns on both regional and national levels for consumer and insurance settlements in cases involving such firms as Premier Cruise Lines and Unity Life Insurance Company.

  Mile Marker Zero worked with Complete Claim Solutions, Inc., for six years as its sole media planning and buying partner. Mile Marker Zero developed and implemented national and international print and earned media notice programs to support the notification of consumers and third-party payors in cases such as the following:

- Coumadin-Warfarin
- Hytrin
- Cardizem
- Buspar
- Nuko
- Columbian Mutual Life
- Freeport-McMoRan Sulphur, Inc.
- Relafen
- Remeron
- Service Corporation International
- Premarin

- Taxol
- Waste Management
- Campbell Soup
- Alias Research
- Augmentin
- Keystone Health Plan
- Seitel, Inc. Securities

- 3M-Scotch
- Baycol
- SmartForce, PLC

- PriceSmart

- Van Kampen
- Unity Life Insurance Co.
- Premier Cruise Lines
- MedCo
- Berkshire Realty
- Platinol
- Transaction System Architects
- Eaton Vance Corp.
- Cipro
- American Family Mutual Automobile Insurance Co.
- Morgan Stanley

- **The Arthritis Foundation** – the largest U.S. not-for-profit organization that supports research regarding more than 100 types of arthritis and related conditions.
  o Wrote and produced national sponsorship programs to generate financial support for the Foundation.
  o Wrote and produced collateral materials to support national Foundation events such as *Joints in Motion* and the *Arthritis Walk*.

- **Papa Murphy's Pizza** – the fifth-largest pizza chain in the U.S., with over 1,000 units in the U.S. and Canada.
  o Developed and implemented grand opening advertising plans for more than 50 stores in 40 cities.
  o Utilized direct mail, local newspapers, outdoor/billboard advertising, and local radio to promote grand opening activities.

- **FIERO** (Fire Industry Equipment Research Organization) – national fire services association.
  o Developed collateral material and advertising campaign to generate awareness of association and to announce its annual symposium on fire station design and safety. Symposium exceeded FIERO goals by hosting more than 500 fire-fighting support personnel. FIERO also saw a 25% increase in membership during this period.

- **TeamPoint Systems, Inc.** – a global software company with over 20,000 users.
  o Directed graphic design, writing, and development of company website, www.teampointsystems.com, which received over 8,000 visits monthly.
  o Produced brochures, signage, and promotional materials for attendance at the national SITEK convention.
  o Interviewed TeamPoint customers and wrote case studies about their successful use of TeamPoint's products. After putting the case studies on the website, visit time lengthened from an average of three minutes to more than eight minutes per visit. Sales also increased by 45% and have risen steadily.

### Denny's Corporation, Spartanburg, SC         1996-2000

Senior National Advertising Manager

- Partnered with Brand Marketing Director of major worldwide restaurant chain in the development of new product promotions and determined all marketing materials needed to support business initiatives and ensure message consistency; directed five national U.S. advertising agencies and one Canadian agency in development and implementation of advertising and media strategies, objectives, and tactics. Ensured that all advertising reinforced brand positioning and marketing mission.

**The Coca-Cola Company, Atlanta, GA**                                    **1994-1996**

Advertising Services Manager

- Presented and reinforced general market, African-American, and Hispanic brand strategies, objectives, and positioning for both carbonated soft drinks and noncarbonated beverages to company's bottler system and local agencies; developed local vendor promotions with bottlers and agencies that strengthened brand positioning and increased case volume, including development of POP materials, merchandising displays, and broadcast creative advertising.

**McCann Erickson, Atlanta, GA**                                         **1986-1994**

Media Supervisor

- Supervised six advertising professionals in media planning and buying for travel, B2B, consumer retail, and consumer packaged goods accounts.

## EDUCATION

- Bachelor of Business Administration, University of North Dakota.