**To Honourable Judge P. Kevin Castel**

**United States District Court**

**Southern District of New York**

**500 Pearl Street,**

**New York, NY 10007**

**Related to Euribor Settlement**

**13 cv 2811 (PLC) (NYDC)**

**Fax: 1-212-805-7949**

Efstathios Agorgianitis & Despoina Tsigkourakou,

Attorneys at Law in Greece, members of the Athens Bar,

Both appointed at the Supreme Court of Athens,

**Acting pro se for Emmanouil Tzortzakakis**,

with the Power of Attorney signed on 28TH of March

at the US Embassy of Athens of March 2019

ID 52386911Settlement Class Member

(original copy kept at the 105 pro se assistance Office)

E-mail: sagorgianitis@hotmail.com

May, 16, 2019

### REPLY TO THE 5 pages Letter of The Class Counsel

1. It is more than obvious, that our objection-petition, does not comply to the Preliminary Approval Order (technically speaking). The reason of the delay is again, the **lack of information** and transparency, to which we refer at our objection-petition. This default is **critical (plays a decisive role) to the exercise of propriety rights** to other beneficiaries-Class members as well, as we mention on the above objection-petition (because in this uncommon case the lack of clear information prevents us from ensuring at least our right to object or be excluded in an appropriate and effective way -both technically and substancially).

-1-

2. Nevertheless, referring to the **substance** of our Objection- Request, we would like to draw your Court's attention to two aspects:

3. a) that we had **e-mail correspondence (and telephone contact) with the Settlement Class Administrator & Counsel about a year ago,** *in the spring of 2018* ( between the 27th of March and the 6th of April), asking for the same information related to Tzortzakakis's transactions, and we had no reply beyond that they only had name lists in their hands. We are ready, *willing and able to provide this e-mail correspondence* to the Court, proving that we asked for this detailed information a year ago, if the Court needs us (or orders us) to submit this additional evidence. Additionally we acknowledged that there were closing dates & deadlines expiring and that collecting all this information the sooner could have significant impact on Tzortzakakis property rights, and that is why we addressed the above mentioned e-mails to the Settlement Class Counsels a year ago ahead on time due to the unusual nature of this case (related to the previous settlement).

**b) There was also no information about the way those lists were created,** or by whom those lists were created and secondly, there was not and there is still **no clear explanation** of the reason why Tzortzakakis was called by the Settlement Class Administrator to present proof of transactions.

**c)** Even now, after the filing of Tzortzakakis Objection, the Settlement Class Counsel **is able only to suppose** that a 'Greek' (why it had to be Greek and not Usa?) brokerage firm suggested his name, **but fails to prove this** or even fails to name the brokerage firm (quote second page of their 16th of May letter addressed to your honor *"we understand that a greek brokerage firm directed the claims administrator..."*).

**d)** Yet, the Settlement Class Counsel believes: **a)** that either Tzortzakakis did have the resources (ISDA Master Agreement) to trade OTC, so he should have the resources to access all trading data (page 5) **or b)** Tzortzakakis, trading futures anonymously would have all trading data in his possession, custody or control or in his broker's possession, custody or control **and so c)** the asked transaction data, would not be in the defendants possession, custody or control.

-2-

e) According to Mr. Tzortzakakis, he doesn't recall to have an ISDA Master Agreement to trade OTC. *This means, that, according to the Class Counsel, he could only trade anonymously (b). But, if he actioned anonymously, how was his name found on lists? Who did prepare those lists?* Who did come in contact with Greek or other (USA) Brokerage firms to ask for names, if not the defendants and if someone did, why were those firms not asked to provide the detailed information?

f) So, there was and there is no real transparency about the criteria of the delivery of notices to potential Class Members, and of the ability of those involved in the procedure to ask resources for detailed information, in order to facilitate class members-possible beneficiaries.

g) We were informed, that Tzortzakakis has never objected to any settlement in USA ever, and we declare that we have e-mail correspondence with a possible acting broker, asking for more information, e-mails which were never answered.

h) Last, we are not acting as attorneys of our client, we are acting, following the pro se procedure, expressing his views to your court.

Respectfully submitted,

Efstathios Agorgianitis-Despoina Tsigkourakou

*[signatures]*

-3-



# Fax Cover Sheet

Date __16th of May, 2019__   Number of pages __4__ (including cover page)

## To:

Name __Judge P. Kevin Castel__
Company __Southern District Court__
Telephone __of New York__
Fax __1-212-805-7949__

## From:

Name __Efstathios Agorgianitis -__
Company __Despoina Tsigkourakou__
Telephone __Attorneys at Law__

Comments _____


Fax - Local Send


Fax - Domestic Send


Fax - International Send

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2015 FedEx. All rights reserved. Products, services and hours vary by location. 615.0F00.002

0017745PM