# COVINGTON

BEIJING  BRUSSELS  DUBAI  FRANKFURT  JOHANNESBURG
LONDON  LOS ANGELES  NEW YORK  PALO ALTO
SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

May 30, 2019

**BY ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Sullivan v. Barclays PLC, et al.*, 1:13-cv-2811-PKC

Dear Judge Castel:

I have appeared as counsel for Citigroup Inc. and Citibank, N.A. (together, "Citi") in the above-captioned matter. As of May 31, 2019, I will no longer be an attorney at the law firm Covington & Burling LLP. Pursuant to Local Civil Rule 1.4, I respectfully request an order removing my individual appearance from the docket and from the ECF distribution list for this action.    *OK*

My departure will not affect any pending deadlines, nor will it occasion any delay in this matter. Citi has already settled this matter, and the Court granted final approval to that settlement on May 17, 2019. Covington & Burling LLP has already appeared in this action and will continue to represent the interests of Citi in this action. There is no retaining or charging lien being asserted.

Respectfully submitted,

s/ Thomas A. Isaacson

Thomas A. Isaacson

cc:   Counsel of Record (via ECF)

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
5-31-19