UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BNP PARIBAS S.A., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br><br>Defendants. | Docket No. 13-cv-02811 (PKC)<br><br>ECF Case<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs Stephen Sullivan, White Oak Fund LP, California State Teachers' Retirement System, Sonterra Capital Master Fund, Ltd., FrontPoint Partners Trading Fund, L.P., and FrontPoint Australian Opportunities Trust, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the February 21, 2017 Order denying in part and granting in part Defendants' motion to dismiss (ECF No. 286), the April 18, 2017 Order granting the motion of certain Defendants for clarification of the February 21, 2017 Order (ECF No. 339) only insofar as such order clarified the February 21, 2017 Order as to Plaintiffs' claims against all defendants except

Citigroup Inc., Citibank, N.A., JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A., and the April 18, 2017 Order denying Plaintiffs' motion to amend their complaint (ECF No. 340). For the avoidance of doubt, Plaintiffs are not appealing as to those defendants with which they previously settled, namely, Barclays plc, Barclays Bank plc, Barclays Capital Inc., Citigroup Inc., Citibank, N.A., Deutsche Bank AG, DB Group Services, HSBC Holdings plc, HSBC Bank plc, JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A.

Dated:  June 14, 2019
White Plains, New York

Respectfully submitted,

**LOWEY DANNENBERG, P.C.**

By: */s/ Vincent Briganti*

Vincent Briganti
Geoffrey M. Horn
Peter D. St. Phillip
44 South Broadway, Ste. 1100
White Plains, New York 10601
Tel.: 914-997-0500
Fax: 914- 997-0035
vbriganti@lowey.com
ghorn@lowey.com
pstphillip@lowey.com

**LOVELL STEWART HALEBIAN
   JACOBSON LLP**

By: */s/ Christopher Lovell*

Christopher Lovell
Gary S. Jacobson
Benjamin M. Jaccarino
500 5th Avenue, Suite 2440
New York, NY 10110
Tel.: 212-608-1900
Fax: 212-719-4677
clovell@lshllp.com
gsjacobson@lshllp.com
bjaccarino@lshllp.com

*Counsel for Plaintiffs*

2

Joseph J. Tabacco, Jr.
Todd A. Seaver
**BERMAN TABACCO**
44 Montgomery Street, Ste. 650
San Francisco, CA 94104
Tel.: 415-433-3200
Fax: 415-433-6282

Patrick T. Egan
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Tel.: 617-542-8300
Fax: 617-542-1194

*Additional Counsel for Plaintiffs*