UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated,<br><br>                          Plaintiffs,<br><br>– against –<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br><br>                          Defendants. | No. 13-cv-02811 (PKC)<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Defendants Coöperatieve Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.), Crédit Agricole S.A., Crédit Agricole CIB, ICAP plc, ICAP Europe Limited, The Royal Bank of Scotland plc, Société Générale, and UBS AG hereby appeal to the United States Court of Appeals for the Second Circuit from the February 21, 2017, Order denying in part and granting in part Defendants' motion to dismiss (ECF No. 286).

Dated:  New York, NY                          Respectfully submitted,
        June 28, 2019


/s/ David R. Gelfand                          /s/ Andrew W. Hammond
David R. Gelfand                              Andrew W. Hammond
Robert C. Hora                                Kimberly A. Haviv
Mark D. Villaverde                            WHITE & CASE LLP
MILBANK LLP                                   1221 Avenue of the Americas
55 Hudson Yards                               New York, New York 10020
New York, New York 10001                      Tel:  (212) 819-8297
Tel:  (212) 530-5000                          ahammond@whitecase.com
dgelfand@milbank.com                          khaviv@whitecase.com
rhora@milbank.com
mvillaverde@milbank.com                       Darryl S. Lew
                                              701 Thirteenth Street, NW
*Attorneys for Defendant Coöperatieve*        Washington, DC 20005
*Rabobank U.A. (f/k/a Coöperatieve Centrale*  Tel:  (202) 626-3600
*Raiffeisen-Boerenleenbank B.A.)*             dlew@whitecase.com

                                              *Attorneys for Defendants Crédit Agricole S.A.*
                                              *and Crédit Agricole CIB*



/s/ Shari A. Brandt                           /s/ Fraser L. Hunter, Jr.
Shari A. Brandt                               Fraser L. Hunter, Jr.
H. Rowan Gaither IV                           David S. Lesser
RICHARDS KIBBE & ORBE LLP                     Jamie Dycus
200 Liberty Street                            WILMER CUTLER PICKERING HALE
New York, New York 10281                      AND DORR LLP
Tel:  (212) 530-1800                          250 Greenwich Street
sbrandt@rkollp.com                            New York, New York 10007
rgaither@rkollp.com                           Tel:  (212) 230-8800
                                              fraser.hunter@wilmerhale.com
*Attorneys for Defendants ICAP plc and ICAP*  david.lesser@wilmerhale.com
*Europe Ltd.*                                 jamie.dycus@wilmerhale.com

                                              *Attorneys for Defendant The Royal Bank of*
                                              *Scotland plc*

| | |
|---|---|
| */s/ Steven Wolowitz* | */s/ Eric J. Stock* |
| Steven Wolowitz | Eric J. Stock |
| Henninger S. Bullock | Jefferson E. Bell |
| Andrew J. Calica | GIBSON, DUNN & CRUTCHER LLP |
| MAYER BROWN LLP | 200 Park Avenue |
| 1221 Avenue of the Americas | New York, New York 10166-0193 |
| New York, NY 10020 | Tel:  (212) 351-4000 |
| Tel:  (212) 506-2500 | estock@gibsondunn.com |
| swolowitz@mayerbrown.com | jbell@gibsondunn.com |
| hbullock@mayerbrown.com | |
| acalica@mayerbrown.com | *Attorneys for Defendant UBS AG* |
| | |
| *Attorneys for Defendant Société Générale* | |