# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of February, two thousand twenty-two.

| | |
|---|---|
| Stephen Sullivan, on behalf of himself and all others similarly situated, et al., | **ORDER** |
| Plaintiffs-Appellants-Cross-Appellees, | Docket Nos. 19-1769(L), 19-2012(XAP) |
| v. | |
| UBS AG, The Royal Bank of Scotland PLC, Credit Agricole CIB, Societe Generale S.A., Cooperatieve Rabobank U.A., Credit Agricole S.A., ICAP plc, ICAP Europe Limited, | |
| Defendants-Appellees-Cross-Appellants, | |
| United States of America, | |
| Intervenor. | |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 15, 2022
```

    On August 28, 2019, the Court granted Appellants-Cross-Appellees' motion to hold the above-captioned appeals in abeyance pending the issuance of the Court's mandate in *In re LIBOR Financial Instruments*, docket no. 17-1569(L). The mandate in that case issued on January 20, 2022.

    IT IS HEREBY ORDERED that the stay of the above-captioned appeal and cross-appeal is lifted. Appellants-Cross-Appellees are directed to file an updated scheduling notification within 14 days of the date of this order.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/15/2022