# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of March, two thousand twenty-two.

Before:     Susan L. Carney,
              *Circuit Judge.*

_____

Stephen Sullivan, on behalf of himself and all others similarly situated, White Oak Fund LP, FrontPoint Partners Trading Fund, L.P., FrontPoint Australian Opportunities Trust, Sonterra Capital Master Fund, LTD., California State Teachers' Retirement System,

    Plaintiffs-Appellants-Cross-Appellees,

v.

UBS AG, The Royal Bank of Scotland PLC, Credit Agricole CIB, Societe Generale S.A., Cooperatieve Rabobank U.A., Credit Agricole S.A., ICAP plc, ICAP Europe Limited,

    Defendants-Appellees-Cross-Appellants,

_____

**ORDER**

Docket Nos. 19-1769(L), 19-2012(XAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 24 2022

    Appellants-Cross-Appellees and Appellees-Cross-Appellants Crédit Agricole S.A. and Crédit Agricole CIB (collectively, "Crédit Agricole") move for (1) severance of the appeal and cross-appeal with respect only to Crédit Agricole, (2) a stay of the severed appeals until 31 days after proceedings are concluded in the district court, and (3) limited remand of the severed appeals so that the district court may consider a proposed settlement agreement.

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellants-Cross-Appellees are directed to file stay status update letters in 30-day intervals, beginning 30 days from the date of this order.

                                        For the Court:

                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/24/2022