# LOWEY DANNENBERG, P.C.

April 5, 2022

**VIA ECF**
The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Sullivan v. Barclays plc et al.*, No. 13-cv-2811 (PKC)

Dear Judge Castel:

As counsel for Plaintiffs, we are pleased to report that Plaintiffs and Defendants Crédit Agricole S.A. and Crédit Agricole CIB (collectively, "Crédit Agricole") executed a Stipulation and Agreement of Settlement.

Because this action is pending on appeal, Plaintiffs and Crédit Agricole jointly moved the Second Circuit for: (1) partial severance of the pending appeal as to Crédit Agricole only, (2) stay of the severed appeal, and (3) limited remand so that this Court may consider approval of Plaintiffs' class action settlement with Crédit Agricole pursuant to Rule 23 of the Federal Rules of Civil Procedure. That motion was granted on March 24, 2022. *See Sullivan v. Barclays plc et al*, Appeal Nos. 19-1769 & 19-2012 (2d Cir.), ECF No. 148; *see also* ECF No. 513 (certified order filed on above-referenced docket).

In accordance with this Court's Individual Rules of Practice, Part 3.A.1.(i) and the Second Circuit's remand order, we submit this Pre-Motion Letter requesting permission to file a motion seeking preliminary approval of this settlement with Crédit Agricole. Plaintiffs anticipate filing the motion on or before **April 19, 2022**. Crédit Agricole consents to the filing of this anticipated motion. There is no conference currently scheduled before this Court.

We are available to address any questions Your Honor may have.

Respectfully,

/s/ Vincent Briganti
Vincent Briganti
Lowey Dannenberg, P.C.

/s/ Christopher Lovell
Christopher Lovell
Lovell Stewart Halebian Jacobson LLP

cc: All Counsel of Record (via ECF)

*Handwritten annotation:* Pre-Motion requirement waived for motion for preliminary approval. File no later than April 29, 2022.
SO ORDERED
/s/ P. Kevin Castel USDJ
4-5-22

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601-4459 (p) 914-997-0500 (f) 914-997-0035
One Tower Bridge, 100 Front Street, Suite 520, West Conshohocken, PA 19428 (p) 215-399-4770 (f) 610-862-9777