UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>– against –<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BNP PARIBAS S.A., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., CRÉDIT AGRICOLE CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br><br>Defendants | Docket No.: 13-cv-02811 (PKC) |

**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANTS CRÉDIT AGRICOLE S.A. AND CRÉDIT AGRICOLE CIB, SCHEDULING HEARING FOR FINAL APPROVAL THEREOF AND APPROVAL OF THE PROPOSED FORM AND PROGRAM OF <u>NOTICE TO THE SETTLEMENT CLASS</u>**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the Joint Declaration of Vincent Briganti and Christopher Lovell dated April 29, 2022 and the exhibits attached thereto, including the Settlement Agreement, and the record herein, Plaintiffs Stephen Sullivan, on behalf of himself and all others similarly situated, White Oak Fund LP, FrontPoint Partners Trading Fund, L.P., FrontPoint Australian Opportunities Trust, Sonterra Capital Master Fund, LTD., and the California State Teachers' Retirement System (collectively, "Plaintiffs"), by and through their undersigned counsel, will respectfully move this Court, before the Honorable P. Kevin Castel, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York at a date and time to be determined by this Court, for an order granting Plaintiffs' motion for preliminary approval of the settlement with Defendants Crédit Agricole S.A. and Crédit Agricole CIB and for such other relief as set forth in the proposed order filed herewith.

Dated: April 29, 2022
White Plains, New York

| **LOWEY DANNENBERG, P.C.** | **LOVELL STEWART HALEBIAN JACOBSON LLP** |
|---|---|
| _/s/ Vincent Briganti_ | _/s/ Christopher Lovell_ |
| Vincent Briganti | Christopher Lovell |
| 44 South Broadway | 500 Fifth Avenue, Suite 2440 |
| White Plains, NY 10601 | New York, NY 10110 |
| Tel.: (914) 997-0500 | Tel.: (212) 608-1900 |
| Fax: (914) 997-0035 | Fax: (646) 398-8392 |
| E-mail: vbriganti@lowey.com | E-mail: clovell@lshllp.com |

*Interim Lead Counsel*

| | |
|---|---|
| **BERMAN TABACCO** | **GLANCY PRONGAY & MURRAY LLP** |
| Joseph J. Tabacco, Jr. | Brian P. Murray |
| Todd A. Seaver | Lee Albert |
| 44 Montgomery Street, Ste. 650 | 122 East 42nd Street, Suite 2920 |
| San Francisco, CA 94104 | New York, NY 10168 |
| Tel.: 415-433-3200 | Tel.: 212-682-5340 |
| Fax: 415-433-6282 | Fax: 212-884-0988 |
| | |
| **BERMAN TABACCO** | **KIRBY MCINERNEY LLP** |
| Patrick T. Egan | David E. Kovel |
| One Liberty Square | 825 Third Avenue |
| Boston, MA 02109 | New York, NY 10022 |
| Tel.: 617-542-8300 | Tel.: 212-371-6600 |
| Fax: 617-542-1194 | Fax: 212-751-2540 |

*Additional Plaintiffs' Counsel*