UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>– against –<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BNP PARIBAS S.A., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br><br>Defendants | Docket No.: 13-cv-02811 (PKC) |

**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF
THE CLASS ACTION SETTLEMENT WITH DEFENDANTS
<u>CRÉDIT AGRICOLE S.A. AND CRÉDIT AGRICOLE CIB</u>**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Joint Declaration of Vincent Briganti and Christopher Lovell, the individual Declarations of Vincent Briganti, Benjamin M. Jaccarino, Todd A. Seaver and Brian J. Bartow, Steven Straub, and the exhibits attached thereto, and the record herein, Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable P. Kevin Castel, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl

Street, New York, New York on October 4, 2022 at 3:45 p.m. for an order granting final approval of the Settlement between Plaintiffs and Defendants Crédit Agricole S.A. and Crédit Agricole CIB, and for such other relief as set forth in the [Proposed] Final Approval Order and the [Proposed] Final Judgment, filed herewith.

Dated:  August 9, 2022

Respectfully submitted,

| | |
|---|---|
| **LOWEY DANNENBERG, P.C.** | **LOVELL STEWART HALEBIAN JACOBSON LLP** |
| /s/ Vincent Briganti | /s/ Christopher Lovell |
| Vincent Briganti | Christopher Lovell |
| Geoffrey Horn | Gary S. Jacobson |
| 44 South Broadway | Benjamin M. Jaccarino |
| White Plains, NY 10601 | 500 Fifth Avenue, Suite 2440 |
| Tel.: (914) 997-0500 | New York, NY 10110 |
| Fax: (914) 997-0035 | Tel.: (212) 608-1900 |
| E-mail: vbriganti@lowey.com | Fax: (646) 398-8392 |
| E-mail: ghorn@lowey.com | E-mail:  clovell@lshllp.com |
| | E-mail:  gsjacobson@lshllp.com |
| | E-mail:  bjaccarino@lshllp.com |

*Class Counsel*

| | |
|---|---|
| **BERMAN TABACCO** | **GLANCY PRONGAY & MURRAY LLP** |
| Joseph J. Tabacco, Jr. | Brian P. Murray |
| Todd A. Seaver | Lee Albert |
| 425 California Street, Suite 2300 | 122 East 42nd Street, Suite 2920 |
| San Francisco, CA 94104 | New York, NY 10168 |
| Tel.: 415-433-3200 | Tel.: 212-682-5340 |
| Fax: 415-433-6282 | Fax: 212-884-0988 |
| | |
| **BERMAN TABACCO** | **KIRBY MCINERNEY LLP** |
| Patrick T. Egan | David E. Kovel |
| One Liberty Square | 825 Third Avenue |
| Boston, MA 02109 | New York, NY 10022 |
| Tel.: 617-542-8300 | Tel.: 212-371-6600 |
| Fax: 617-542-1194 | Fax: 212-751-2540 |

*Additional Plaintiffs' Counsel*