# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>– against –<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BNP PARIBAS S.A., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br><br>Defendants | Docket No.: 13-cv-02811 (PKC) |

## NOTICE OF CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND PLAINTIFFS' REQUEST FOR INCENTIVE AWARDS

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Joint Declaration of Vincent Briganti and Christopher Lovell, the individual declarations filed herewith, the exhibits attached thereto, and the record herein, Class Counsel will respectfully move this Court, before the Honorable P. Kevin Castel, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York on October 4, 2022 at 3:45 p.m. for an order granting Class Counsel's Motion for Award of

Attorneys' Fees and Reimbursement of Expenses and Plaintiffs' Request for Incentive Awards as fair, reasonable, and appropriate and other relief as set forth in the [proposed] orders filed herewith.

Dated:  August 9, 2022

Respectfully submitted,

**LOWEY DANNENBERG, P.C.**

*/s/ Vincent Briganti*
Vincent Briganti
Geoffrey Horn
44 South Broadway
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
E-mail: vbriganti@lowey.com
E-mail: ghorn@lowey.com

**LOVELL STEWART HALEBIAN JACOBSON LLP**

*/s/ Christopher Lovell*
Christopher Lovell
Gary S. Jacobson
Benjamin M. Jaccarino
500 Fifth Avenue, Suite 2440
New York, NY 10110
Tel.: (212) 608-1900
Fax: (646) 398-8392
E-mail:  clovell@lshllp.com
E-mail:  gsjacobson@lshllp.com
E-mail:  bjaccarino@lshllp.com

*Class Counsel*

**BERMAN TABACCO**
Joseph J. Tabacco, Jr.
Todd A. Seaver
425 California Street, Suite 2300
San Francisco, CA 94104
Tel.: 415-433-3200
Fax: 415-433-6282

**GLANCY PRONGAY & MURRAY LLP**
Brian P. Murray
Lee Albert
122 East 42nd Street, Suite 2920
New York, NY 10168
Tel.: 212-682-5340
Fax: 212-884-0988

**BERMAN TABACCO**
Patrick T. Egan
One Liberty Square
Boston, MA 02109
Tel.: 617-542-8300
Fax: 617-542-1194

**KIRBY MCINERNEY LLP**
David E. Kovel
825 Third Avenue
New York, NY 10022
Tel.: 212-371-6600
Fax: 212-751-2540

*Additional Plaintiffs' Counsel*

2