UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
STEPHEN SULLIVAN ,

                     Plaintiffs,                  13-cv-2811 (PKC)

     -against-

                                             <u>ORDER</u>

BARCLAYS PLC, et al.,

                     Defendants.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        The fairness hearing scheduled for October 4, 2022 is adjourned to October 26, 2022 at 3:30 p.m.

        SO ORDERED.

                                                                  P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
        September 22, 2022