UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STEPHEN SULLIVAN, et al,

                Plaintiffs,                13-cv-2811 (PKC)

    -against-                          ORDER

BARCLAYS PLC, et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The fairness hearing is adjourned from October 26, 2022 to November 15, 2022 at 2 p.m. in Courtroom 11D.

        SO ORDERED.

                                                      P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
       October 24, 2022