# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN SULLIVAN, WHITE OAK FUND LP, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, SONTERRA CAPITAL MASTER FUND, LTD., FRONTPOINT PARTNERS TRADING FUND, L.P., AND FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>– against –<br><br>BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BNP PARIBAS S.A., CITIGROUP, INC., CITIBANK, N.A., COÖPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK B.A., CRÉDIT AGRICOLE S.A., CRÉDIT AGRICOLE CIB, DEUTSCHE BANK AG, DB GROUP SERVICES UK LIMITED, HSBC HOLDINGS PLC, HSBC BANK PLC, ICAP PLC, ICAP EUROPE LIMITED, J.P. MORGAN CHASE & CO., CRÉDIT AGRICOLE CHASE BANK, N.A., THE ROYAL BANK OF SCOTLAND PLC, SOCIÉTÉ GÉNÉRALE SA, UBS AG AND JOHN DOE NOS. 1-50,<br><br>Defendants. | Docket No.: 13-cv-02811 (PKC) |

## PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANT SOCIÉTÉ GÉNÉRALE, SCHEDULING HEARING FOR FINAL APPROVAL THEREOF AND APPROVAL OF THE PROPOSED FORM AND PROGRAM OF NOTICE TO THE SETTLEMENT CLASS

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, the Joint Declaration of Vincent Briganti and Christopher Lovell dated April 14, 2023 and the exhibits attached thereto, including the Settlement Agreement, and the record herein, Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable P. Kevin Castel, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York at a date and time to be determined by this Court, for an order granting Plaintiffs' motion for preliminary approval of the settlement with Defendant Société Générale and for such other relief as set forth in the proposed order filed herewith.

Dated: April 14, 2023
        White Plains, New York

**LOWEY DANNENBERG, P.C.**

_____/s/ Vincent Briganti_____
Vincent Briganti
44 South Broadway
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
E-mail: vbriganti@lowey.com

**LOVELL STEWART HALEBIAN
    JACOBSON LLP**

_____/s/ Christopher Lovell_____
Christopher Lovell
500 Fifth Avenue, Suite 2440
New York, NY 10110
Tel.: (212) 608-1900
Fax: (646) 398-8392
E-mail:  clovell@lshllp.com

*Interim Lead Counsel*

**BERMAN TABACCO**
Joseph J. Tabacco, Jr.
Todd A. Seaver
44 Montgomery Street, Ste. 650
San Francisco, CA 94104
Tel.: 415-433-3200
Fax: 415-433-6282

**GLANCY PRONGAY & MURRAY LLP**
Brian P. Murray
Lee Albert
122 East 42nd Street, Suite 2920
New York, NY 10168
Tel.: 212-682-5340
Fax: 212-884-0988

**BERMAN TABACCO**
Patrick T. Egan
One Liberty Square
Boston, MA 02109
Tel.: 617-542-8300
Fax: 617-542-1194

**KIRBY MCINERNEY LLP**
David E. Kovel
825 Third Avenue
New York, NY 10022
Tel.: 212-371-6600
Fax: 212-751-2540

*Additional Plaintiffs' Counsel*