UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FRONTPOINT AUSTRALIAN
OPPORTUNITIES TRUST and CALIFORNIA
TEACHERS' RETIREMENT SYSTEM,

                    Plaintiffs,                               13-cv-2811 (PKC)

    -against-                                         ORDER

UBS AG and THE ROYAL BANK OF
SCOTLAND,

                    Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        By November 21, 2025, the parties, after meeting and conferring with opposing counsel, shall file their joint or separate proposals for a schedule to bring this action to final conclusion (attaching a proposed Scheduling Order). Any party may respond to the proposal(s) by December 6, 2025.

        SO ORDERED.

                                                                      P. Kevin Castel
                                                        United States District Judge

Dated: New York, New York
         October 21, 2025