**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Jefferson E. Bell
Direct: +1 212.351.2395
Fax: +1 212.351.5295
JBell@gibsondunn.com

November 21, 2025

**Application Granted.
SO ORDERED.
Dated: 11/24/2025**

*P. Kevin Castel*
*United States District Judge*

VIA ECF

The Honorable P. Kevin Castel
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *FrontPoint Australian Opportunities Trust et al. v. UBS AG et al.*, 13-cv-2811 (PKC) (S.D.N.Y.)

Dear Judge Castel:

We represent defendant UBS AG ("UBS") in the above-captioned action. Pursuant to the Court's Individual Rule 1(C), and the Court's October 22, 2025, Order, Dkt. 607, we write jointly on behalf of all parties, to respectfully seek an extension of one business day of the November 21, 2025, deadline for the parties to file their joint or separate proposals for a schedule.

The parties are very close to reaching an agreement on a proposed schedule, but we require one additional business day to finalize approvals. Our expectation is that the parties will reach an agreement by Monday, November 24, 2025, negating the need for any further filings on the proposed scheduling order.

This is the parties' first request for an extension of this deadline. If the parties are unsuccessful in reaching an agreement, we will not seek further extensions of the deadlines set forth in the Court's October 22, 2025, Order, Dkt. 607.

We appreciate the Court's consideration of this matter.

Respectfully submitted,

*/s/ Jefferson E. Bell*
Jefferson E. Bell

CC: Counsel of Record (via ECF)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.