# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FRONTPOINT AUSTRALIAN OPPORTUNITIES TRUST and CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>– against –<br><br>UBS AG and THE ROYAL BANK OF SCOTLAND PLC,<br><br>Defendants. | Docket No. 13-cv-02811 (PKC)<br><br>ECF Case |

*PROVISIONAL*

## [PROPOSED] SEALING ORDER
*(provisionally)*

IT IS HEREBY ORDERED that Plaintiff *may* file under seal unredacted versions of its [Proposed] Sixth Amended Class Action Complaint (the "PSAC"), Motion for Leave to Amend and File the Proposed Sixth Amended Class Action Complaint (the "Motion for Leave") and Motion to Vacate the Dismissal of Coöperative Rabobank U.A. (f/k/a Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A.) (the "Motion to Vacate").

Plaintiff seeks to file under seal the unredacted versions of the PSAC, Motion for Leave, and Motion to Vacate on the basis that these filings include confidential information received from Settling Defendants to this action that is otherwise not available to the public. Plaintiff's request to file under seal the unredacted versions of the PSAC, Motion for Leave, and Motion to Vacate and to file redacted versions of the PSAC, Motion for Leave, and Motion to Vacate is *provisionally* GRANTED.

IT IS SO ORDERED

*Letter motion at ECF 616 should be terminated.*

DATED: January 20, 2026

THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE