## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CALIFORNIA STATE TEACHERS' RETIREMENT
SYSTEM, on behalf of themselves and all others
similarly situated,

　　　　　　　　　　Plaintiff,

　　　　– against –

UBS AG and THE ROYAL BANK OF SCOTLAND
PLC (N/K/A NATWEST MARKETS PLC),

　　　　　　　　　　Defendants.

Docket No. 13-cv-02811 (PKC)

ECF Case

## [~~PROPOSED~~] SEALING ORDER

IT IS HEREBY ORDERED that Plaintiff may file under seal an unredacted version of its

Fifth Amended Class Action Complaint (the "5AC").

Plaintiff seeks to file under seal the unredacted version of the 5AC on the basis that it

includes confidential information received from Settling Defendants to this action that is

otherwise not available to the public. Plaintiff's request to file under seal the unredacted version

_provisionally_

of the 5AC and to file a redacted version of the 5AC is GRANTED.

IT IS SO ORDERED

DATED: ___June 17, 2026___

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE